# EXHIBIT C

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1. I, _Bernard DELATTRE_, on behalf of Altimeo Asset Management ("Altimeo"), with authority to enter into litigation on behalf of Altimeo, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Qihoo 360 Technology Co. Ltd. ("Qihoo" or the "Company") and authorize the filing of a motion on Altimeo's behalf for appointment as lead plaintiff.

3. Altimeo did not purchase or acquire Qihoo securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. Altimeo is willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Qihoo securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. To the best of my current knowledge, the attached sheet lists all of Altimeo's transactions in Qihoo securities during the Class Period.

6. During the three-year period preceding the date on which this Certification is signed, Altimeo has served or sought to serve as a representative party, and/or filed a complaint on behalf of a class under the federal securities laws in the following action:

- *Fasano et al. v. Li et al.*, 1:16-cv-08759 (S.D.N.Y.)

7. Altimeo agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed  2019/02/06
(Date)

_____
(Signature)

Bernard DELATTRE
(Print Name)

President
(Title)

**Qihoo 360 Technology Co. Ltd. (QIHU)**     **Altimeo Asset Management ("Altimeo")**

**List of Purchases and Sales**

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Account 1 | | | |
| 2/2/2016 | Purchase | 1,000 | $70.6200 |
| 2/3/2016 | Purchase | 4,000 | $70.3380 |
| 2/8/2016 | Purchase | 4,000 | $69.0236 |
| 2/25/2016 | Purchase | 1,500 | $71.0500 |
| 4/19/2016 | Purchase | 5,000 | $75.4900 |
| 4/22/2016 | Purchase | 2,000 | $75.4674 |
| 5/3/2016 | Purchase | 3,000 | $75.7400 |
| 5/5/2016 | Purchase | 9,100 | $74.5277 |
| 5/5/2016 | Sale | 1,100 | $74.9955 |
| 5/24/2016 | Sale | 16,000 | $73.7407 |
| 5/25/2016 | Sale | 6,000 | $73.9383 |
| 6/16/2016 | Sale | 50,913 | $73.0911 |
| Account 2 | | | |
| 1/11/2016 | Purchase | 1,000 | $69.7900 |
| 6/16/2016 | Purchase | 43,000 | $73.1088 |
| 7/12/2016 | Sale | 5,400 | $73.5207 |
| 7/13/2016 | Sale | 200 | $73.5500 |

# CERTIFICATION

I, Hilary Shane, as Managing Member of ODS Capital LLC ("ODS Capital"), hereby certify as follows:

1. I am duly authorized to institute legal action on ODS Capital's behalf, including legal action against Qihoo 360 Technology Co. Ltd. ("Qihoo") and the other defendants. I have reviewed a complaint prepared against Qihoo alleging violations of the federal securities laws;

2. ODS Capital did not transact in the common stock of Qihoo at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. ODS Capital is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary;

4. ODS Capital's transactions in Qihoo common stock are reflected in Exhibit A attached hereto;

5. ODS Capital sought to serve as a lead plaintiff and/or representative party in the following class actions filed under the federal securities laws during the last three years:

*Gingello v. Patriot National, Inc.*, No. 1:17-cv-1866 (S.D.N.Y.)
*In re Diamond Resorts International, Inc. Securities Litigation,* No. 2:18-cv-1355 (D. Nev.)
*ODS Capital LLC v. JA Solar Holdings Co. Ltd.*, No. 1:18-cv-12083 (S.D.N.Y.)

6. Beyond its pro rata share of any recovery, ODS Capital will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 15 day of January, 2019.

_____
Hilary Shane
*Managing Member*
*ODS Capital LLC*

**Qihoo 360 Technology Co. Ltd. (QIHU)**              **ODS Capital LLC ("ODS Capital")**

**List of Purchases and Sales**

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 5/23/2016 | Purchase | 2,000 | $73.0000 |
| 6/23/2016 | Purchase | 2,000 | $75.1800 |
| 6/24/2016 | Purchase | 2,000 | $75.2800 |
| 6/27/2016 | Purchase | 2,000 | $74.7600 |
| 6/29/2016 | Purchase | 6,100 | $74.0500 |
| 7/11/2016 | Purchase | 2,000 | $73.1400 |
| 7/14/2016 | Purchase | 26,000 | $76.6200 |
| 7/15/2016 | Purchase | 44,200 | $76.9000 |
| 6/28/2016 | Sale | 7,800 | $73.9200 |
| 6/30/2016 | Sale | 2,000 | $73.0800 |
| 7/14/2016 | Sale | 2,000 | $76.5700 |