Nathan M. McClellan (#291435)
nathan.mcclellan@dechert.com
**DECHERT LLP**
US Bank Tower
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
213-808-5700

David Kistenbroker (*pro hac vice*)
david.kistenbroker@dechert.com
Joni Jacobsen (*pro hac vice*)
joni.jacobsen@dechert.com
**DECHERT LLP**
35 W. Wacker Drive, Suite 3400
Chicago, IL 60601
312-646-5800

Attorneys for Defendants Qihoo 360 Technology
Co. Ltd. and Eric X. Chen

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION, LOS ANGELES

| | |
|---|---|
| ALTIMEO ASSET MANAGEMENT, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>v.<br><br>QIHOO 360 TECHNOLOGY CO. LTD., HONGYI ZHOU, XIANGDONG QI and ERIC X. CHEN,<br><br>                    Defendants. | Case No.  2:19-cv-1619-JAK-JC<br><br>**NOTICE OF MOTION AND MOTION TO TRANSFER VENUE TO THE SOUTHERN DISTRICT OF NEW YORK**<br><br>**Hearing Date**:  September 23, 2019<br>**Hearing Time**: 8:30 a.m.<br>**Judge**: Hon. John A. Kronstadt |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED that on September 23, 2019 at 8:30 a.m., or as soon thereafter as the matter can be heard in Courtroom 10B of the above-entitled Court, located at 350 West First Street, Los Angeles, California, Defendants Qihoo 360 Technology Co. Ltd. and Eric X. Chen (the "Defendants"),[1] by and through their counsel, will and hereby do respectfully move this Court for an order transferring venue to the United States District Court for the Southern District of New York.

The Motion is based on this Notice of Motion, the Memorandum in Support of the Motion, Declaration of Joni S. Jacobsen, Esq., accompanying Exhibits, all pleadings and papers on file in this action, any reply papers that may be filed in support of the Motion, and upon such other evidence and arguments as may be presented to the Court at the time of the hearing.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on May 27, 2019.

Dated:  June 4, 2019                                Respectfully submitted,

                                                                   **DECHERT LLP**

                                                                   s/  *Nathan M. McClellan*
                                                                         Nathan M. McClellan

---

[1] Defendants Hongyi Zhou and Xiangdong Qi have not yet been served.