# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION, LOS ANGELES

| | |
|---|---|
| ALTIMEO ASSET MANAGEMENT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QIHOO 360 TECHNOLOGY CO. LTD., HONGYI ZHOU, XIANGDONG QI and ERIC X. CHEN,<br><br>Defendants. | Case No.  2:19-cv-1619-JAK-JC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO TRANSFER VENUE TO THE SOUTHERN DISTRICT OF NEW YORK**<br><br>**Hearing Date**: September 23, 2019<br>**Hearing Time**: 8:30 a.m.<br>**Judge**: Hon. John A. Kronstadt |

Having considered Defendants Qihoo 360 Technology Co. Ltd. and Eric X. Chen's Motion to Transfer to the Southern District of New York and all documents filed in connection with the Motion, it appears to the satisfaction of the Court that the Motion should be **GRANTED.**   Therefore, the Court orders that this action be transferred to the United States District Court for the Southern District of New York. **IT IS SO ORDERED.**

Dated: _____, 2019

_____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA