Nathan M. McClellan (SBN 291435)
Email: nathan.mcclellan@dechert.com
**DECHERT LLP**
US Bank Tower
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: 213-808-5700

*Counsel for Defendants*
*Qihoo 360 Technology Co. Ltd.*
*and Eric X. Chen*

(Additional Counsel listed on signature page)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION, LOS ANGELES

| | |
|---|---|
| ALTIMEO ASSET MANAGEMENT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> QIHOO 360 TECHNOLOGY CO. LTD., HONGYI ZHOU, XIANGDONG QI and ERIC X. CHEN, <br><br> Defendants. | Case No. 2:19-cv-1619-JAK-JC <br><br> **DECLARATION OF JONI S. JACOBSEN IN SUPPORT OF DEFENDANTS QIHOO 360 TECHNOLOGY CO. LTD. AND ERIC X. CHEN'S MOTION TO TRANSFER VENUE TO THE SOUTHERN DISTRICT OF NEW YORK** <br><br> **Hearing Date**: September 23, 2019 <br> **Hearing Time**: 8:30 a.m. <br> **Judge**: Hon. John A. Kronstadt |

I, JONI S. JACOBSEN, under penalty of perjury pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am an attorney licensed to practice law in the State of Illinois; I am admitted *pro hac vice* to the Bar of this Court.  I am a partner with the law firm of Dechert LLP, and counsel for Defendants Qihoo 360 Technology Co. Ltd. and Eric X. Chen ("Defendants").

2.      I submit this declaration in support of Defendants' Motion to Transfer to the Southern District of New York, and to transmit to the Court true and correct copies of the documents listed in Paragraphs 3-11 listed herein.

3.      Attached hereto as Exhibit 1 is a true and correct copy of the Class Action Complaint, *ODS Capital LLC v. Qihoo 360 Technology Co. Ltd., et al.*, Case No. 1:19-cv-00501-PAE (S.D.N.Y. Jan. 17, 2019), Dkt. 1.

4.      Attached hereto as Exhibit 2 is a true and correct copy of the Notice and Motion and Motion of Altimeo Asset Management and ODS Capital LLC for Appointment as Lead Plaintiffs and Approval of Lead Counsel, *ODS Capital LLC v. Qihoo 360 Technology Co. Ltd., et al.*, Case No. 1:19-cv-00501-PAE (S.D.N.Y. Mar. 18, 2019), Dkt. 7.

5.      Attached hereto as Exhibit 3 is a true and correct copy of Defendants Qihoo 360 Technology Co. Ltd. and Eric X. Chen's Opposition to the Lead Plaintiff Movants' Motion to Transfer to the Central District of California, *ODS Capital LLC v. Qihoo 360 Technology Co. Ltd., et al.*, Case No. 1:19-cv-00501-PAE (S.D.N.Y. May 14, 2019), Dkt. 36.

6.      Attached hereto as Exhibit 4 is a true and correct copy of the Notice of Voluntary Dismissal, *ODS Capital LLC v. Qihoo 360 Technology Co. Ltd., et al.*, Case No. 1:19-cv-00501-PAE (S.D.N.Y. May 20, 2019), Dkt. 39.

7.      Attached hereto as Exhibit 5 is a true and correct copy of an excerpted Qihoo 360 Technology Co. Ltd. and The Bank of New York Mellon and Owners and Holders of American Depositary Shares Deposit Agreement (May 8, 2014).

8.    Attached hereto as Exhibit 6 is a true and correct copy of Qihoo 360 Technology Co. Ltd., Report of Foreign Private Issuer, Form 6-K (Mar. 3, 2016).

9.    Attached hereto as Exhibit 7 is a true and correct copy of Qihoo 360 Technology Co. Ltd., Report of Foreign Private Issuer, Form 6-K (Mar. 30, 2016).

10.    Attached hereto as Exhibit 8 is a true and correct copy of the Notice of Motion of Altimeo Asset Management and ODS Capital LLC to Transfer to the Central District of California, *ODS Capital LLC v. Qihoo 360 Technology Co. Ltd., et al.*, Case No. 1:19-cv-00501-PAE (S.D.N.Y. April 15, 2019), Dkt. 14.

11.    Attached hereto as Exhibit 9 is a true and correct copy of an excerpted E-Commerce China Dangdang Inc. and The Bank of New York Mellon and Owners and Holders of American Depositary Shares Deposit Agreement (cited in *Fasano v. Peggy Yu Yu, et al.*, 921 F.3d 333 (2d Cir. 2019)).


I declare under penalty of perjury that the foregoing is true and correct. Executed in Chicago, Illinois on June 4, 2019.


By:    */s/ Joni S. Jacobsen*
       Joni S. Jacobsen