# EXHIBIT 4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ODS CAPITAL LLC, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br><br>QIHOO 360 TECHNOLOGY CO. LTD., HONGYI ZHOU, XIANGDONG QI and ERIC X. CHEN,<br><br>      Defendants. | Case No. 1:19-cv-00501-PAE<br><br>CLASS ACTION<br><br><br>NOTICE OF VOLUNTARY DISMISSAL |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, no defendant in the above-captioned action, *ODS Capital LLC v. Qihoo 360 Technology Co. Ltd., et al.*, Case No. 1:19-cv-00501-PAE (S.D.N.Y.), brought before the United States District Court for the Southern District of New York, has served an answer or motion for summary judgment;

WHEREAS, another action alleging substantively similar claims to those in this Action is pending in the U.S. District Court for the Central District of California, captioned *Altimeo Asset Management v. Qihoo 360 Technology Co. Ltd., et al.*, Case No. 2:19-cv-01619 (C.D. Cal.) (the "California Action"), and the claims here will therefore be prosecuted in the California Action;

WHEREAS, all putative class members with motions for appointment as Lead Plaintiff pending in this Action have also filed similar motions in the California Action;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Lead Plaintiff Movants Altimeo Asset Management and ODS Capital LLC hereby voluntarily dismiss this Action, without prejudice, as to all defendants.

Dated:  May 20, 2019

Respectfully submitted,

POMERANTZ LLP

*/s/ Michael Grunfeld*
Jeremy A. Lieberman
Michael Grunfeld
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: mgrunfeld@pomlaw.com

POMERANTZ LLP
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email:  pdahlstrom@pomlaw.com

*Counsel for Plaintiff and Lead Plaintiff Movants*
*and Proposed Lead Counsel for the Class*

CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2019, a copy of the foregoing was filed electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to Defendants Qihoo 360 Technology Co. Ltd. and Eric X. Chen by operation of the Court's electronic filing system. Parties may also access this filing through the Court's CM/ECF System.

/s/ Michael Grunfeld
Michael Grunfeld