# EXHIBIT 8

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ODS CAPITAL LLC, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QIHOO 360 TECHNOLOGY CO. LTD., HONGYI ZHOU, XIANGDONG QI and ERIC X. CHEN,<br><br>Defendants. | Case No.  1:19-cv-00501-PAE<br><br>NOTICE OF MOTION OF ALTIMEO ASSET MANAGEMENT AND ODS CAPITAL LLC TO TRANSFER TO THE CENTRAL DISTRICT OF CALIFORNIA |

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and supporting declaration, Altimeo Asset Management ("Altimeo") and ODS Capital LLC ("ODS Capital LLC"), by and through their counsel, hereby move this Court pursuant to 28 U.S.C. § 1404(a) for an order transferring this action to the United States District Court for the Central District of California (the "Central District of California").

As discussed more fully in the accompanying memorandum of law and declaration, the Court should transfer this action to the Central District of California because (i) this action could have been brought in the Central District of California, (ii) this action should be consolidated with a related action that is pending there, (iii) the Central District of California is the most efficient and convenient forum, and (iv) the choice of Lead Plaintiff Movants Altimeo and Plaintiff ODS Capital should be afforded great weight.

Dated:  April 15, 2019

Respectfully submitted,

POMERANTZ LLP

*/s/ Michael Grunfeld*
Jeremy A. Lieberman

Michael Grunfeld
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: mgrunfeld@pomlaw.com

POMERANTZ LLP
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

*Counsel for Plaintiff and Lead Plaintiff Movants
and Proposed Lead Counsel for the Class*