Nathan M. McClellan (SBN 291435)
Email: nathan.mcclellan@dechert.com
**DECHERT LLP**
US Bank Tower
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: 213-808-5700

*Counsel for Defendants*
*Qihoo 360 Technology Co. Ltd.*
*and Eric X. Chen*

Jennifer Pafiti (SBN 282790)
E-mail: jpafiti@pomlaw.com
**POMERANTZ LLP**
1100 Glendon Avenue
15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190

*Counsel for Lead Plaintiff Movants Altimeo*
*Asset Management and ODS Capital LLC,*
*and Proposed Lead Counsel for the Class*

(Additional Counsel listed on signature page)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION, LOS ANGELES

| | |
|---|---|
| ALTIMEO ASSET MANAGEMENT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> QIHOO 360 TECHNOLOGY CO. LTD., HONGYI ZHOU, XIANGDONG QI and ERIC X. CHEN, <br><br> Defendants. | Case No. 2:19-cv-1619-JAK-JC <br><br> **JOINT STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING ON DEFENDANT QIHOO 360 TECHNOLOGY CO. LTD AND ERIC X. CHEN'S MOTION TO TRANSFER** |

JOINT STIPULATION
1

**WHEREAS,** on June 4, 2019, Defendants Qihoo 360 Technology Co. Ltd. ("Qihoo 360") and Eric X. Chen ("Chen") (collectively, "Defendants") filed a Motion to Transfer Venue to the Southern District of New York ("Motion to Transfer"). Dkt. 33.

**WHEREAS,** the hearing on the Motion to Transfer has been scheduled on September 23, 2019, the first available date on Judge Kronstadt's calendar.

**WHEREAS,** Defendants and Lead Plaintiff Movants Altimeo and ODS (collectively, the "Parties") have conferred and agree to the following briefing schedule:

- Lead Plaintiff Movants' Opposition to Defendants' Motion to Transfer (the "Opposition") shall be due on June 25, 2019.
- Defendants' Reply in Support of the Motion to Transfer (the "Reply") shall be due on July 9, 2019.

**WHEREAS,** the Parties have conferred and jointly request that Defendants' Motion to Transfer be heard at the earliest possible convenience in order to conserve the Court and the Parties' resources. In light of the fact that the appointed Lead Plaintiff will be filing an Amended Complaint, and Defendants anticipate filing a motion to dismiss the Amended Complaint, the Parties believe that an earlier hearing will provide clarity regarding the venue in which this case will be proceeding.

**WHEREAS,** the Parties are available on the following alternative dates: July 15, 22, 29, 2019.

**IT IS HEREBY STIPULATED AND AGREED,** by and between the attorneys for Lead Plaintiff Movants Altimeo and ODS, Defendant Qihoo 360, and Defendant Chen as follows:

1. The parties agree to brief Defendants' Motion to Transfer as follows: Lead Plaintiff Movants' Opposition shall be due on June 25, 2019 and Defendants' Reply shall be due on July 9, 2019.

2. The parties agree to have the Motion to Transfer heard in front of Judge

Kronstadt as soon as practicable at the Court's convenience before September 23, 2019. Alternatively, the Parties agree that they are also available on the following dates, if such dates are convenient for the Court: July 15, 22, 29, 2019.

Dated: June 4, 2019                    **DECHERT LLP**

                                       By:   */s/ Nathan M. McClellan*
                                             Nathan M. McClellan

                                             David H. Kistenbroker (*pro hac vice*)
                                             Email: david.kistenbroker@dechert.com
                                             Joni S. Jacobsen (*pro hac vice*)
                                             Email: joni.jacobsen@dechert.com
                                             35 West Wacker, Suite 3400
                                             Chicago, IL 60601
                                             Telephone: (312) 646-5800

                                             *Counsel for Defendants Qihoo Technology Co. Ltd. & Eric Chen*

                                       **POMERANTZ LLP**

                                       By:   */s/ Michael Grunfeld*

                                             Jeremy A. Lieberman*
                                             Email: jalieberman@pomlaw.com
                                             Michael Grunfeld*
                                             Email: mgrunfeld@pomlaw.com
                                             600 Third Avenue, 20th Floor
                                             New York, NY 10016
                                             Telephone: (212) 661-1100
                                             Facsimile: (212) 661-8665

                                             *pro hac vice

                                             *Counsel for Lead Plaintiff Movants Altimeo Asset Management and ODS Capital LLC, and Proposed Lead Counsel for the Class*

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4**

This certifies, pursuant to Local Rule 5-4.3.4, that all signatories to this document concur in its content and have authorized this filing.

/s/*Nathan M. McClellan*

Nathan M. McClellan