**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION, LOS ANGELES**

| | |
|---|---|
| ALTIMEO ASSET MANAGEMENT, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>v.<br><br>QIHOO 360 TECHNOLOGY CO. LTD., HONGYI ZHOU, XIANGDONG QI and ERIC X. CHEN,<br><br>                    Defendants. | Case No.  2:19-cv-1619-JAK-JC<br><br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING ON DEFENDANT QIHOO 360 TECHNOLOGY CO. LTD AND ERIC X. CHEN'S MOTION TO TRANSFER** |

Based on review of the Stipulation of the Parties (Dkt. 36) and for certain good cause shown, the Stipulation is APPROVED.  It is hereby ORDERED:

1.      The schedule for briefing Motion to Transfer Venue to the Southern District of New York ("Motion to Transfer") filed by Defendants Qihoo 360 Technology Co. Ltd. and Eric X. Chen (Dkt. 33) will be as follows: Lead Plaintiff Movants' Opposition to Defendants' Motion to Transfer shall be due on June 25, 2019, and Defendants' Reply in Support of the Motion to Transfer shall be due on July 9, 2019.

2.      The hearing on the Motion to Transfer scheduled for September 23, 2019 is stricken from the calendar.

3.      The Hearing on the Motion to Transfer is now rescheduled for _____, 2019 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: _____, 2019

_____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA

[PROPOSED] ORDER GRANTING JOINT STIPULATION