UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ALTIMEO ASSET MANAGEMENT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> QIHOO 360 TECHNOLOGY CO. LTD., HONGYI ZHOU, XIANGDONG QI and ERIC X. CHEN, <br><br> Defendants. | Case No.  2:19-cv-1619-JAK-JC <br><br> **ORDER RE JOINT STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING ON DEFENDANT QIHOO 360 TECHNOLOGY CO. LTD AND ERIC X. CHEN'S MOTION TO TRANSFER (DKT. 36)** |

Based on review of the Stipulation of the Parties (Dkt. 36), the Stipulation is **APPROVED IN PART AND DENIED IN PART**. The Stipulation is **APPROVED** as to the parties' proposed briefing schedule on the Motion to Transfer Venue to the Southern District of New York ("Motion to Transfer") filed by Defendants Qihoo 360 Technology Co. Ltd. and Eric X. Chen (Dkt. 33), but **DENIED** as to the parties' joint request to advance the hearing on the Motion to Transfer. Accordingly, it is ordered that:

1. The schedule for briefing the Motion to Transfer will be as follows: Lead Plaintiff Movants' Opposition to Defendants' Motion to Transfer shall be due on June 25, 2019, and Defendants' Reply in Support of the Motion to Transfer shall be due on July 9, 2019.

2. The hearing on the Motion to Transfer will remain on calendar for September 23, 2019 at 8:30 a.m.

IT IS SO ORDERED.

Dated: June 10, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE