Jennifer Pafiti (SBN 282790)
**POMERANTZ LLP**
1100 Glendon Avenue
15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
E-mail: jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Movant ODS*
*Capital LLC, and Proposed Lead Counsel*
*for the Class*

*(Additional Counsel listed on signature page)*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## (WESTERN DIVISION – LOS ANGELES)

| | |
|---|---|
| ALTIMEO ASSET MANAGEMENT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QIHOO 360 TECHNOLOGY CO. LTD., HONGYI ZHOU, XIANGDONG QI and ERIC X. CHEN,<br><br>Defendants. | Case No. 2:19-cv-01619-JAK-JC<br><br>**DECLARATION OF MICHAEL GRUNFELD IN SUPPORT OF ODS CAPITAL LLC'S OPPOSITION TO DEFENDANTS QIHOO 360 TECHNOLOGY CO. LTD. AND ERIC X. CHEN'S MOTION TO TRANSFER VENUE TO THE SOUTHERN DISTRICT OF NEW YORK**<br><br>**Hearing Date:** September 23, 2019<br>**Hearing Time:** 8:30 a.m.<br>**Judge:** Hon. John A. Kronstadt |

DECLARATION IN OPPOSITION TO THE MOTION TO TRANSFER

1

I, MICHAEL GRUNFELD, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.     I am an attorney licensed to practice law in the State of New York. I am admitted *pro hac vice* to the Bar of this Court. I am a partner with the law firm of Pomerantz LLP, and counsel for ODS Capital LLC and Altimeo Asset Management.

2.     I submit this declaration in support of ODS Capital LLC's Opposition to Qihoo 360 Technology Co. Ltd. ("Qihoo 360") and Eric X. Chen's ("Defendants") Motion to Transfer Venue to the Southern District of New York, and to transmit to the Court true and correct copies of the documents listed in Paragraphs 3-12 herein.

3.     Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation and Order of Substitution of Counsel substituting Pomerantz LLP as counsel for ODS Capital in *ODS Capital LLC v. Qihoo 360 Technology Co. Ltd.*, et al., Case No. 1:19-cv-00501-PAE (S.D.N.Y. Jan. 17, 2019), Dkt. No. 6.

4.     Attached hereto as Exhibit 2 is a true and correct copy of an excerpt from the Preliminary Proxy Statement that Qihoo 360 Technology Co. Ltd. filed as an exhibit to its Schedule 13E-3 with the Securities and Exchange Commission on January 11, 2016.

5.     Attached hereto as Exhibit 3 is a true and correct copy of the first page of Google search results from June 18, 2019 for "distance from Beijing to New York City in miles" and "distance from Beijing to Los Angeles in miles."

DECLARATION IN OPPOSITION TO THE MOTION TO TRANSFER

2

6.      Attached hereto as Exhibit 4 is a true and correct copy of an excerpt from the Form 20-F that Qihoo 360 Technology Co. Ltd. filed with the Securities and Exchange Commission on April 28, 2016.

7.      Attached hereto as Exhibit 5 is a true and correct copy of the Memorandum of Law in Support of Motion of Altimeo and ODS Capital for Reconsideration of April 18, 2019 Order in *ODS Capital LLC v. Qihoo 360 Technology Co. Ltd.*, et al., Case No. 1:19-cv-00501-PAE (S.D.N.Y.), Dkt. No. 20.

8.      Attached hereto as Exhibit 6 is a true and correct copy of the Court's April 30, 2019 Order in *ODS Capital LLC v. Qihoo 360 Technology Co. Ltd.*, et al., Case No. 1:19-cv-00501-PAE (S.D.N.Y.), Dkt. No. 21.

9.      Attached hereto as Exhibit 7 is a true and correct copy of the Notice of Withdrawal of Motion of Altimeo and ODS Capital for Reconsideration of April 18, 2019 Order in *ODS Capital LLC v. Qihoo 360 Technology Co. Ltd.*, et al., Case No. 1:19-cv-00501-PAE (S.D.N.Y. Jan. 17, 2019), Dkt. No. 38.

10.     Attached hereto as Exhibit 8 is a true and correct copy of the Qihoo 360 Fifth Amended and Restated Articles of Association, which was filed as Exhibit 3.2 to Qihoo 360's Form F-1 that was filed with the Securities and Exchange Commission on March 14, 2011.

11.    Attached hereto as Exhibit 9 is a true and correct copy of the Brief that Plaintiffs-Appellants filed on March 29th, 2018 in the action captioned *Fasano v. Li*, No. 18-100-cv (2d. Cir.).

12.    Attached hereto as Exhibit 10 is a true and correct copy of an excerpt from the Federal Court Management Statistics on Federal District Courts detailing caseloads in the New York Southern District and Central District of California, which are available at https://www.uscourts.gov/federal-court-management-statistics-march-2019 (last accessed June 24, 2019).

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York on June 25, 2019.

By: */s/ Michael Grunfeld*
Michael Grunfeld

DECLARATION IN OPPOSITION TO THE MOTION TO TRANSFER
4