# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ODS CAPITAL LLC, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No. 1:19-cv-00501-PAE |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) | STIPULATION AND ORDER OF |
| vs. | ) | SUBSTITUTION OF COUNSEL |
| QIHOO 360 TECHNOLOGY CO. LTD., HONGYI ZHOU, XIANGDONG QI and ERIC X. CHEN, | ) ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel and pursuant to Local Rule 1.4, that the law firm of Pomerantz LLP is hereby substituted

in place of and instead of the law firm Labaton Sucharow LLP, and its attorneys Christopher J.

Keller, Eric J. Belfi, Francis P. McConville, and Hui M. Chang, as counsel of record for plaintiff

ODS Capital LLC in the above-captioned case.  A Declaration in support of this Stipulation and

Order for Substitution of Counsel is attached hereto pursuant to Local Rule 1.4.

PLEASE TAKE NOTICE that all pleadings, notices of hearing, and other filings in this

matter should be served upon the undersigned incoming counsel.

DATED:  March 16, 2019

**LABATON SUCHAROW LLP**
*/s/ Christopher J. Keller*
Christopher J. Keller
Eric J. Belfi
Francis P. McConville
Hui M. Chang

**POMERANTZ LLP**
*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100

1

140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-047
ckeller@labaton.com
ebelfi@labaton.com
fmcconville@labaton.com
hchang@labaton.com

*Outgoing Counsel for ODS Capital LLC*

Facsimile: (212) 661-8665
jalieberman@pomlaw.com

*Incoming Counsel for ODS Capital LLC*

**SO ORDERED**

Dated: New York, New York
_____3/18_____, 2019

The Honorable Paul A. Engelmayer
United States District Court Judge

2