# EXHIBIT 3

distance from Beijing to New York City in miles

All      Maps      Images      News      Shopping      More          Settings    Tools

About 6,640,000 results (1.24 seconds)



**6,824 mi**

Distance from Beijing to New York

Map data ©2019

### Distance from Beijing to New York
https://www.distancefromto.net › China › Beijing ▾

**Distance from Beijing to New York is** 11,015 **kilometers**. This air travel **distance is** equal to 6,844 **miles**. The air travel (bird fly) shortest **distance** between **Beijing and New York is** 11,015 **km**= 6,844 **miles**.

### Distance from Beijing to New York City | Travel Distance between New ...
https://www.prokerala.com/travel/distance/from-beijing/to-new-york-city/ ▾

**New York City**, United States to **Beijing**, China **distance** · How many **miles** / kilometer from **Beijing** to **New York City**? Travel direction, route map & air travel ...

### How far is Beijing from New York City - flight distance - Trippy
https://www.trippy.com/distance/New-York-City-to-Beijing ▾

Get a quick answer: It's 6842 **miles** or 11012 **km** from **New York City** to **Beijing**, which takes about 14 hours, 11 minutes to fly.

---

People also ask

| How long is a flight from China to New York? | ⌄ |
|---|---|
| How far is Tokyo from New York? | ⌄ |
| How large is New York City? | ⌄ |

Feedback

---

### Beijing (China) » New York City (United States) Distance, Miles and ...
https://www.entfernungsrechner.net › China › Beijing › United States › New York City ▾

From **Beijing** to **New York City**: Calculate **distance** between **Beijing and New York City** in **miles** and kilomenter, **for** free, with map **and Flight Time** / Flight Duration ...

### Distance from New York (JFK) to Beijing (PEK) - Air Miles Calculator
https://www.airmilescalculator.com/distance/jfk-to-pek/ ▾

**Distance** from John F. Kennedy International Airport (JFK), **New York** to **Beijing** Capital International Airport (PEK), **Beijing is** 6837 **miles** / 11004 **kilometers** ...

### Distance Beijing → New-York - Air line, driving route, midpoint
https://www.distance.to/Beijing/New-York ▾

Shows the **distance** in kilometres between **Beijing and New-York and** displays the route **on** an interactive map. Worldwide **distance** calculator with air line, route ...

### How Far is it Between New York City, Usa and Beijing, China
https://www.freemaptools.com/how-far-is-it-between-new-york-city_-usa-and-beijing... ▾

Find out **how far is it** from **New York City**, Usa to **Beijing**, China **and** see it **on** a map. ... You can also see the **distance** in **miles and km** below the map.

 Google

distance from Beijing to Los Angeles in miles     🔍

Sign in

🔍 All     🗺 Maps     📰 News     🖼 Images     🏷 Shopping     ⋮ More          Settings     Tools

About 7,400,000 results (1.87 seconds)



**6,248 mi**
Distance from Beijing to Los Angeles

Map data ©2019

**People also ask**

| | |
|---|---|
| How far is US from China? | ⌄ |
| How long is the flight from China to LA? | ⌄ |
| How long is the flight from California to China? | ⌄ |
| How long will it take to get to China? | ⌄ |

*Feedback*

**Distance from Beijing to Los Angeles | Travel Distance between Los ...**
https://www.prokerala.com/travel/distance/from-beijing/to-los-angeles-usa/ ▾
**Los Angeles**, United States to **Beijing**, China **distance** • How many **miles** / kilometer from **Beijing to Los Angeles**? Travel direction, route map & air travel **distance** ...

**Distance from Beijing to Los Angeles**
https://www.distancefromto.net › China › Beijing ▾
**Distance from Beijing to Los Angeles** is 10,084 **kilometers**. This air travel **distance** is equal to 6,266 **miles**. The air travel (bird fly) shortest **distance** between **Beijing** and **Los Angeles** is 10,084 **km**= 6,266 **miles**.

**Distance from Los Angeles (LAX) to Beijing (PEK) - Air Miles Calculator**
https://www.airmilescalculator.com/distance/lax-to-pek/ ▾
**Distance** from **Los Angeles** International Airport to **Beijing** Capital International Airport is 6251 **miles** / 10059 **kilometers** / 5432 nautical **miles**.

**How Far is it Between Beijing, China and Los Angeles California, Usa**
https://www.freemaptools.com/how-far-is-it-between-beijing_-china-and-los-angeles-c... ▾
This map shows the **distance from Beijing**, China to **Los Angeles** California, Usa. You can also see the **distance** in **miles** and **km** below the map.

**Distance between Los Angeles united states and Beijing china**
www.mapcrow.info/Distance_between_Los_Angeles_US_and_Beijing_CH.html ▾
**Los Angeles**, US, 34.0522 -118.2437. **Beijing**, CN, 39.9075 116.3972. **Miles**: 6247.92. **Kilometers**: 10054.77. Bearing: NE ...

**Los Angeles, US**: 34.0522; -118.2437     **Miles**: 6247.92
**Beijing, CN**: 39.9075; 116.3972     **Kilometers**: 10054.77

**Distance Los-Angeles → Beijing - Air line, driving route, midpoint**
https://www.distance.to/Los-Angeles/Beijing ▾
Shows the **distance** in kilometres between **Los-Angeles** and **Beijing** and displays the ... Worldwide **distance** calculator with air line, route planner, travel duration and flight **distances**. ... **Distance**: 6,253.98 mi (10,064.81 **km**) Driving route: --. +. +.