# EXHIBIT 4

Case 1:19-cv-10967-RAE   Document 40-5   Filed 06/25/19   Page 2 of 3

20-F 1 v437812_20f.htm FORM 20-F

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

**FORM 20-F**

**(Mark One)**

☐   **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR 12(g) OF THE SECURITIES EXCHANGE ACT OF 1934**

OR

☒   **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
     **For the fiscal year ended December 31, 2015**

OR

☐   **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
     **For the transition period from _____ to_____**

OR

☐   **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

Date of event requiring this shell company report
**Commission file number: 001-35109**

# QIHOO 360 TECHNOLOGY CO. LTD.
(Exact name of Registrant as specified in its charter)

N/A
(Translation of Registrant's name into English)

Cayman Islands
(Jurisdiction of incorporation or organization)

Building No. 2
6 Jiuxianqiao Road, Chaoyang District
Beijing 100015, People's Republic of China
(Address of principal executive offices)

Jue Yao, Chief Financial Officer
Alex Zuoli Xu, Co-Chief Financial Officer
Building No. 2
6 Jiuxianqiao Road, Chaoyang District
Beijing 100015, People's Republic of China
Tel: (+86-10) 5878-1000
Fax: (+86-10) 5682-2000
E-mail: ir@360.cn
(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)

**Securities registered or to be registered pursuant to Section 12(b) of the Act:**

| Title of each class | Name of each exchange on which registered |
|---|---|
| **American depositary shares, every two representing three Class A ordinary shares, par value $0.001 per share** | **New York Stock Exchange** |

**Securities registered or to be registered pursuant to Section 12(g) of the Act:**
**None**
(Title of Class)

**Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act:**

**Item 4.**   **INFORMATION ON THE COMPANY**

A.   <u>History and Development of the Company</u>

   We were incorporated in the Cayman Islands as an exempted company with limited liability under the laws of the Cayman Islands on June 9, 2005. On December 31, 2010, we changed our name from Qihoo Technology Company Limited to Qihoo 360 Technology Co. Ltd. We conduct our business operations in China through our wholly-owned subsidiaries and affiliated entities. We formed a wholly-owned subsidiary, Qizhi Software, one of our primary operating entities, in China in December 2005, and another wholly-owned subsidiary, Tianjin Qisi, another operating entity, in China in September 2011. In August 2012, we formed our third wholly-owned subsidiary in China, Qifei Xiangyi.

   On March 30, 2011, we listed our ADSs on the New York Stock Exchange under the symbol "QIHU." In April 2011, we completed our initial public offering of our ADSs. On September 5, 2013, we completed an offering of $600 million of 2.50% convertible senior notes due 2018. On August 6, 2014, we completed an offering of $450 million 0.50% convertible senior notes due 2020 and $450 million 1.75% convertible senior notes due 2021.

   Our principal executive offices are located at 6 Jiuxianqiao Road, Chaoyang District, Beijing 100015, People's Republic of China. Our telephone number is (+86-10) 5878-1000 and our fax number is (+86-10) 5682-2000. Our registered address in the Cayman Islands is located at the offices of Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104, Cayman Islands.

   For information regarding our principal capital expenditures, see "Item 4. Information on the Company — D. Property, Plant and Equipment."

   Investors should contact us for any inquiries through the address and telephone number of our principal executive offices. Our corporate website address is *www.360.cn*. Our agent for service of process in the United States is Corporation Service Company, 1180 Avenue of the Americas, Suite 210, New York, New York 10036-8401.

***Going Private Transaction***

   On December 18, 2015, we entered into the Merger Agreement with Tianjin Qixin Zhicheng Technology Co., Ltd., a limited liability company incorporated under the laws of the PRC, Tianjin Qixin Tongda Technology Co., Ltd., a limited liability company incorporated under the laws of the PRC, Midco, Merger Sub, and solely for purposes of Section 6.19 of the Merger Agreement, Global Village and Young Vision. Pursuant to the terms of the Merger Agreement, at the effective time of the merger, each of our class A and class B ordinary shares issued and outstanding immediately prior to the effective time of the merger will be cancelled and cease to exist in exchange for the right to receive $51.33 in cash without interest, and each our ADS will be cancelled in exchange for the right to receive $77.00 in cash without interest, except for (i) certain shares owned by entities controlled by Mr. Hongyi Zhou and Mr. Xiangdong Qi, and our treasury shares, which will be cancelled and cease to exist and no payment or distribution will be made with respect thereto, and (ii) the Dissenting Shares, which will be cancelled and cease to exist in exchange for the right to receive the payment of fair value of the Dissenting Shares in accordance with Section 238 of the Companies Law of the Cayman Islands. At the effective time of the merger, Merger Sub will merge with and into our company, with our company continuing as the surviving corporation and a wholly-owned subsidiary of Midco. The Merger Agreement, the plan of merger required to be filed with the Registrar of Companies of the Cayman Island, or the Plan of Merger, and the transactions contemplated by the Merger Agreement and the Plan of Merger, including the Merger, have been approved by the shareholders at an extraordinary general meeting of shareholders held on March 30, 2016. Completion of the Merger is subject to the satisfaction or waiver of the conditions set forth in the Merger Agreement. We will work with various other parties to the Merger Agreement towards satisfying all other conditions precedent to the Merger set forth in the Merger Agreement and complete the Merger as quickly as possible. If and when completed, the Merger would result in us becoming a private company and our ADSs would no longer be listed or traded on any stock exchange, including the NYSE, and our ADS program would be terminated.

28