# EXHIBIT 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ODS CAPITAL LLC, *individually and on behalf of all others similarly situated,*<br><br>                              Plaintiff,<br><br>      -v-<br><br>QIHOO 360 TECHNOLOGY CO. LTD., et al.,<br><br>                           Defendants. | 19 Civ. 501 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received a motion from Altimeo Asset Management ("Altimeo") and plaintiff ODS Capital LLC ("ODS," and together with Altimeo, "Lead Plaintiff Movants"), requesting that the Court (1) reconsider its earlier order dismissing this case without prejudice and (2) transfer this case to the United States District Court for the Central District of California. Dkt. 19.

The Court previously denied Lead Plaintiff Movants' request to transfer this case, and instead dismissed the case without prejudice to Lead Plaintiff Movants refiling in the Central District of California. The Court noted that defendants had not yet appeared in this action and therefore had no opportunity to offer their view as to Lead Plaintiff Movants' motion to transfer. The Court explained that the effect of its order dismissing this action without prejudice would allow Lead Plaintiff Movants to obtain the relief they seek—litigating this case in the Central District of California—while preserving defendants' ability to argue, in a future action, that transfer to this District, or another District, is appropriate.

In their memorandum in support of their motion for reconsideration, Lead Plaintiff Movants represent that they have notified defendants' counsel of their intent to file the instant

motion "and understand that counsel for those defendants plan to appear in this action and to notify the Court of their position on the Motion." Dkt. 20 at 2. Lead Plaintiff Movants express concern that a dismissal, as opposed to a transfer, could adversely affect members of the putative class to the extent the two forms of relief might have different statute-of-limitations consequences.

The Court is open to reconsidering the dismissal. The Court will reserve ruling on Lead Plaintiff Movants' motion for reconsideration until defendants have had an opportunity to be heard. Accordingly, the Court orders defense counsel to promptly enter an appearance and inform the Court of defendants' position on Lead Plaintiff Movants' motion to transfer by **May 8, 2019**. Counsel for Lead Plaintiff Movants are ordered to serve a copy of this order on defendants and to promptly file an affidavit of service on ECF.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: April 30, 2019
New York, New York

2