# EXHIBIT 7

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ODS CAPITAL LLC, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QIHOO 360 TECHNOLOGY CO. LTD., HONGYI ZHOU, XIANGDONG QI and ERIC X. CHEN,<br><br>Defendants. | Case No.  1:19-cv-00501-PAE<br><br>CLASS ACTION<br><br>NOTICE OF WITHDRAWAL OF MOTION OF ALTIMEO ASSET MANAGEMENT AND ODS CAPITAL LLC FOR RECONSIDERATION OF APRIL 18, 2019 ORDER |

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

On April 25, 2019, Altimeo Asset Management ("Altimeo") and Plaintiff ODS Capital LLC ("ODS" and, collectively, "Lead Plaintiff Movants"), by and through their counsel, filed a motion for the Court to reconsider its dismissal of this action and its denial of Lead Plaintiff Movants' Motion to Transfer this action to the United States District Court for the Central District of California (the "Motion for Reconsideration").  (Dkt. Nos. 19-20).  On May 14, 2019, Defendants Qihoo 360 Technology Co. Ltd. and Eric Chen, by and through their counsel, filed a memorandum of law in opposition to the Motion for Reconsideration (the "Opposition").  (Dkt. No. 36).

Having reviewed Defendants' Opposition, Lead Plaintiff Movants hereby withdraw their Motion for Reconsideration and stand by the Court's April 18, 2019 Order dismissing this Action without prejudice in favor of the similar action that is pending in the United States District Court for the Central District of California.  (Dkt. No. 18).

Dated:  May 20, 2019

Respectfully submitted,

POMERANTZ LLP

*/s/ Michael Grunfeld*
Jeremy A. Lieberman
Michael Grunfeld
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: mgrunfeld@pomlaw.com

POMERANTZ LLP
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email:  pdahlstrom@pomlaw.com

*Counsel for Plaintiff and Lead Plaintiff Movants*
*and Proposed Lead Counsel for the Class*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 20, 2019, a copy of the foregoing was filed electronically via the Court's CM/ECF system.  Notice of this filing will be sent by e-mail to Defendants Qihoo 360 Technology Co. Ltd. and Eric X. Chen by operation of the Court's electronic filing system. Parties may also access this filing through the Court's CM/ECF System.


*/s/ Michael Grunfeld*
Michael Grunfeld
