# EXHIBIT 10

## U.S. District Court — Judicial Caseload Profile

**NEW YORK SOUTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Mar 31 2014 | Mar 31 2015 | Mar 31 2016 | Mar 31 2017 | Mar 31 2018 | Mar 31 2019 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 12,129 | 13,575 | 12,570 | 12,881 | 13,252 | 15,028 | | |
| | | Terminations | 12,036 | 13,622 | 13,349 | 13,615 | 12,402 | 13,445 | | |
| | | Pending | 18,689 | 18,578 | 17,744 | 16,991 | 17,579 | 19,117 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 23.9 | 10.7 | 19.6 | 16.7 | 13.4 | | 16 | 1 |
| | | Number of Judgeships | 28 | 28 | 28 | 28 | 28 | 28 | | |
| | | Vacant Judgeship Months [2] | 32.9 | 0.0 | 8.0 | 13.0 | 32.8 | 54.2 | | |
| **Actions per Judgeship** | **Filings** | Total | 433 | 485 | 449 | 460 | 473 | 537 | 36 | 3 |
| | | Civil | 355 | 418 | 376 | 373 | 396 | 457 | 21 | 3 |
| | | Criminal Felony | 54 | 44 | 48 | 57 | 50 | 50 | 84 | 6 |
| | | Supervised Release Hearings | 25 | 22 | 25 | 31 | 27 | 30 | 55 | 5 |
| | Pending Cases [2] | | 667 | 664 | 634 | 607 | 628 | 683 | 20 | 3 |
| | Weighted Filings [2] | | 429 | 442 | 454 | 467 | 491 | 584 | 21 | 2 |
| | Terminations | | 430 | 487 | 477 | 486 | 443 | 480 | 49 | 3 |
| | Trials Completed | | 16 | 14 | 14 | 16 | 15 | 15 | 53 | 2 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 15.2 | 15.9 | 15.6 | 13.0 | 14.2 | 14.1 | 82 | 5 |
| | | Civil [2] | 8.1 | 8.9 | 8.4 | 9.2 | 6.7 | 5.9 | 9 | 1 |
| | From Filing to Trial [2] (Civil Only) | | 31.0 | 32.1 | 24.8 | 28.2 | 29.9 | 35.1 | 50 | 2 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 3,445 25.4 | 3,091 22.1 | 2,315 17.5 | 2,188 18.1 | 2,415 18.9 | 2,697 18.8 | 86 | 6 |
| | Average Number of Felony Defendants Filed per Case | | 1.8 | 1.7 | 1.7 | 2.3 | 1.9 | 1.9 | | |
| | Jurors | Avg. Present for Jury Selection | 91.1 | 83.6 | 69.8 | 62.2 | 72.5 | 80.9 | | |
| | | Percent Not Selected or Challenged | 56.6 | 56.0 | 53.5 | 50.6 | 49.4 | 53.6 | | |

| 2019 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 12,785 | 468 | 849 | 1,183 | 25 | 104 | 1,337 | 1,148 | 1,157 | 1,339 | 3,674 | 56 | 1,445 |
| Criminal [1] | 1,393 | 2 | 619 | 52 | 176 | 349 | 40 | 52 | 7 | 25 | 15 | 13 | 43 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**CALIFORNIA CENTRAL**

| | | | Mar 31 2014 | Mar 31 2015 | Mar 31 2016 | Mar 31 2017 | Mar 31 2018 | Mar 31 2019 | U.S. | Circuit |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | **12-Month Periods Ending** | | | | | | **Numerical Standing Within** | |
| **Overall Caseload Statistics** | Filings [1] | | 16,764 | 16,389 | 16,494 | 16,910 | 16,448 | 17,910 | | |
| | Terminations | | 17,257 | 16,810 | 16,928 | 16,334 | 16,399 | 16,545 | | |
| | Pending | | 13,131 | 12,571 | 12,106 | 12,660 | 12,764 | 14,131 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 6.8 | 9.3 | 8.6 | 5.9 | 8.9 | | 25 | 2 |
| | Number of Judgeships | | 28 | 28 | 28 | 28 | 28 | 28 | | |
| | Vacant Judgeship Months [2] | | 1.0 | 11.6 | 19.1 | 43.0 | 65.7 | 79.8 | | |
| **Actions per Judgeship** | Filings | Total | 599 | 585 | 589 | 604 | 587 | 640 | 17 | 4 |
| | | Civil | 514 | 514 | 522 | 534 | 504 | 551 | 13 | 3 |
| | | Criminal Felony | 53 | 40 | 36 | 39 | 49 | 57 | 75 | 11 |
| | | Supervised Release Hearings | 32 | 31 | 31 | 30 | 34 | 32 | 54 | 12 |
| | Pending Cases [2] | | 469 | 449 | 432 | 452 | 456 | 505 | 38 | 7 |
| | Weighted Filings [2] | | 535 | 541 | 551 | 573 | 583 | 650 | 11 | 3 |
| | Terminations | | 616 | 600 | 605 | 583 | 586 | 591 | 23 | 5 |
| | Trials Completed | | 14 | 15 | 11 | 13 | 11 | 12 | 67 | 9 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 13.0 | 13.9 | 17.9 | 15.6 | 13.1 | 13.3 | 79 | 12 |
| | | Civil [2] | 5.8 | 5.4 | 5.3 | 4.8 | 5.0 | 5.2 | 3 | 1 |
| | From Filing to Trial [2] (Civil Only) | | 21.1 | 19.8 | 20.2 | 20.4 | 19.2 | 21.8 | 11 | 2 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 595 / 5.8 | 601 / 6.1 | 560 / 5.9 | 538 / 5.4 | 547 / 5.6 | 559 / 5.2 | 37 | 3 |
| | Average Number of Felony Defendants Filed per Case | | 1.6 | 1.7 | 1.6 | 1.5 | 1.6 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 38.8 | 40.4 | 53.8 | 50.2 | 42.9 | 44.3 | | |
| | | Percent Not Selected or Challenged | 41.9 | 37.4 | 55.9 | 45.9 | 43.6 | 45.1 | | |

### 2019 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 15,415 | 884 | 238 | 1,725 | 101 | 706 | 760 | 2,307 | 802 | 1,387 | 4,625 | 9 | 1,871 |
| Criminal [1] | 1,591 | 23 | 461 | 237 | 171 | 355 | 61 | 39 | 30 | 83 | 11 | 43 | 77 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."