UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV19-01619 JAK (JCx) | Date | July 1, 2019 |
| Title | Altimeo Asset Management v. Qihoo 360 Technology Co., Ltd., et al. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| Andrea Keifer | Lisa Gonzalez |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Michael Grunfeld | Nathan M. McClellan |
| | Angela M. Liu |

**Proceedings:**  **ALTIMEO ASSET MANAGEMENT AND ODS CAPITAL LLC'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL (DKT. 10)**

**STATUS CONFERENCE RE SETTLEMENT**

The motion hearing is held. The Court states its tentative views that it is inclined to grant Altimeo Asset Management and ODS Capital LLC's Motion for Appointment as Lead Plaintiff and Approval of Counsel (the "Motion"). Counsel address the Court. The Court adheres to its tentative views and **GRANTS** the Motion.

Counsel address the Court with respect to scheduling. Defendants intend to file a motion to dismiss. The parties agree that Defendants Qihoo 360 Technology Co., Ltd. and Eric X. Chen's Motion to Transfer Venue to the Southern District of New York (Dkt. 33) (the "Motion to Transfer"), currently scheduled for hearing on September 23, 2019, should be heard and decided by the Court prior to the motion to dismiss. The reply to the Motion to Transfer is due July 9, 2019. Upon the filing of the reply, the Court will review the briefing and determine whether a hearing is necessary. If a hearing is not necessary, an order will be issued taking the Motion to Transfer under submission.

A Scheduling Conference is set for September 23, 2019 at 8:30 a.m. The Joint Rule 16(b)/26(f) Report shall be filed no later than September 13, 2019; provided, however, that if the Motion to Transfer is taken under submission, then the parties shall file the Joint Report no later than 10 days after the issuance of the order taking the Motion to Transfer under submission.

The status conference is not held. The Court will set dates with respect to settlement will be set upon the Court's review of the Joint Report.

**IT IS SO ORDERED.**

| | : | 12 |
|---|---|---|
| Initials of Preparer | ak | |