Nathan M. McClellan (SBN 291435)
Email: nathan.mcclellan@dechert.com
**DECHERT LLP**
US Bank Tower
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: 213-808-5700

*Counsel for Defendants*
*Qihoo 360 Technology Co. Ltd.*
*and Eric X. Chen*

(Additional Counsel listed on signature page)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION, LOS ANGELES

| | |
|---|---|
| ALTIMEO ASSET MANAGEMENT, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>v.<br><br>QIHOO 360 TECHNOLOGY CO. LTD., HONGYI ZHOU, XIANGDONG QI and ERIC X. CHEN,<br><br>                              Defendants. | Case No.  2:19-cv-1619-JAK-JC<br><br>**DECLARATION OF JONI S. JACOBSEN IN FURTHER SUPPORT OF DEFENDANTS QIHOO 360 TECHNOLOGY CO. LTD. AND ERIC X. CHEN'S MOTION TO TRANSFER VENUE TO THE SOUTHERN DISTRICT OF NEW YORK**<br><br>**Hearing Date**: September 23, 2019<br>**Hearing Time**: 8:30 a.m.<br>**Judge**: Hon. John A. Kronstadt |

I, JONI S. JACOBSEN, under penalty of perjury pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am an attorney licensed to practice law in the State of Illinois; I am admitted pro hac vice to the Bar of this Court.  I am a partner with the law firm of Dechert LLP, and counsel for Defendants Qihoo 360 Technology Co. Ltd. and Eric X. Chen ("Defendants").

2.    I submit this declaration in further support of Defendants' Motion to Transfer to the Southern District of New York, and to transmit to the Court a true and correct copies of the documents listed herein.

3.    Attached hereto as Exhibit 10 is a true and correct copy of an excerpted Qihoo 360 Technology Co. Ltd., Form F-1/A Registration Statement (Mar. 24, 2011).

4.    Attached hereto as Exhibit 11 is a true and correct copy of an excerpted Qihoo 360 Technology Co. Ltd., Report of Foreign Private Issuer, Form 6-K (Dec. 18, 2015).

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Chicago, Illinois on July 9, 2019.

By: _____
Joni S. Jacobsen