# EXHIBIT 10

Use these links to rapidly review the document
TABLE OF CONTENTS
QIHOO 360 TECHNOLOGY CO. LTD. INDEX TO CONSOLIDATED FINANCIAL STATEMENTS

Table of Contents

**As filed with the Securities and Exchange Commission on March 24, 2011**

**Registration No. 333-172816**

# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## Amendment No. 2 to
# FORM F-1
**REGISTRATION STATEMENT**
**Under**
**The Securities Act of 1933**

# Qihoo 360 Technology Co. Ltd.
*(Exact Name of Registrant as Specified in its Charter)*

| **Cayman Islands** | **7371** | **Not Applicable** |
|---|---|---|
| *(State or Other Jurisdiction of Incorporation or Organization)* | *(Primary Standard Industrial Classification Code Number)* | *(I.R.S. Employer Identification Number)* |

**Block 1, Area D, Huitong Times Plaza**
**No. 71 Jianguo Road, Chaoyang District**
**Beijing 100025**
**People's Republic of China**
**(86-10) 5878-1000**
*(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)*

**Corporation Service Company**
**1180 Avenue of the Americas, Suite 210**
**New York, New York 10036-8401**
**800-927-9800**

*(Name, address, including zip code, and telephone number, including area code, of agent for service)*

*Copies to:*

| | |
|---|---|
| **David T. Zhang, Esq.** | **Leiming Chen, Esq.** |
| **Eugene Y. Lee, Esq.** | **Simpson Thacher & Bartlett LLP** |
| **Latham & Watkins** | **ICBC Tower, 35/F** |
| **41st Floor, One Exchange Square** | **3 Garden Road, Central** |
| **8 Connaught Place, Central** | **Hong Kong** |

1

**Hong Kong**
**(852) 2522-7886**

(852) 2514-7600

**Approximate date of commencement of proposed sale to the public:**    As soon as practicable after this Registration Statement becomes effective.

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box. ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, please check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

---

## CALCULATION OF REGISTRATION FEE

| Title of Each Class of Securities to be Registered[1][2] | Amount to be registered[1] | Proposed maximum offering price per Class A ordinary share[3] | Proposed Maximum Aggregate Offering Price | Amount of Registration Fee[4] |
|---|---|---|---|---|
| Class A ordinary shares, par value $0.001 per share | 20,891,130 | $8.33 | $174,023,113 | $20,204.08 |

(1)    Includes (i) Class A ordinary shares initially offered and sold outside the United States that may be resold from time to time in the United States either as part of their distribution or within 40 days after the later of the effective date of this registration statement and the date the shares are first bona fide offered to the public and (ii) Class A ordinary shares that may be purchased by the underwriters pursuant to an option to purchase additional American depository shares. These Class A ordinary shares are not being registered for the purpose of sales outside of the United States.

(2)    American depositary shares evidenced by American depositary receipts issuable upon deposit of the Class A ordinary shares registered hereby will be registered under a separate registration statement on Form F-6 (Registration No. 333-172867). Every two American depositary shares represent three Class A ordinary shares.

(3)    Estimated solely for the purpose of calculating the amount of the registration fee pursuant to Rule 457(a) under the Securities Act of 1933.

(4)    Previously paid.

**The Registrant hereby amends this Registration Statement on such date or dates as may be necessary to delay its effective date until the Registrant shall file a further amendment which specifically states that this Registration Statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933 or until the Registration Statement shall become effective on such date as the Commission, acting pursuant to said Section 8(a), may determine.**

2

Table of Contents

The information in this prospectus is not complete and may be changed. We may not sell these securities until the registration statement filed with the Securities and Exchange Commission is effective. This prospectus is not an offer to sell these securities and it is not soliciting an offer to buy these securities in any jurisdiction where such offer or sale is not permitted.

**SUBJECT TO COMPLETION**
**PRELIMINARY PROSPECTUS DATED              , 2011**

**PROSPECTUS**

## 12,110,800 American Depositary Shares



# Qihoo 360 Technology Co. Ltd.

### Representing 18,166,200 Class A Ordinary Shares

———————————

This is our initial public offering. We are offering 12,110,800 American depositary shares, or ADSs. Every two ADSs represent three of our Class A ordinary shares. No public market currently exists for our ordinary shares or ADSs.

We anticipate the initial public offering price of our ADSs to be between $10.50 and $12.50 per ADS. We have applied to list our ADSs on the New York Stock Exchange under the symbol "QIHU."

**Investing in our ADSs involves a high degree of risk. See "Risk Factors" beginning on page 11.**

**Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of these securities or passed upon the adequacy or accuracy of this prospectus. Any representation to the contrary is a criminal offense.**

———————————

|  | Per ADS | Total |
|---|---|---|
| Public Offering Price | $ | $ |
| Underwriting Discounts and Commissions | $ | $ |
| Proceeds, Before Expenses, to Us | $ | $ |

We have granted the underwriters a 30-day option to purchase up to 1,816,620 additional ADSs from us at the initial public offering price less the underwriting discounts and commissions.

Upon the completion of this offering, 52,681,661 Class A ordinary shares and 121,881,034 Class B ordinary shares of our company will be issued and outstanding. Each Class A ordinary share will be entitled to one vote and each Class B ordinary share will be entitled to five votes on all matters subject to shareholder vote. Accordingly, holders of our Class A ordinary shares and Class B ordinary shares will hold 7.96% and 92.04% of our aggregate voting power, respectively.

Delivery of our ADSs will be made on or about              , 2011.

———————————

## UBS Investment Bank                                     Citi

**Stifel Nicolaus Weisel**                         **Cowen and Company**

———————————

The date of this prospectus is              , 2011.