# EXHIBIT A

EX-99.(A)(1) 2 v433094_ex99-a1.htm EXHIBIT (A)-(1)

**EXHIBIT (a)-(1)**



March 3, 2016

Shareholders of Qihoo 360 Technology Co. Ltd.
Re: Notice of Extraordinary General Meeting of Shareholders

Dear Shareholder:

You are cordially invited to attend an extraordinary general meeting of the shareholders of Qihoo 360 Technology Co. Ltd. (the "Company") to be held on March 30, 2016 at 10:00 a.m. (Beijing time). The meeting will be held at 3/F, Building #2, 6 Jiuxianqiao Road, Chaoyang District, Beijing 100015, People's Republic of China. The accompanying notice of the extraordinary general meeting and proxy statement provide information regarding the matters to be considered and voted on at the extraordinary general meeting, including at any adjournment thereof.

On December 18, 2015, the Company entered into an Agreement and Plan of Merger (the "Merger Agreement") with Tianjin Qixin Zhicheng Technology Co., Ltd. (天津奇信志成科技有限公司), a limited liability company incorporated under the laws of the PRC ("Holdco"), Tianjin Qixin Tongda Technology Co., Ltd. (天津奇信通达科技有限公司), a limited liability company incorporated under the laws of the PRC ("Parent"), True Thrive Limited (诚盛有限公司), an exempted company incorporated with limited liability under the laws of the Cayman Islands ("Midco"), New Summit Limited (新峰有限公司), an exempted company incorporated with limited liability under the laws of the Cayman Islands ("Merger Sub" and, together with Holdco, Parent and Midco, each a "Parent Party" and collectively the "Parent Parties"), and solely for purposes of Section 6.19 of the Merger Agreement, Global Village Associates Limited, a British Virgin Islands company ("Global Village"), and Young Vision Group Limited, a British Virgin Islands company ("Young Vision" and, together with Global Village, the "Founder Securityholders"), pursuant to which Merger Sub will be merged with and into the Company and cease to exist, with the Company continuing as the surviving company (the "Surviving Company") (the "Merger") and becoming a wholly owned subsidiary of Midco. Upon the completion of the Merger, the Surviving Company will become a private company beneficially owned solely by the Buyer Group (as defined below), while Hongyi Zhou, the chairman of the board of directors and chief executive officer of the Company, and Xiangdong Qi, a director and the president of the Company, will own 22.8% and 2.2%, respectively, of the Surviving Company. The purpose of the extraordinary general meeting is for you and the other shareholders of the Company to consider and vote upon a proposal to authorize and approve the Merger Agreement and the plan of merger required to be filed with the Registrar of Companies of the Cayman Islands (the "Cayman Registrar") in connection with the Merger (the "Plan of Merger"), and the transactions contemplated by the Merger Agreement and the Plan of Merger, including the Merger. Copies of the Merger Agreement and the Plan of Merger are attached as Annex A and Annex B, respectively, to the accompanying proxy statement.

The Parent Parties, the Founder Securityholders and the equity investors named in Exhibit B of the Merger Agreement (collectively, the "Equity Investors") are collectively referred to herein as the "Buyer Group." As of the date of this letter, the Buyer Group collectively beneficially own 7,164,611 Class A ordinary shares and 41,263,812 Class B ordinary shares, which represent approximately 26.8% in number and approximately 61.3% in voting rights of the Company's issued and outstanding ordinary shares, consisting of Class A ordinary shares and Class B ordinary shares, par value $0.001 per share (each, a "Share") and excluding treasury shares, which consist of ordinary shares repurchased but un-cancelled and ordinary shares reserved for future issuance upon exercise of vested Company Options. If the Merger is consummated, the Company will continue its operations as a privately held company, and, as the result of the Merger, the Company's American depositary shares ("ADSs"), two representing three Class A ordinary shares of the Company, will no longer be listed on the New York Stock Exchange (the "NYSE") and the ADS program for the Shares will terminate.

If the Merger is consummated, at the effective time of the Merger (the "Effective Time"), each Share issued and outstanding immediately prior to the Effective Time will be cancelled and cease to exist in exchange for the right to receive $51.33 and each issued and outstanding ADS will represent the right to receive $77.00, in each case, in cash, without interest and net of any applicable withholding taxes. The ADS holders will pay any applicable fees, charges and expenses of The Bank of New York Mellon (the "ADS Depositary") and government charges (including withholding taxes if any) due to or incurred by the ADS Depositary, in its capacity as the ADS depositary, in connection with the cancellation of the ADSs surrendered and distribution of the merger consideration to holders of ADSs, including applicable ADS cancellation fees ($5.00 for each 100 ADSs (or portion thereof) and ADS Depositary services fees). Notwithstanding the foregoing, if the Merger is consummated, the following Shares (including Shares represented by ADSs) will not be converted into the right to receive the consideration described in the immediately preceding sentence, but will be cancelled and cease to exist at the Effective Time:

**Merger Sub**

New Summit Limited is an exempted company incorporated with limited liability under the laws of the Cayman Islands ("Merger Sub") formed solely for the purpose of effecting the Merger. The business address of Merger Sub is at Building #2, No.6 Jiuxianqiao Road, Chaoyang District, Beijing 100015, People's Republic of China. Merger Sub's telephone number is +86 10 5878-1078 and its fax number is +86 10 5682-2000.

**Global Village Associates Limited**

Global Village Associates Limited is a British Virgin Islands company ("Global Village"). The registered office of Global Village is P.O. Box 957, Offshore Incorporations Centre, Road Town, Tortola, the British Virgin Islands and its executive offices are located at Building #2, 6 Jiuxianqiao Road, Chaoyang District, Beijing 100015, the People's Republic of China. Global Village's telephone number is +86 10 5878-1078 and its fax number is +86 10 5682-2000. Global Village is wholly owned by Fair Point International Limited, a British Virgin Islands company, which is wholly owned by a revocable trust constituted under the laws of Singapore with Mr. Hongyi Zhou and his wife as the settlers and Mr. Zhou as investment manager with sole voting and dispositive power and certain family members of Mr. Zhou as the beneficiaries. Huan Hu is the sole director of Global Village.

**Young Vision Group Limited**

Young Vision Group Limited is a British Virgin Islands company ("Young Vision" and, together with Global Village, the "Founder Securityholders"). The registered office of Young Vision is 2nd Floor, Abbott Building, Road Town, Tortola, British Virgin Islands and its executive offices are located at Building #2, 6 Jiuxianqiao Road, Chaoyang District, Beijing 100015, the People's Republic of China. Young Vision's telephone number is +86 10 5682-2141 and its fax number is +86 10 5682-2000. Young Vision is wholly owned by East Line Holdings Limited, a British Virgin Islands company, which is in turn wholly-owned by Mr. Xiangdong Qi. Mr. Qi is the sole director of Young Vision.

**Hongyi Zhou**

Mr. Zhou is the co-founder, chairman and chief executive officer of the Company (the "Chairman"), and is a PRC citizen. The business address of Mr. Zhou is Building #2, 6 Jiuxianqiao Road, Chaoyang District, Beijing 100015, the People's Republic of China. During the last five years, Mr. Zhou has not been: (i) convicted in a criminal proceeding (excluding traffic violations or similar misdemeanors) or (ii) a party to any judicial or administrative proceeding (except for matters that were dismissed without sanction or settlement) that resulted in a judgment, decree or final order enjoining Mr. Zhou from future violations of, or prohibiting activities subject to, federal or state securities laws, or a finding of any violation of federal or state securities laws.

**Xiangdong Qi**

Mr. Qi is the co-founder, director and president of the Company, and is a PRC citizen. The business address of Mr. Qi is Building #2, 6 Jiuxianqiao Road, Chaoyang District, Beijing 100015, People's Republic of China. During the last five years, Mr. Qi has not been: (i) convicted in a criminal proceeding (excluding traffic violations or similar misdemeanors) or (ii) a party to any judicial or administrative proceeding (except for matters that were dismissed without sanction or settlement) that resulted in a judgment, decree or final order enjoining Mr. Qi from future violations of, or prohibiting activities subject to, federal or state securities laws, or a finding of any violation of federal or state securities laws.

**Tianjin Xinxin Qiyuan Investment Limited Partnership**

Tianjin Xinxin Qiyuan Investment Limited Partnership is a limited partnership organized under the laws of the PRC ("Xinxin Qiyuan"). Its business address is 4-B-31, 4/F Building #3, 188 Rixin Street, Binhai Technology Campus, Binhai High-Tech Industrial Development Area, Tianjin, People's Republic of China. Its telephone number is +86 22 2378-5971 and its fax number is +86 22 8717-6696. Its principle business is equity investment.

**Tianjin Xinxinsheng Investment Limited Partnership**

Tianjin Xinxinsheng Investment Limited Partnership is a limited partnership organized under the laws of the PRC ("Xinxinsheng"). Its business address is Electronic City, 6 Jiuxianqiao Road, Chaoyang District, Beijing, People's Republic of China. Its telephone number is +86 10 5682-1940 and its fax number is +86 10 5878-2000. Its principal business is investment.

**The Merger (Page 92)**

The Company, Holdco, Parent, Midco, Merger Sub, and, solely for the purposes of Section 6.19 of the Merger Agreement, Global Village and Young Vision entered into an agreement and plan of merger (the "Merger Agreement") on December 18, 2015, pursuant to which Merger Sub will be merged with and into the Company and cease to exist, with the Company continuing as the surviving company (the "Surviving Company") (the "Merger"). You are being asked to vote upon a proposal to authorize and approve the Merger Agreement, the plan of merger (the "Plan of Merger") required to be filed with the Registrar of Companies of the Cayman Islands (the "Cayman Registrar") in connection with the Merger, and the transactions contemplated thereby, including the Merger.

2