# EXHIBIT B

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTIMEO ASSET MANAGEMENT, Individually and on Behalf of All Others Similarly Situated,<br><br>  *Plaintiff,*<br><br>vs.<br><br>QIHOO 360 TECHNOLOGY CO. LTD., HONGYI ZHOU, XIANGDONG QI and ERIC X CHEN,<br><br>  *Defendants.* | Case No.: 2:19-cv-01619<br><br>**DECLARATION OF KARINA SHREEFER IN SUPPORT OF SERVICE UPON DEFENDANTS HONGYI ZHOU AND XIANGDONG QI** |

I, Karina Shreefer, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney and international litigation consultant employed by Shreefer Law Firm, LLC in Merriam, Kansas. For the past 15 years I have advised attorney clients on how to properly serve foreign defendants pursuant to international treaties and statutes, including service upon defendants located in the People's Republic of China ("China").

2. I have been in communication with counsel for Lead Plaintiffs Altimeo Asset Management and ODS Capital LLC at Pomerantz LLP for several months to advise on the service of process upon defendants Hongyi Zhou and Xiangdong Qi. On June 4, 2019, Pomerantz LLP engaged the Shreefer Law Firm,

{00333053;2 }   DECLARATION OF KARINA SHREEFER IN SUPPORT OF SERVICE UPON DEFENDANTS HONGYI ZHOU AND XIANGDONG QI - 1

LLC to effect service of process upon defendants Hongyi Zhou and Xiangdong Qi in China.

3. China is a signatory to the Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Convention"), a multilateral treaty regulating service of process among member nations.

4. Rule 4f(1) of the Federal Rules of Civil Procedure provides for service on defendants located in foreign countries by "any internationally agreed means of service that is reasonably calculated to give notice, such as those authorized by the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents." In addition, the United States Supreme Court has held that the Hague Convention "provide a simpler way to serve process abroad, to assure that defendants sued in foreign jurisdictions would receive actual and timely notice of suit, and to facilitate proof of service abroad." See *Volkswagenwerk AG v. Schlunk*, 486 US 694, 698 (1988).

5. Pursuant to its declarations to the Hague Convention, China permits service in its country only via the Chinese government, effected by submitting a Hague Service Request to the Chinese Central Authority ("CA") located within the Chinese Ministry of Justice in Beijing.

{00333053;2}   DECLARATION OF KARINA SHREEFER IN SUPPORT OF SERVICE UPON DEFENDANTS HONGYI ZHOU AND XIANGDONG QI DECLARATION - 2

6. In order to commence service via the CA, litigants must submit a Hague Service Request with the documents to be served attached in English along with a Chinese translation. The CA reviews the Request for compliance with the Treaty and then forwards it to the Chinese Supreme Court. The Chinese Supreme Court then distributes the Request to a lower court having jurisdiction over the defendant. The lower court will then be responsible for service.

7. Until late 2016, service in China through the Hague Convention took about 9-to-12 months. More recently, the turnaround time has increased to 18-to-24 months. In addition, while China sometimes fails to execute service requests that are properly submitted through the Hague Convention, that result will not be known until after extensive delay.

8. Since I was retained by Lead Plaintiffs' counsel, I coordinated the translation into Chinese of the documents to be served on Hongyi Zhou and Xiangdong Qi, and completed the Hague Requests for their service.

9. On July 8, 2019 I sent via FedEx to the Chinese Central Authority Hague Requests, including the required documents, for Hongyi Zhou, a copy of which is attached hereto as Exhibit 1, and Xiangdong Qi, a copy of which is attached hereto as Exhibit 2.

{00333053;2 } DECLARATION OF KARINA SHREEFER IN SUPPORT OF SERVICE UPON DEFENDANTS HONGYI ZHOU AND XIANGDONG QI DECLARATION - 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Merriam, Kansas this 10th of July 2019.

_____
Karina Shreefer, Esq.

# EXHIBIT 1

# HAGUE REQUEST FOR HONGYI ZHOU

Case No.: 2:19-cv-01619-JAK (JCx)

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Karina J. Shreefer, Esq.<br>SHREEFER LAW FIRM, LLC<br>5820 Knox Street<br>Merriam, KS 66203<br>UNITED STATES OF AMERICA<br>Tel. 1.913.933.6222<br>Karina@ShreeferLaw.com | Ministry of Justice of China<br>International Legal Cooperation Center (ILCC)<br>No. 33, Pinganli Xidajie, Xicheng District, Beijing 100035<br>PEOPLE'S REPUBLIC OF CHINA<br>Tel: +86.10.5560.4537<br>Fax: +86.10.5560.4538<br>Ivylee319@vip.sina.com |

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir—en double exemplaire—à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)* Hongyi Zhou, at his place of employment:
Qihoo 360 Technology Co., Ltd., Building 2, 6 Haoyuan, Jiuxianqiao Road, Chaoyang District, Beijing, People's Republic of China 100015

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*  Service in accordance with
*(a) selon les formes légales (article 5, alinéa premier, lettre a).*   the laws of the PRC for service of documents in its territory

☐ ~~(b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:~~
~~(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):~~ _____

☐ ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:~~
~~(c) le cas échéant, par remise simple (article 5, alinéa 2).~~

The authority is requested to return or to have returned to the applicant a copy of the documents—and of the annexes*—with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte—et de ses annexes—avec l'attestation figurant au verso.*

**THE PERSONS AND ENTITIES WITHIN THE UNITED STATES COMPETENT TO FORWARD SERVICE REQUESTS PURSUANT TO ARTICLE 3 INCLUDE ANY COURT OFFICIAL; <u>ANY ATTORNEY</u>; OR ANY OTHER PERSON OR ENTITY AUTHORIZED BY THE RULES OF THE COURT.** (See U.S. declarations to the 1965 Convention at Hague Conference website: http://www.hcch.net/index_en.php?act=authorities.details&aid=279).

List of documents provided in duplicate, in English and in Chinese
*Enumération des pièces*

- Summons in a Civil Action
- Civil Cover Sheet
- Certification and Notice of Interested Parties
- Class Action Complaint for Violations of the Federal Securities Laws

Done at Merriam, Kansas, U.S.A., the 8 July 2019
*Fait à _____, le _____*

Signature and/or stamp.
*Signature et/ou cachet.*

*Karina [signature]*

*Delete if inappropriate
*Rayer les mentions inutiles.*

1

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)   USM-94 (Est. 11/22/77)

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1. que la demande a été exécutée*

- the (date)
- *le (date)* _____

- at (place, street, number)
- *à (locatlité, rue numéro)* _____

_____
_____

- in one of the following methods authorised by article 5-
-*dans une des formes suivantes prévues à l'article 5:*

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
  *a) selon les formes légales (article 5, alinéa premier, lettre a).*

☐ (b) in accordance with the following particular method*:
  *b) selon la forme particulière suivante :* _____

☐ (c) by delivery to the addressee, who accepted it voluntarily. *
  *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

-(identity and description of person)
-*(identité et qualité de la personne)* _____

-relationship to the addressee (family, business, or other):
-*liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformént à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**Annexes**
*Annexes*

**Documents returned:**
*Piéces renvoyées:* _____

_____
_____
_____

Done at _____ , the _____
*Fait à* _____ *, le* _____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

Signature and / or stamp.
*Signature et / ou cachet.*

_____
_____

*Delete if inappropriate.
*Rayer les mentions inutiles.*

2

# SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

(article 5, fourth paragraph)
*(article 5, alinéa 4)*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante :*   Karina Shreefer, Esq., SHREEFER LAW FIRM, LLC
5820 Knox Street, Merriam, Kansas, 66203 U.S.A.
Tel. 1.913.933.6222, Karina@ShreeferLaw.com

**Particulars of the parties*:**
*Identité des parties :*   Altimeo Asset Management, Individually and on behalf of All Others Similarly Situated, *Plaintiff(s)*, v. Qihoo 360 Technology Co. Ltd., **Hongyi Zhou**, Xiangdong Qi and Eric X Chen, *Defendants*.

## JUDICIAL DOCUMENT**
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :*   To give notice to the defendant that a lawsuit has been filed against him and to summon him to answer.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige :*   A Class Action Complaint has been filed against the defendant.

**Date and place for entering appearance**:**
*Date et lieu de la comparution :*   Within 21 days after service of the summons, not counting the day received, defendant must serve on the plaintiff an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney whose name and address are: Jennifer Pafiti, Pomerantz LLP, 1100 Glendon Avenue, 15th Floor, Los Angeles, California 90024, USA. Defendant must also file his answer or motion with the court: First Street US Courthouse, 350 W. 1st St., Ste. 4311, Los Angeles, CA 90012, USA.

**Court which has given judgment**:**
*Juridiction qui a rendu la décision :*   N/A

**Date of judgment**:**
*Date de la décision :*   N/A

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte :*   Within 21 days after service of the summons, not counting the day received, defendant must serve on the plaintiff an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney and must also be filed with the court. If the defendant fails to respond, judgment by default will be entered against him for the relief demanded in the complaint.

## EXTRAJUDICIAL DOCUMENT**
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :*   N/A

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte :*   N/A

---

\*   If appropriate, identity and address of the person interested in the transmission of the document.
    *S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
\*\* Delete if inappropriate.
    *Rayer les mentions inutiles.*

★U.S. Government Printing Office: 1990-262-211/15302

3

Case No.: 2:19-cv-01619-JAK (JCx)

**WARNING**
AVERTISSEMENT

**identity and address of the addressee**
*identité et adresse du destinataire*

> **HONGYI ZHOU**
> *At his place of employment*: Qihoo 360 Technology Co. Ltd.
> Building 2, 6 Haoyuan, Jiuxianqiao Road
> Chaoyang District, Beijing 100015
> People's Republic of China

**IMPORTANT**

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

> Legal Aid Foundation of Los Angeles
> Ron Olson Justice Center
> 1550 W. 8th Street
> Los Angeles, California 90017
> USA
> Tel.: 1.800.399.4529

*TRÈS IMPORTANT*

*LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.*

*SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.*

*LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :*

> *Legal Aid Foundation of Los Angeles*
> *Ron Olson Justice Center*
> *1550 W. 8th Street*
> *Los Angeles, California 90017*
> *USA*
> *Tel.: 1.800.399.4529*

# EXHIBIT 2

# HAGUE REQUEST FOR XIANGDONG QI

Case No.: 2:19-cv-01619-JAK (JCx)

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or
Commercial Matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| **Identity and address of the applicant**<br>*Identité et adresse du requérant* | **Address of receiving authority**<br>*Adresse de l'autorité destinataire* |
|---|---|
| Karina J. Shreefer, Esq.<br>SHREEFER LAW FIRM, LLC<br>5820 Knox Street<br>Merriam, KS 66203<br>UNITED STATES OF AMERICA<br>Tel. 1.913.933.6222<br>Karina@ShreeferLaw.com | Ministry of Justice of China<br>International Legal Cooperation Center (ILCC)<br>No. 33, Pinganli Xidajie, Xicheng District, Beijing 100035<br>PEOPLE'S REPUBLIC OF CHINA<br>Tel: +86.10.5560.4537<br>Fax: +86.10.5560.4538<br>Ivylee319@vip.sina.com |

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)

*Le requérant soussigné a l'honneur de faire parvenir—en double exemplaire—à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   *(identité et adresse)*   Xiangdong Qi, at his place of employment:
Qihoo 360 Technology Co., Ltd., Building 2, 6 Haoyuan, Jiuxianqiao Road, Chaoyang District, Beijing, People's Republic of China 100015

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*    Service in accordance with
   *(a) selon les formes légales (article 5, alinéa premier, lettre a).*    the laws of the PRC for service of documents in its territory

[ ] ~~(b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:~~
   ~~*(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b)*:~~ _____

[ ] ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:~~
   ~~*(c) le cas échéant, par remise simple (article 5, alinéa 2).*~~

The authority is requested to return or to have returned to the applicant a copy of the documents—and of the annexes*—with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte—et de ses annexes—avec l'attestation figurant au verso.*

**THE PERSONS AND ENTITIES WITHIN THE UNITED STATES COMPETENT TO FORWARD SERVICE REQUESTS PURSUANT TO ARTICLE 3 INCLUDE ANY COURT OFFICIAL; <u>ANY ATTORNEY</u>; OR ANY OTHER PERSON OR ENTITY AUTHORIZED BY THE RULES OF THE COURT.** (See U.S. declarations to the 1965 Convention at Hague Conference website: http://www.hcch.net/index_en.php?act=authorities.details&aid=279).

**List of documents provided in duplicate, in English and in Chinese**
*Enumération des pièces*

  Summons in a Civil Action
  Civil Cover Sheet
  Certification and Notice of Interested Parties
  Class Action Complaint for Violations of the Federal Securities Laws

Done at  Merriam, Kansas, U.S.A. , the  8 July 2019
*Fait à* _____ , *le* _____

Signature and/or stamp.
*Signature et/ou cachet.*

*(signature)*

*Delete if inappropriate
*Rayer les mentions inutiles.*

1

(Formerly OBD-116 which was formerly LAA-116,
both of which may still be used)

USM-94
(Est. 11/22/77)

## CERTIFICATE
*ATTESTATION*

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1) that the document has been served ***
*1. que la demande a été exécutée*

- the (date)
- *le (date)* _____

- at (place, street, number)
- *à (locatlité, rue numéro)* _____

_____

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*

  ☐ **(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.**
  *a) selon les formes légales (article 5, alinéa premier, lettre a).*

  ☐ **(b) in accordance with the following particular method*:**
  *b) selon la forme particulière suivante :* _____

  ☐ **(c) by delivery to the addressee, who accepted it voluntarily. ***
  *c) par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*

- (identity and description of person)
- *(identité et qualité de la personne)* _____

- relationship to the addressee (family, business, or other):
- *liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* _____

**2) that the document has not been served, by reason of the following facts*:**
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**
*Conformént à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**Annexes**
*Annexes*

**Documents returned:**
*Piéces renvoyées:*

_____
_____
_____
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

Done at _____ , the _____
*Fait à* _____ *, le* _____

**Signature and / or stamp.**
*Signature et / ou cachet.*

_____

***Delete if inappropriate.**
*Rayer les mentions inutiles.*

2

# SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

(article 5, fourth paragraph)
*(article 5, alinéa 4)*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante :*   Karina Shreefer, Esq., SHREEFER LAW FIRM, LLC
5820 Knox Street, Merriam, Kansas, 66203 U.S.A.
Tel. 1.913.933.6222, Karina@ShreeferLaw.com

**Particulars of the parties\*:**
*Identité des parties :*   Altimeo Asset Management, Individually and on behalf of All Others Similarly Situated, *Plaintiff(s)*, v. Qihoo 360 Technology Co. Ltd., Hongyi Zhou, **Xiangdong Qi** and Eric X Chen, *Defendants.*

## JUDICIAL DOCUMENT\*\*
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :*   To give notice to the defendant that a lawsuit has been filed against him and to summon him to answer.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige :*   A Class Action Complaint has been filed against the defendant.

**Date and place for entering appearance\*\*:**
*Date et lieu de la comparution :*   Within 21 days after service of the summons, not counting the day received, defendant must serve on the plaintiff an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney whose name and address are: Jennifer Pafiti, Pomerantz LLP, 1100 Glendon Avenue, 15th Floor, Los Angeles, California 90024, USA. Defendant must also file his answer or motion with the court: First Street US Courthouse, 350 W. 1st St., Ste. 4311, Los Angeles, CA 90012, USA.

**Court which has given judgment\*\*:**
*Juridiction qui a rendu la décision :*   N/A

**Date of judgment\*\*:**
*Date de la décision :*   N/A

**Time limits stated in the document\*\*:**
*Indication des délais figurant dans l'acte :*   Within 21 days after service of the summons, not counting the day received, defendant must serve on the plaintiff an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney and must also be filed with the court. If the defendant fails to respond, judgment by default will be entered against him for the relief demanded in the complaint.

## EXTRAJUDICIAL DOCUMENT\*\*
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :*   N/A

**Time limits stated in the document\*\*:**
*Indication des délais figurant dans l'acte :*   N/A

---

\*   If appropriate, identity and address of the person interested in the transmission of the document.
  *S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
\*\*  Delete if inappropriate.
  *Rayer les mentions inutiles.*

★U.S. Government Printing Office: 1990-262-211/15302

**WARNING**
AVERTISSEMENT

identity and address of the addressee
*identité et adresse du destinataire*

---

**XIANGDONG QI**
*At his place of employment*: Qihoo 360 Technology Co. Ltd.
Building 2, 6 Haoyuan, Jiuxianqiao Road
Chaoyang District, Beijing 100015
People's Republic of China

---

**IMPORTANT**

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

Legal Aid Foundation of Los Angeles
Ron Olson Justice Center
1550 W. 8th Street
Los Angeles, California 90017
USA
Tel.: 1.800.399.4529

***TRÈS IMPORTANT***

*LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.*

*SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.*

*LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :*

*Legal Aid Foundation of Los Angeles*
*Ron Olson Justice Center*
*1550 W. 8th Street*
*Los Angeles, California 90017*
*USA*
*Tel.: 1.800.399.4529*