Nathan M. McClellan (SBN 291435)
Email: nathan.mcclellan@dechert.com
**DECHERT LLP**
US Bank Tower
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: 213-808-5700

*Counsel for Defendants*
*Qihoo 360 Technology Co. Ltd.*
*and Eric X. Chen*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION, LOS ANGELES

| | |
|---|---|
| ALTIMEO ASSET MANAGEMENT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> QIHOO 360 TECHNOLOGY CO. LTD., HONGYI ZHOU, XIANGDONG QI and ERIC X. CHEN, <br><br> Defendants. | Case No. 2:19-cv-1619-JAK-JC <br><br><br> **[PROPOSED] ORDER GRANTING QIHOO 360 TECHNOLOGY CO. LTD. AND ERIC X. CHEN'S MOTION TO DISMISS** |

Pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(6) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, Lead Plaintiffs Altimeo Asset Management and ODS Capital LLC ("Lead Plaintiffs") fail to state a claim upon which relief can be granted and Defendants Qihoo 360 Technology Co. Ltd. and Eric X. Chen's Motion to Dismiss is GRANTED. Lead Plaintiffs' First Amended Class Action Complaint is hereby DISMISSED.

Dated:_____ 2020

_____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE