Nathan M. McClellan (SBN 291435)
Email: nathan.mcclellan@dechert.com
**DECHERT LLP**
US Bank Tower
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: 213-808-5700

*Counsel for Defendants*
*Qihoo 360 Technology Co. Ltd.*
*and Eric X. Chen*

(Additional Counsel listed on signature page)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION, LOS ANGELES

| | |
|---|---|
| ALTIMEO ASSET MANAGEMENT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> QIHOO 360 TECHNOLOGY CO. LTD., HONGYI ZHOU, XIANGDONG QI and ERIC X. CHEN, <br><br> Defendants. | Case No. 2:19-cv-1619-JAK-JC <br><br> **DECLARATION OF NATHAN MCCLELLAN IN SUPPORT OF DEFENDANTS QIHOO 360 TECHNOLOGY CO. LTD. AND ERIC X. CHEN'S MOTION TO DISMISS** <br><br> Hearing Date: January 13, 2020 <br> Hearing Time: 8:30 a.m. <br> Judge: Hon. John A. Kronstadt <br> Courtroom: 10B |

CASE NO. 2:19-CV-1619-JAK-JC.
DECLARATION OF N. MCCLELLAN

1

I, NATHAN MCCLELLAN, under penalty of perjury pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney duly admitted to practice law in the State of California and the Federal District Court for the Central District of California. I am an associate with the law firm of Dechert LLP, and counsel for Defendants Qihoo 360 Technology Co. Ltd. and Eric X. Chen ("Defendants").

2. I submit this declaration in support of Defendants' Motion to Dismiss, and to transmit to the Court true and correct copies of the documents listed herein.

3. Attached hereto as Exhibit 1 is a true and correct copy of an excerpted Qihoo 360 Technology Co. Ltd., Preliminary Proxy Statement (Jan. 11, 2016).

4. Attached hereto as Exhibit 2 is a true and correct copy of a Qihoo 360 Technology Co. Ltd., Merger Agreement (Dec. 18, 2015), attached to Qihoo 360 Technology Co. Ltd., Preliminary Proxy Statement referred herein as Exhibit 1.

5. Attached hereto as Exhibit 3 is a true and correct copy of Qihoo 360 Technology Co. Ltd., Press Release (Dec. 18, 2015).

6. Attached hereto as Exhibit 4 is a true and correct copy of an excerpted Qihoo 360 Technology Co. Ltd., Proxy Statement (Feb. 8, 2016).

7. Attached hereto as Exhibit 5 is a true and correct copy of an excerpted Qihoo 360 Technology Co. Ltd., Proxy Statement (Feb. 26, 2016).

8. Attached hereto as Exhibit 6 is a true and correct copy of an excerpted Qihoo 360 Technology Co. Ltd., Proxy Statement (Mar. 3, 2016).

9. Attached hereto as Exhibit 7 is a true and correct copy of an excerpted Qihoo 360 Technology Co. Ltd., Press Release (Mar. 30, 2016).

10. Attached hereto as Exhibit 8 is a true and correct copy of a Qihoo 360 Technology Co. Ltd., Registration Statement (Jan. 11, 2016).

11. Attached hereto as Exhibit 9 is a true and correct copy of an excerpted Qihoo 360 Technology Co. Ltd., Registration Statement (Feb. 8, 2016).

12.    Attached hereto as Exhibit 10 is a true and correct copy of an excerpted Qihoo 360 Technology Co. Ltd., Registration Statement (Feb. 26, 2016).

13.    Attached hereto as Exhibit 11 is a true and correct copy of an excerpted Qihoo 360 Technology Co. Ltd., Registration Statement (Mar. 3, 2016).

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Los Angeles, California on October 11, 2019.

By:    */s/ Nathan McClellan*
Nathan McClellan

CASE No. 2:19-CV-1619-JAK-JC.
DECLARATION OF N. MCCLELLAN

3