**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALTIMEO ASSET MANAGEMENT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QIHOO 360 TECHNOLOGY CO. LTD., HONGYI ZHOU, XIANGDONG QI and ERIC X. CHEN,<br><br>Defendants. | 1:19-cv-10067-PAE<br><br>**DECLARATION OF BRIAN C. RAPHEL IN SUPPORT OF DEFENDANTS QIHOO 360 TECHNOLOGY CO. LTD. AND ERIC X. CHEN'S MOTION TO DISMISS** |

I, BRIAN C. RAPHEL, under penalty of perjury pursuant to 28 U.S.C. § 1746, hereby declare as follows:

I am an attorney duly admitted to practice law in the State of New York and the United States District Court for the Southern District of New York.  I am an associate with the law firm of Dechert LLP, and counsel for Defendants Qihoo 360 Technology Co. Ltd. and Eric X. Chen ("Defendants").

I submit this Declaration in support of Defendants Qihoo 360 Technology Co. Ltd. and Eric X. Chen's Motion to Dismiss Plaintiffs' First Amended Class Action Complaint.

1.      Attached hereto as Exhibit 1 is a true and correct copy of an excerpted Qihoo 360 Technology Co. Ltd., Preliminary Proxy Statement (Jan. 11, 2016).

2.      Attached hereto as Exhibit 2 is a true and correct copy of a Qihoo 360 Technology Co. Ltd., Merger Agreement (Dec. 18, 2015).

3.      Attached hereto as Exhibit 3 is a true and correct copy of is a true and correct copy of Qihoo 360 Technology Co. Ltd., Press Release (Dec. 18, 2015).

4.      Attached hereto as Exhibit 4 is a true and correct copy of an excerpted Qihoo 360 Technology Co. Ltd., Proxy Statement (Feb. 8, 2016).

5.      Attached hereto as Exhibit 5 is a true and correct copy of an excerpted Qihoo 360 Technology Co. Ltd., Proxy Statement (Feb. 26, 2016).

6.      Attached hereto as Exhibit 6 is a true and correct copy of an excerpted Qihoo 360 Technology Co. Ltd., Proxy Statement (Mar. 3, 2016).

7.      Attached hereto as Exhibit 7 is a true and correct copy of an excerpted Qihoo 360 Technology Co. Ltd., Press Release (Mar. 30, 2016).

8.      Attached hereto as Exhibit 8 is a true and correct copy of a Qihoo 360 Technology Co. Ltd., Registration Statement (Jan. 11, 2016).

9.      Attached hereto as Exhibit 9 is a true and correct copy of an excerpted Qihoo 360 Technology Co. Ltd., Registration Statement (Feb. 8, 2016).

10.     Attached hereto as Exhibit 10 is a true and correct copy of an excerpted Qihoo 360 Technology Co. Ltd., Registration Statement (Feb. 26, 2016).

11.     Attached hereto as Exhibit 11 is a true and correct copy of an excerpted Qihoo 360 Technology Co. Ltd. Registration Statement (Mar. 3, 2016).

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York this 23rd day of December 2019.

/s/ *Brian C. Raphel*
Brian C. Raphel
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
Tel. (212) 698-3500

*Attorney for Defendants*
*Qihoo 360 Technology Co. Ltd.*
*and Eric X. Chen*