# EXHIBIT 2

Case 1:19-cv-10067-PAE    Document 79-2    Filed 12/23/19    Page 2 of 8

EX-99.2 3 v427105_ex99-2.htm EXHIBIT 99.2

**Exhibit 99.2**

**Execution Version**

**AGREEMENT AND PLAN OF MERGER**

**BY AND AMONG**

**TIANJIN QIXIN ZHICHENG TECHNOLOGY CO., LTD.**
**(天津奇信志成科技有限公司),**

**TIANJIN QIXIN TONGDA TECHNOLOGY CO., LTD.**
**(天津奇信通达科技有限公司),**

**TRUE THRIVE LIMITED**
**(诚盛有限公司),**

**NEW SUMMIT LIMITED**
**(新峰有限公司)**

**QIHOO 360 TECHNOLOGY CO. LTD.,**

**and solely for purposes of <u>Section 6.19</u> hereto,**

**GLOBAL VILLAGE ASSOCIATES LIMITED**

**and**

**YOUNG VISION GROUP LIMITED**

**Dated as of December 18, 2015**

---

## TABLE OF CONTENTS

|  | **Page** |
|---|---|
| **Article I Defined Terms and Interpretation** | **2** |
| Section 1.1 Certain Definitions | 2 |
| Section 1.2 Terms Defined Elsewhere | 14 |
| Section 1.3 Interpretation | 16 |
| **Article II The Merger** | **17** |
| Section 2.1 The Merger | 17 |
| Section 2.2 Closing | 17 |
| Section 2.3 Effective Time | 17 |
| Section 2.4 Effect of the Merger | 17 |
| Section 2.5 Company Memorandum and Articles of Association | 17 |
| Section 2.6 Directors and Officers | 18 |
| **Article III Effect of Merger on Issued Share Capital; Merger Consideration; Exchange of Certificates** | **18** |
| Section 3.1 Share Capital | 18 |
| Section 3.2 Exchange of Certificates | 21 |
| Section 3.3 No Further Ownership Rights | 24 |
| Section 3.4 Lost, Stolen or Destroyed Certificates | 24 |
| Section 3.5 Termination of Deposit Agreement | 25 |
| Section 3.6 Treatment of Convertible Notes | 25 |
| Section 3.7 Fair Value | 26 |
| Section 3.8 Untraceable Shares | 26 |
| **Article IV Representations and Warranties of the Company** | **27** |
| Section 4.1 Organization and Qualification | 27 |
| Section 4.2 Capitalization | 28 |
| Section 4.3 Corporate Authority; Approval and Fairness | 29 |
| Section 4.4 No Conflict; Required Filings and Consents | 30 |
| Section 4.5 Compliance with Laws; Permits | 31 |
| Section 4.6 SEC Filings; Financial Statements | 31 |
| Section 4.7 No Undisclosed Liabilities | 33 |
| Section 4.8 Absence of Certain Changes or Events | 33 |
| Section 4.9 Company Plans; Employees and Employment Practices | 33 |
| Section 4.10 Labor and Employment Matters | 34 |
| Section 4.11 Contracts | 34 |
| Section 4.12 Litigation | 36 |
| Section 4.13 Environmental Matters | 36 |
| Section 4.14 Intellectual Property | 36 |
| Section 4.15 Taxes | 38 |
| Section 4.16 Insurance | 39 |
| Section 4.17 Real Estate | 40 |
| Section 4.18 Brokers | 40 |
| Section 4.19 Anti-Takeover Provisions | 40 |
| Section 4.20 No Additional Representations | 41 |

i

**Article V Representations and Warranties of the Parent parties**                  **41**
    Section 5.1 Organization and Qualification                              41
    Section 5.2 Capitalization                                              41
    Section 5.3 Authority                                                   42
    Section 5.4 No Conflict; Required Filings and Consents                  42
    Section 5.5 Litigation                                                  43
    Section 5.6 Financing                                                   43
    Section 5.7 Brokers                                                     44
    Section 5.8 Limited Guarantees                                          45
    Section 5.9 Ownership of Company Shares                                 45
    Section 5.10 Independent Investigation                                  45
    Section 5.11 Buyer Group Contracts                                      45
    Section 5.12 Non-Reliance on Company Estimates                          46

**Article VI Covenants**                                                            **46**
    Section 6.1 Conduct of Business Pending the Closing                     46
    Section 6.2 Proxy Statement; Schedule 13E-3; Company Shareholders Meeting  50
    Section 6.3 Access to Information; Confidentiality                      53
    Section 6.4 Go Shop                                                     54
    Section 6.5 Commercially Reasonable Efforts                             59
    Section 6.6 Financing                                                   60
    Section 6.7 Financing Assistance                                        62
    Section 6.8 Notices of Certain Events                                   63
    Section 6.9 Transaction Litigation                                      64
    Section 6.10 Publicity                                                  64
    Section 6.11 Resignation of Directors                                   64
    Section 6.12 Indemnification of Directors and Officers                  64
    Section 6.13 Anti-takeover Law                                          66
    Section 6.14 Stock Exchange De-Listing                                  66
    Section 6.15 Treatment of Convertible Notes                             66
    Section 6.16 No Amendment to Buyer Group Contracts                      67
    Section 6.17 Management                                                 67
    Section 6.18 Actions Taken at Direction of Parent or Chairman           67
    Section 6.19 Obligations of Founder Securityholders                     67

**Article VII Closing Conditions**                                                  **67**
    Section 7.1 Conditions to Obligations of Each Party Under This Agreement  67
    Section 7.2 Additional Conditions to Obligations of the Parent          68
    Section 7.3 Additional Conditions to Obligations of the Company         69
    Section 7.4 Frustration of Closing Conditions                           69

**Article VIII Termination, Amendment and Waiver**                                  **69**
    Section 8.1 Termination                                                 69
    Section 8.2 Effect of Termination; Termination Fee                      71
    Section 8.3 Extension; Waiver                                           74
    Section 8.4 Amendment                                                   74

**Article IX General Provisions**                                                   **75**
    Section 9.1 Non-Survival of Representations, Warranties and Covenants   75
    Section 9.2 Notices                                                     75
    Section 9.3 Fees and Expenses                                           76

ii

| | |
|---|---|
| Section 9.4 Severability | 76 |
| Section 9.5 Entire Agreement | 76 |
| Section 9.6 Specific Performance | 77 |
| Section 9.7 Governing Law; Jurisdiction; Waiver of Jury Trial | 78 |
| Section 9.8 No Third-Party Beneficiaries | 80 |
| Section 9.9 Assignment | 80 |
| Section 9.10 Obligations of Parent and of the Company | 80 |
| Section 9.11 Mutual Drafting | 80 |
| Section 9.12 Headings | 80 |
| Section 9.13 Counterparts | 80 |

**Exhibits**

EXHIBIT A – Plan of Merger

EXHIBIT B – Equity Investors

EXHIBIT C – Guarantors

iii

Section 2.6 <u>Directors and Officers</u>.

(a)    The directors of Merger Sub immediately prior to the Effective Time shall, from and after the Effective Time, be the directors of the Surviving Company until their successors shall have been duly elected or appointed and qualified or until their earlier death, resignation or removal in accordance with the memorandum and articles of association of the Surviving Company.

(b)    The officers of the Company immediately prior to the Effective Time shall, from and after the Effective Time, be the officers of the Surviving Company until their successors shall have been duly elected or appointed and qualified or until their earlier death, resignation or removal in accordance with the memorandum and articles of association of the Surviving Company.

## ARTICLE III
## EFFECT OF MERGER ON ISSUED SHARE CAPITAL; MERGER CONSIDERATION; EXCHANGE OF CERTIFICATES

Section 3.1 <u>Share Capital</u>. Upon the terms and subject to the conditions set forth in this Agreement, at the Effective Time, by virtue of the Merger and without any action on the part of the Parent Parties, the Company or the holders of any of the following securities, the following shall occur:

(a)    <u>Share Capital of Merger Sub</u>. Each ordinary share, par value $1.00 per share, in the share capital of Merger Sub that is issued and outstanding immediately prior to the Effective Time shall be converted into one validly issued, fully paid and non-assessable ordinary share of the Surviving Company. Such conversion shall be effected by means of the cancellation of each such ordinary shares of Merger Sub, in exchange for the right to receive one such ordinary share of the Surviving Company.

(b)    <u>Company Shares and ADSs</u>. Each Company Share (including Company Shares represented by ADSs) that is issued and outstanding immediately prior to the Effective Time (other than Excluded Shares) shall be canceled and cease to exist in exchange for the right to receive $51.33 in cash without interest (the "<u>Per Share Merger Consideration</u>"), payable in the manner provided in <u>Section 3.2</u> (or in the case of a Company Share represented by a lost, stolen or destroyed certificate, upon delivery of an affidavit in the manner provided in <u>Section 3.4)</u>. For the avoidance of doubt, because each ADS represents 1 1/2 Class A Shares, each ADS that is issued and outstanding immediately prior to the Effective Time (other than ADSs that represent Excluded Shares) shall represent the right to surrender the ADS in exchange for $77.00 in cash without interest (the "<u>Per ADS Merger Consideration</u>") subject to the terms and conditions set forth in this Agreement and in the Deposit Agreement. The register of members of the Company shall be amended accordingly.

18

**Exhibit B**

**EQUITY INVESTORS**

1.  CITIC Guoan Information Industry Co., Ltd.

2.  Shen Zhen Ping An Real Estate Investment Co., Ltd

3.  Sunshine Life Insurance Company Ltd.

4.  Taikang Life Insurance Co., Ltd.

5.  New China Capital International Management Limited

6.  Taiping Asset Management Co., Ltd.

7.  Jiangsu Huatai Ruilian M&A Fund (LLP)

8.  Greenland Financial Holdings Group Co., Ltd.

9.  SIP Oriza Chongyuan M&A Fund Partnership (Limited Partnership)

10.  Shanghai Sailing Merger and Acquisition Investment Fund Partnership (Limited Partnership)

11.  Shanghai Sailing Boda Equity Investment Fund Partnership (Limited Partnership)

12.  Fortune Fountain (Beijing) Holding Group Co., Ltd.

13.  Beijing ZGC Trinitas Venture Capital Investment Center (Limited Partnership)

14.  Shanghai Mango Creative Equity Investment Fund

15.  Qiancai NO.1 Equity Investment Limited Partnership Enterprise

16.  Pearl River Life Insurance Co., Ltd.

17.  Hengdian Group Holdings Limited

18.  Jiangsu Gaoli Group

19.  Minsheng Royal Asset Management Co., Ltd.

20.  CCB International Capital Management (Tianjin) Ltd.

21.  China Merchants Wealth Asset Management Co., Ltd.

22.  Huarong Ruize Investment Management Co., Ltd.

23.  Beijing Sequoia Yi Yuan Equity Investment Center (Limited Partnership)

24.  Golden Brick Silk Road Investment (Shenzhen) LLP

25.  CICC Jiatai (Tianjin) Equity Investment Fund, L.P.

26.  Shanghai Huasheng Lingfei Private Equity Fund Investment (LLP)

27.  BR Wiston Capital

28.  Yi Capital Qiyuan Fund, L.P.

29.  Jiaxingyingfei Investment Center (Limited Partnership)

30.  Jiaxing Yun Qi Internet Plus Venture Partners LLP

31.  Ruipu Wenhua (Tianjin) Investment Center (Limited Partnership)

32.  Shanghai Trust Bridge Partners Investment Management LLC

33.  LTW Chuanfu Investment (Shenzhen) LLP

34.  Zhejiang Puhua Tianqin Equity Investment Management Co., Ltd.

35.  Tianjin Xinxin Qiyuan Investment Limited Partnership

36.  Tianjin Xinxinsheng Investment Limited Partnership