# EXHIBIT 10

Case 1:19-cv-10067-PAE    Document 79-10    Filed 12/23/19    Page 2 of 4

SC 13E3/A 1 v432681_sc13e3a.htm AMENDMENT TO SCHEDULE 13E3

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## SCHEDULE 13E-3
**Amendment No. 2**

**RULE 13e-3 TRANSACTION STATEMENT**
**(Pursuant to Section 13(e) of the Securities Exchange Act of 1934)**

## Qihoo 360 Technology Co. Ltd.
**(Name of the Issuer)**

**Qihoo 360 Technology Co. Ltd.**
**Tianjin Qixin Zhicheng Technology Co., Ltd.**
**Tianjin Qixin Tongda Technology Co., Ltd.**
**True Thrive Limited**
**New Summit Limited**
**Hongyi Zhou**
**Global Village Associates Limited**
**Xiangdong Qi**
**Young Vision Group Limited**
**Tianjin Xinxin Qiyuan Investment Limited Partnership**
**Tianjin Xinxinsheng Investment Limited Partnership**

**(Names of Persons Filing Statement)**

**Ordinary Shares, par value $0.001 per share**
**American Depositary Shares, every two representing three Class A Ordinary Shares**
**(Title of Class of Securities)**

**74734M109**
**(CUSIP Number)[1]**

| | |
|---|---|
| **Qihoo 360 Technology Co. Ltd.** | **Tianjin Qixin Zhicheng Technology Co., Ltd.** |
| | **Tianjin Qixin Tongda Technology Co., Ltd.** |
| | **True Thrive Limited** |
| | **New Summit Limited** |
| | **Hongyi Zhou** |
| | **Global Village Associates Limited** |

---

[1] This CUSIP applies to the American Depositary Shares, evidenced by American depositary receipts, every two representing three class A ordinary shares.

## SIGNATURES

After due inquiry and to the best of my knowledge and belief, I certify that the information set forth in this statement is true, complete and correct.

Date: February 26, 2016

**Qihoo 360 Technology Co. Ltd.**

By:     /s/ Eric X. Chen
Name: Eric X. Chen
Title:  Director, Chairman of the Special
        Committee

**Tianjin Qixin Zhicheng Technology Co., Ltd.**
(天津奇信志成科技有限公司)

By:     /s/  Hongyi Zhou
Name:  Hongyi Zhou
Title:  Legal Representative

**Tianjin Qixin Tongda Technology Co., Ltd.**
(天津奇信通达科技有限公司)

By:     /s/  Hongyi Zhou
Name: Hongyi Zhou
Title:    Legal Representative

**True Thrive Limited**
(诚盛有限公司)

By:     /s/  Hongyi Zhou
Name: Hongyi Zhou
Title:  Director

29

**New Summit Limited**
**(新峰有限公司)**

By:   /s/ Hongyi Zhou
Name:Hongyi Zhou
Title:  Director

**Hongyi Zhou**
**/s/ Hongyi Zhou**

**Global Village Associates Limited**

By:   /s/ Huan Hu
Name:Huan Hu
Title:  Director

**Xiangdong Qi**
/s/ Xiangdong Qi

**Young Vision Group Limited**

By:   /s/  Xiangdong Qi
Name: Xiangdong Qi
Title:  Director

**Tianjin Xinxin Qiyuan Investment Limited**
**Partnership**
**(天津信心奇缘股权投资合伙企业 (有限合伙))**

By:   /s/ Quansheng Huo
Name:Quansheng Huo
Title:  Authorized Signatory

**Tianjin Xinxinsheng Investment Limited**
**Partnership**
**(天津欣新盛股权投资合伙企业(有限合伙))**

By:   /s/ Xiangdong Qi
Name:Xiangdong Qi
Title:  Authorized Signatory

30