**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALTIMEO ASSET MANAGEMENT, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>QIHOO 360 TECHNOLOGY CO. LTD., HONGYI ZHOU, XIANGDONG QI and ERIC X. CHEN,<br><br>                    Defendants. | Case No. 1:19-cv-10067-PAE |

### DECLARATION OF MICHAEL GRUNFELD IN SUPPORT OF LEAD PLAINTIFFS' OPPOSITION TO DEFENDANTS QIHOO 360 TECHNOLOGY CO. LTD AND ERIC X. CHEN'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT

I, Michael Grunfeld, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a partner with the law firm of Pomerantz LLP, which is counsel for Lead Plaintiffs Altimeo Asset Management and ODS Capital LLC (collectively, "Lead Plaintiffs") in the above-referenced action.  I am a member in good standing of the bar of this Court. I submit this declaration in support of Lead Plaintiffs' opposition to Defendants Qihoo 360 Technology Co. Ltd. and Eric X. Chen's motion to dismiss Lead Plaintiffs' first amended class action complaint.

2.      Attached hereto as Ex. A is a true and correct copy of an excerpt of Qihoo 360 Technology Co. Ltd.'s Preliminary Proxy Statement that it filed with the Securities and Exchange Commission on January 11, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of January 2020.

                                                      _____/s/ Michael Grunfeld_____
                                                              Michael Grunfeld