**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ALTIMEO ASSET MANAGEMENT and ODS
CAPITAL LLC, individually and on behalf of all
others similarly situated,

                      Plaintiff,

       -against-

QIHOO 360 TECHNOLOGY CO. LTD., HONGYI
ZHOU, XIANGDONG QI, and ERIC X. CHEN,

                      Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/2020

19 **CIVIL** 10067 (PAE)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 14, 2020, the motion is granted and the FAC is dismissed in its entirety. Plaintiffs' First Amended Complaint is dismissed with prejudice; accordingly, this case is closed.

**Dated:** New York, New York

       August 17, 2020

                                              **RUBY J. KRAJICK**
                                              **Clerk of Court**
                    **BY:**
                                              **Deputy Clerk**