**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALTIMEO ASSET MANAGEMENT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QIHOO 360 TECHNOLOGY CO. LTD., HONGYI ZHOU, XIANGDONG QI and ERIC X. CHEN,<br><br>Defendants. | Case No. 1:19-cv-10067-PAE<br><br>**NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that Lead Plaintiffs Altimeo Asset Management and ODS Capital LLC ("Lead Plaintiffs") hereby appeal to the United States Court of Appeals for the Second Circuit from the Court's Opinion and Order (Dkt. No. 84) entered in this action on August 14, 2020, and its Judgment (Dkt. No. 85) entered in this action on August 17, 2020, granting Defendants' Motion to Dismiss (Dkt. No. 77) Lead Plaintiffs' First Amended Class Action Complaint (Dkt. No. 53).

Dated: September 10, 2020

Respectfully submitted,

**POMERANTZ LLP**

By: */s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
Michael Grunfeld
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
E-mail: jalieberman@pomlaw.com
E-mail: mgrunfeld@pomlaw.com

*Counsel for Lead Plaintiffs Altimeo Asset Management and ODS Capital LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2020, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman