1:19-cv-10067-PAE

**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
### SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of November, two thousand twenty-one.

Before:     Guido Calabresi,
                Rosemary S. Pooler,
                Steven J. Menashi,
                   *Circuit Judges.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Dec 15 2021

Altimeo Asset Management and ODS Capital LLC, individually and on behalf of all others similarly situated,

        Plaintiffs - Appellants,

v.

Qihoo 360 Technology Co. Ltd, Eric X. Chen,

        Defendants - Appellees,

Honyi Zhou, Xiangdong Qi,

        Defendants.

**JUDGMENT**

Docket No. 20-3074

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's dismissal of the complaint is VACATED, and the case is REMANDED to the district court for further proceedings consistent with this Court's opinion.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 12/15/2021**