**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALTIMEO ASSET MANAGEMENT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QIHOO 360 TECHNOLOGY CO. LTD., HONGYI ZHOU, XIANGDONG QI and ERIC X. CHEN,<br><br>Defendants. | Case No. 1:19-cv-10067-PAE |

**DECLARATION OF MICHAEL GRUNFELD IN SUPPORT OF**
**LEAD PLAINTIFFS' MEMORANDUM OF LAW IN**
**SUPPORT OF MOTION FOR SERVICE PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3)**
**OF DEFENDANTS HONGYI ZHOU AND XIANGDONG QI**

I, Michael Grunfeld, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am an attorney with the law firm of Pomerantz LLP, counsel for Altimeo Asset Management ("Altimeo") and ODS Capital LLC ("ODS Capital") (together, "Lead Plaintiffs"), and am admitted to practice in this Court, and I submit this declaration in support of Lead Plaintiffs' Motion for Service Pursuant to Federal Rule of Civil Procedure 4(f)(3).

2.      Lead Plaintiffs retained the Shreefer Law Firm to assist in serving Hongyi Zhou and Xiangdong Qi (the "Founders").  On July 21, 2020, Ms. Karina Shreefer emailed me a copy of a response from the relevant authority in China indicating that the service on Mr. Zhou was not successful.  The failed service on Mr. Zhou was made on the business address for Qihoo's internet security business.  On September 16, 2020, Ms. Karina Shreefer emailed me a copy of a response from the relevant authority in China indicating that service on Xiangdong Qi was not successful and that document stated the reason service failed was that: "The recipient refused to accept the documents."

3.      Defendant Zhou maintains a LinkedIn profile that can be seen at the address https://www.linkedin.com/in/%E9%B8%BF%E7%A5%8E-%E5%91%A8-6b14b0b6.  A screenshot of this LinkedIn page is attached as Exhibit A.

4.      Defendant Zhou maintains a verified Weibo account that can be seen at the address https://weibo.com/zhouhongyi.  A screenshot of this Weibo account page is attached as Exhibit B.  Defendant Zhou also maintains a verified Weibo Taiwan account that can be seen at the address https://tw.weibo.com/zhouhongyi.  A screenshot of this Weibo account page is attached as Exhibit C.

5.      Lead Plaintiffs retained an investigative firm with experience investigating individuals in China and that investigator determined that Defendant Zhou posted his email

address to his account on Weibo Taiwan, which address is zhy@360.cn.  When the investigative firm first sent me this information on July 31, 2020, I reviewed the post, which was available at https://tw.weibo.com/zhouhongyi/7060613193, but the post has since been deleted.

6.    Lead Plaintiffs retained an investigative firm with experience investigating individuals in China and that investigator determined that Defendant Qi serves as the shareholder, legal representative, and executive director of five China-based firms (Tianjin Anyiju Technology Co. Ltd. (天津安宜居科技有限公司); Tianjin Anyige Technology Co. Ltd. (天津安宜阁科技有限公司); Tianjin Anyixuan Technology Co. Ltd. (天津安宜轩科技有限公司); Tianjin Anyiyuan Technology Co. Ltd. (天津安宜苑科技有限公司); Tianjin Anyijun Technology Co. Ltd. (天津安宜阙科技有限公司) and that the email address 18311062936@163.com is listed in public records for each of these firms.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of January, 2022.

*/s/ Michael Grunfeld*
Michael Grunfeld