# EXHIBIT A

 周鸿祎



# 周鸿祎

奇虎360 董事长兼CEO

Chaoyang Qu, Beijing, China · 500+ connections

Sign in to Connect

奇虎360

西安交通大学

# Articles by 周鸿祎

## 《周鸿祎自传》精选：我和中国互联网的沸腾二十年

By 周鸿祎

Nov 30, 2017



 周鸿祎

# Experience

### 董事长兼CEO

奇虎360

Aug 2006 - Present · 15 years 6 months

周鸿祎，360公司董事长兼CEO， 互联网"免费安全"模式的首创者和践行者。360通过"免费安全"的商业模式、产品与技术的创新，颠覆了传统互联网安全概念，改变了市场格局，迅速成长为中国最大的互联网公司之一，并于2011年3月30日在纽约证券交易所成功上市。
进入移动互联网时代之后，周鸿祎敏锐把握未来的互联网趋势，创造性的改变了360公司以软件为主的产品结构，进入互联网硬件领域。促使360从"互联网安全公司"向"安全的互联网公司"转变。从保护用户的电脑安全、手机安全，进化成为用户解决家居安全、出行安全、环境安全、信息安全等一系列问题。
2014年8月，周鸿祎的首部著作《周鸿祎自述：我的互联网方法论》发布，被称为"互联网思维第一书"，成为传统企业互联网转型必读。

### 投资合伙人

IDG

Aug 2005 - 2006 · 1 year

成为天使投资人，并以投资合伙人的身份正式加盟IDG（美国国际数据集团），其投资成果包括迅雷、Discuz！、酷狗等多个知名的互联网产品

### 中国区总裁

雅虎

2004 - Aug 2005 · 1 year

全面负责雅虎中国以及3721公司的管理

### 创始人

3721公司

1998 - 2004 · 6 years

创办3721公司开创中文上网服务之先河

# Education

### 西安交通大学

硕士 · 计算机系统工程

 周鸿祎

# View 周鸿祎's full profile

See who you know in common

Get introduced

Contact 周鸿祎 directly

**Sign in to view full profile**

# People also viewed

**Hanzhao Gao**
高瀚昭
Haidian District

**Mary yongmei zhang**
General Manager/carrier business BD
China

**Qi Zhang**
奇虎360 - Director
United States

**臧 婷Ting Zang**
Investment Director 投资总监- 奇虎360集团
Chaoyang Qu

**黄昕怡**
奇虎360 — 产品经理
Chaoyang Qu

**王亨利**
360公司 - data scientist
Haidian District

**Waqas Ch**
CEO at 360 Inc
Mountain View, CA

**Peter Van Zitter**
ceo at 360
Cerritos, CA

 **Linked**in 周鸿祎

Haidian District

**魏凤娇**

奇安（北京）投资管理有限公司 - 人力资源总监

Chaoyang Qu

**Show more profiles**

## Others named 周鸿祎

**周鸿祎**

google — cto

Taiwan

**周鸿祎**

安捷信农机服务农民专业合作社理事长 - 沙湾县安捷信农机服务农民专业合作社

Henan, China

**周鸿祎**

中原集团 — 销售经理

Shenzhen

**周鸿祎**

谷歌 - ceo

South Korea

8 others named 周鸿祎 are on LinkedIn

**See others named 周鸿祎**

## 周鸿祎's public profile badge

Include this LinkedIn profile on other websites

**周鸿祎**

奇虎360 董事长兼CEO

董事长兼CEO at 奇虎360

西安交通大学

View profile

周鸿祎

© 2022

Accessibility

Privacy Policy

Copyright Policy

Guest Controls

Language

About

User Agreement

Cookie Policy

Brand Policy

Community Guidelines

联系方式

www.linkedin.com/in/鸿祎-周-6b14b0b6 (LinkedIn)

# 周鸿祎

奇虎360 董事长兼CEO
朝阳区

## 工作经历

奇虎360
董事长兼CEO
2006 年 8 月 - Present (15 年 6 个月)

周鸿祎，360公司董事长兼CEO，互联网"免费安全"模式的首创者和践行者。360通过"免费安全"的商业模式、产品与技术的创新，颠覆了传统互联网安全概念，改变了市场格局，迅速成长为中国最大的互联网公司之一，并于2011年3月30日在纽约证券交易所成功上市。
进入移动互联网时代之后，周鸿祎敏锐把握未来的互联网趋势，创造性的改变了360公司以软件为主的产品结构，进入互联网硬件领域。促使360从"互联网安全公司"向"安全的互联网公司"转变。从保护用户的电脑安全、手机安全，进化成为用户解决家居安全、出行安全、环境安全、信息安全等一系列问题。
2014年8月，周鸿祎的首部著作《周鸿祎自述：我的互联网方法论》发布，被称为"互联网思维第一书"，成为传统企业互联网转型必读。

IDG
投资合伙人
2005 年 8 月 - 2006 (1 年)

成为天使投资人，并以投资合伙人的身份正式加盟IDG（美国国际数据集团），其投资成果包括迅雷、Discuz！、酷狗等多个知名的互联网产品

雅虎
中国区总裁
2004 - 2005 年 8 月 (1 年)

全面负责雅虎中国以及3721公司的管理

3721公司
创始人
1998 - 2004 (6 年)

创办3721公司开创中文上网服务之先河

---

## 教育经历

西安交通大学

硕士, 计算机系统工程