# EXHIBIT B

微博

🔍

热门
🔥 热门微博
🕐 热门榜单
\# 话题榜
🔍 热搜榜

🏠 📺 🔥 ✉ 👤    登录  注册  ☀ | 无障碍

‹ 返回

**周鸿祎** ♂ 👑
粉丝 1146.3万    关注 738

热门互联网博主 数据飙升    昨日阅读数10万+，互动数100

🛡 360集团创始人、董事长

+ 关注    私信    ···

| 精选 | 微博 | 视频 | 文章 | 相册 |

全部微博（8205）

**周鸿祎** 👑
1-1 05:43
加入挑战，一起反诈，点击链接，从新年第一天开始。#新年反诈第一战#

@新华社中国网事 ✔
【来吧！加入新年反诈第一战】2022来了，快来加入#新年反诈第一战#吧，更有诸多好礼等你领哦。
🔗 网页链接
1-1 02:47

↗ 236    💬 3    👍 8

↗ 94    💬 183    👍 145

**周鸿祎** 👑
2021-12-29
我昨天在360集团战略发布会上说，当前我们来到数字文明时代，网络安全行业如果继续抱残守缺，停留在网络安全层面，那么大家的作战指导思想、技术产品都可能做不到与时俱进。我认为网络安全行业应该被重新定义，要升维到数字安全产业，才能够匹配今天整个国家的数字化战略。



↗ 14    💬 88    👍 127

**周鸿祎** 👑
2021-12-28
#周鸿祎称元宇宙是疫情期间憋出来的# 对于元宇宙，很多人看到的是机遇，但安全从业者却看到的是更多的风险。元宇宙的挑战本质上也是数字安全的挑战。我们网络安全行业不能因此抱残守缺，应升级为数字安全产业，护航数字文明。



登录    注册    无障碍



登录　注册

无障碍