# EXHIBIT C

Case 1:19-cv-10067-PAE　　Document 99-4　　Filed 01/28/22　　Page 2 of 4



簡　　微博台灣　　Q　註冊｜登入

首頁　綜合　娛樂　明星　時尚　體育　科技　搞笑　旅遊　生活　NBA　iView　POP！微博　微時尚　創作　星座　情感

ⓘ ✕

國泰銀行鍍金吉祥福虎

今個新春，開設符合資格的帳戶，把福氣帶回家！

國泰銀行　　　　　　　　瞭解詳情



周鴻褘　　微博本站　↗

粉絲 1146萬　　關注 738　　微博 8205

360集團創始人、董事長

商業名人

最新微博　　　熱門互動

精選微博全部 (134)



轉發@新華社中國網事：【來吧！加入新年反詐第一戰】2022來了，快來加入...

👤 周鴻褘　2022/01/01 18:43



我昨天在360集團戰略發布會上說，當前我們來到數字文明時代，網路安全行業...

👤 周鴻褘　2021/12/29 17:00



#周鴻褘稱元宇宙是疫情期間憋出來的# 對於元宇宙，很多人看到的是機遇，但...

👤 周鴻褘　2021/12/28 22:12











#周鴻褘稱元宇宙是疫情期間憋出來的# 在下午 "數字安全元年" 的戰略發布會…

周鴻褘   2021/12/28 20:47

人類進入數字文明，安全也需要進化為數字安全，2022數字安全元年，360發布…

周鴻褘   2021/12/28 16:10

#360感恩用戶節# #小貝守護家年華# 感謝大家過去對360的鼓勵、幫助與支持…

周鴻褘   2021/12/21 14:37







轉發@360公司：告訴大家一個暖消息：#360公益平台# 今天正式上線，首批15…

周鴻褘   2021/12/15 14:35

元宇宙的本質是一個界面更誘惑的數字化世界，會出現很多新的安全問題，需…

周鴻褘   2021/12/13 10:16

我支持與產業數字化結合的元宇宙。http://t.cn/A6xQbMw5

周鴻褘   2021/12/12 20:54







我並不是全盤否定元宇宙，我只是反對這四類而已 http://t.cn/A6xQwdtK

周鴻褘   2021/12/12 18:28

轉發@鳳凰網科技：【#周鴻褘稱元宇宙面臨巨大安全隱患#：元宇宙一定會被攻…

周鴻褘   2021/12/10 21:47

轉發@科技日報：【#科技企業要敢於上山下海#】近日，360集團創始人、董事…

周鴻褘   2021/12/08 15:01







轉發@360公司：#網路安全中國力量# 谷歌日前發布Chrome VRP TOP20 最具價…

周鴻褘   2021/12/05 16:04

轉發@360公司：今天是第十個全國交通安全日，除了關注傳統交通安全，同時…

周鴻褘   2021/12/02 19:49

今天有幸參加新浪財經2021年會。我覺得產業互聯網的下半場已來臨，主要場…

周鴻褘   2021/12/02 18:20

微博客服   熱線 4000-960-960   About Weibo   開放平台   廣告服務   網站備案訊息

Copyright © 2009-2022   WEIBO   All Rights Reserved





Case 1:19-cv-10067-PAE　　　Document 99-4　　　Filed 01/28/22　　　Page 4 of 4