UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTIMEO ASSET MANAGEMENT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QIHOO 360 TECHNOLOGY CO. LTD., HONGYI ZHOU, XIANGDONG QI and ERIC X. CHEN,<br><br>Defendants. | Case No. 1:19-cv-10067-PAE |

[PROPOSED] ORDER PERMITTING SERVICE
OF DEFENDANTS HONGYI ZHOU AND XIANGDONG QI PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 4(F)(3)

Case 1:19-cv-10067-PAE  Document 99-5  Filed 01/28/22  Page 2 of 2

## ORDER

Upon considering the motion Lead Plaintiffs filed on January 28, 2022 (the "Motion") (Dkt. 99) seeking entry of an order pursuant to Federal Rule of Civil Procedure 4(f)(3), directing service of the Summons and the Amended Class Action Complaint for Violations of the Federal Securities Laws (ECF No. 53) upon Defendants Hongyi Zhou and Xiangdong Qi it is hereby ORDERED:

[ ✓ ] Lead Plaintiffs are to serve Defendants Hongyi Zhou and Xiangdong Qi by publication in the International Edition of the New York Times as outlined in the Motion;

[ ✓ ] Lead Plaintiffs are to serve Defendants Hongyi Zhou and Xiangdong Qi by electronic messages as outlined in the Motion, by the following means: (1) Defendant Zhou through his LinkedIn account; (2) Defendants Zhou through his Weibo account; (3) Defendant Zhou through his Weibo Taiwan account; (4) Defendant Zhou through his 360 Group email address, zhy@360.cn email address; (6) Defendant Zhou through Qihoo's publicly listed email addresses kefu@360.cn and media@360.cn; and (5) Defendant Qi through the 18311062936@163.com email address that several of his businesses use.

[ ✓ ] Lead Plaintiffs are to serve Defendant Hongyi Zhou by service through 360 DigiTech, Inc. as outlined in the Motion.

[ ✓ ] Lead Plaintiffs are to serve Defendant Hongyi Zhou through counsel for Qihoo 360 Technology Co. LTD as outlined in the Motion.

~~Each of the forgoing methods of service are independently permitted as acceptable service, pursuant to Federal Rule of Civil Procedure 4(f)(3), on the listed individuals in this Action.~~

The Court directs lead plaintiffs to effect all of the above methods of service.

Dated: \_\_\_\_\_February 1\_\_\_\_\_, 2022

*Paul A. Engelmayer*
Paul A. Engelmayer
UNITED STATES DISTRICT JUDGE