**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALTIMEO ASSET MANAGEMENT, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>QIHOO 360 TECHNOLOGY CO. LTD., HONGYI ZHOU, XIANGDONG QI and ERIC X. CHEN,<br><br>      Defendants. | Case No. 1:19-cv-10067-PAE |

**DECLARATION OF JAKE BISSELL-LINSK**
**REGARDING SERVICE OF PROCESS ON FOREIGN-BASED DEFENDANTS**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3)**

I, Jake Bissell-Linsk, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am an attorney with the law firm of Labaton Sucharow LLP, counsel for Co-Lead Plaintiff ODS Capital LLC and additional counsel for the Class, and am admitted to practice in this Court, and I submit this declaration regarding Lead Plaintiffs' Service of Process on Foreign-Based Defendants in this matter, Pursuant to Federal Rule of Civil Procedure 4(f)(3).

2.      Lead Plaintiffs, through their counsel, have completed service of the class action complaint and summons on Defendant Xiangdong Qi ("Qi") consistent with the Court's February 1, 2022 Order (ECF No. 100, the "Order") granting Lead Plaintiffs' motion (ECF No. 99, the "Motion") seeking permission to complete service pursuant to Federal Rule of Procedure 4(f)(3) ("4(f)(3)").

3.      The Motion initially anticipated service upon both Defendants Hongyi Zhou and Qi and the Order permitted such service.  Through his counsel Defendant Zhou agreed to accept service on behalf of their client.  *See* ECF No. 111.  Due to Defendant Zhou's agreement to accept service through counsel, the following details the completion of service pursuant to 4(f)(3) and the Order upon Defendant Qi.

4.      The Motion requested and the Order permitted Lead Plaintiffs to serve Defendant Qi through publication in the International Edition of the New York Times for four consecutive weeks.  Lead Counsel caused the required notice to be published on March 9, 2022, March 15, 2022, March 23, 2022, and March 28, 2022. *See* Exhibit A, attached hereto.

5.      The Motion requested and the Order permitted Lead Plaintiffs to serve Defendant Qi through the email address 18311062936@163.com. On February 7, 2022, Lead Counsel served the relevant documents on Defendant Qi at that address.  *See* Exhibit B, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.


Executed this 6th day of April, 2022.


*/s/ Jake Bissell-Linsk*
Jake Bissell-Linsk
