# EXHIBIT A

# The New York Times

**INTERNATIONAL EDITION**

620 Eighth Ave, New York, NY 10018 USA

# PROOF OF PUBLICATION

Mar-09  **20**22

I, *Edgar Noblesala*, am over the age of 18 years and a citizen of the United States.  In my capacity as a Principal Clerk of the Publisher of **The New York Times INTERNATIONAL EDITION,** a daily newspaper printed in Paris, France and circulated in major cities in Europe, North Africa, the Middle East, Far East and the Americas.  I hereby certify that the advertisement annexed hereto was published in the editions of **The New York Times INTERNATIONAL EDITION** on the following date or dates, to wit on

Mar 9, 2022, iNYT, pg A7

Sworn to me this 9th day
of March, 2022

Ellen Herb
Notary Public, State of New York
No. 01HE6163785
Qualified in New York County
Commission Expires April 2, 2023

NOTICE TO HONGYI ZHOU AND XIANGDONG QI You are named as a defendant in the case Altimeo Asset Management v. Qihoo 360 Technology Co. Ltd., No. 1:19-cv-10067-PAE, in the United States District Court for the Southern District of New York. The case alleges you violated U.S. laws and seeks money damages and other relief. The complaint and summons can be found at http://info.labaton.com/Qihoo. If you do not appear in the case or contact the plaintiff at +1-212-907-0700, a judgment may be entered against you in 21 days.

# The New York Times

**INTERNATIONAL EDITION**

620 Eighth Ave, New York, NY 10018 USA

# PROOF OF PUBLICATION

Mar-15 **20**22

I, *Edgar Noblesala*, am over the age of 18 years and a citizen of the United States.  In my capacity as a Principal Clerk of the Publisher of The New York Times **INTERNATIONAL EDITION,** a daily newspaper printed in Paris, France and circulated in major cities in Europe, North Africa, the Middle East, Far East and the Americas.  I hereby certify that the advertisement annexed hereto was published in the editions of The New York Times **INTERNATIONAL EDITION** on the following date or dates, to wit on

Mar 15, 2022, iNYT, pg A8

Sworn to me this 15th day
of March, 2022

*Ellen Herb*
_____
Notary Public

Ellen Herb
Notary Public, State of New York
No. 01HE6163785
Qualified in New York County
Commission Expires April 2, 2023

NOTICE TO HONGYI ZHOU AND XIANGDONG QI You are named as a defendant in the case Altimeo Asset Management v. Qihoo 360 Technology Co. Ltd., No. 1:19-cv-10067-PAE, in the United States District Court for the Southern District of New York. The case alleges you violated U.S. laws and seeks money damages and other relief. The complaint and summons can be found at http://info.labaton.com/Qihoo. If you do not appear in the case or contact the plaintiff at +1-212-907-0700, a judgment may be entered against you in 21 days.

# The New York Times

**INTERNATIONAL EDITION**

620 Eighth Ave, New York, NY 10018 USA

# PROOF OF PUBLICATION

Mar-23 **20** 22

I, *Edgar Noblesala*, am over the age of 18 years and a citizen of the United States.  In my capacity as a Principal Clerk of the Publisher of **The New York Times INTERNATIONAL EDITION,** a daily newspaper printed in Paris, France and circulated in major cities in Europe, North Africa, the Middle East, Far East and the Americas.  I hereby certify that the advertisement annexed hereto was published in the editions of **The New York Times INTERNATIONAL EDITION** on the following date or dates, to wit on

Mar 23, 2022, iNYT, pg A8

Sworn to me this 23rd day
of March, 2022

_____
Notary Public

Ellen Herb
Notary Public, State of New York
No. 01HE6163785
Qualified in New York County
Commission Expires April 2, 2023

NOTICE TO HONGYI ZHOU AND XIANGDONG QI You are named as a defendant in the case Altimeo Asset Management v. Qihoo 360 Technology Co. Ltd., No. 1:19-cv-10067-PAE, in the United States District Court for the Southern District of New York. The case alleges you violated U.S. laws and seeks money damages and other relief. The complaint and summons can be found at http://info.labaton.com/Qihoo. If you do not appear in the case or contact the plaintiff at +1-212-907-0700, a judgment may be entered against you in 21 days.



**INTERNATIONAL EDITION**

620 Eighth Ave, New York, NY 10018 USA

# PROOF OF PUBLICATION

March 28, **20** 22

I, *Shannon Schmidt*, am over the age of 18 years and a citizen of the United States. In my capacity as a Principal Clerk of the Publisher of The New York Times **INTERNATIONAL EDITION,** a daily newspaper printed in Paris, France and circulated in major cities in Europe, North Africa, the Middle East, Far East and the Americas. I hereby certify that the advertisement annexed hereto was published in the editions of The New York Times **INTERNATIONAL EDITION** on the following date or dates, to wit on

March 28, 2022- pg.8

Sworn to me this 28th
day of March, 2022

*Ellen Herb*
Notary Public

Ellen Herb
Notary Public, State of New York
No. 01HE6163785
Qualified in New York County
Commission Expires April 2, 2023

NOTICE TO HONGYI ZHOU AND XIANGDONG QI You are named as a defendant in the case Altimeo Asset Management v. Qihoo 360 Technology Co. Ltd., No. 1:19-cv-10067-PAE, in the United States District Court for the Southern District of New York. The case alleges you violated U.S. laws and seeks money damages and other relief. The complaint and summons can be found at http://info.labaton.com/Qihoo. If you do not appear in the case or contact the plaintiff at +1-212-907-0700, a judgment may be entered against you in 21 days.