# EXHIBIT B

## Bissell-Linsk, Jake

| | |
|---|---|
| **From:** | Bissell-Linsk, Jake |
| **Sent:** | Monday, February 7, 2022 7:08 PM |
| **To:** | 18311062936@163.com |
| **Subject:** | OFFICIAL SERVICE OF LEGAL DOCUMENTS FOR XIANGDONG QI IN A SUIT REGARDING QIHOO 360 |
| **Attachments:** | Qihoo (Qi) - Ltr, Summons, AC.pdf |

You are named as a defendant in the case Altimeo Asset Management v. Qihoo 360 Technology Co. Ltd., No. 1:19-cv-10067-PAE, in the United States District Court for the Southern District of New York. The case alleges you violated U.S. laws and seeks money damages and other relief.  The complaint and summons can be found at http://info.labaton.com/Qihoo. If you do not appear in the case or contact the plaintiff at +1-212-907-0700, a judgment may be entered against you in 21 days.

## Labaton Sucharow

**Jake Bissell-Linsk | Associate**
140 Broadway, New York, New York 10005
T: (212) 907-0731 | F: (212) 883-7031
E: jbissell-linsk@labaton.com | W: www.labaton.com

  

1