**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ALTIMEO ASSET MANAGEMENT, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiffs,<br><br>     v.<br><br>QIHOO 360 TECHNOLOGY, HONGYI ZHOU, XIANGDONG QI, and ERIC X. CHEN,<br><br>                      Defendants. | Case No. 19 Civ. 10067 (PAE)<br><br>**<u>NOTICE OF MOTION</u>** |

PLEASE TAKE NOTICE that upon the annexed Declaration of Hanyu Xie, dated April 29, 2022, the exhibits attached thereto, and the accompanying Memorandum of Law, the undersigned hereby move this Court on behalf of Defendant Hongyi Zhou ("Defendant") before the Honorable Paul A. Engelmayer, in Courtroom 1305 of the United States District Court for the Southern District of New York, 40 Foley Square, New York, NY 10007, for an Order dismissing the First Amended Class Action Complaint with prejudice pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act of 1995.

PLEASE TAKE FURTHER NOTICE that in accordance with the Order entered in this action on April 5, 2022 (Dkt. 111), Plaintiffs' deadline to serve their opposition is June 10, 2022, and Defendant's deadline to serve a reply is June 24, 2022.

2

Dated:       April 29, 2022
               New York, New York

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ Jason C. Hegt
     Eric F. Leon
     Jason C. Hegt
     Hanyu (Iris) Xie
     1271 Avenue of the Americas
     New York, New York  10020
     Telephone:  (212) 906-1200
     Facsimile:  (212) 751-4864
     Email:  eric.leon@lw.com
     Email:  jason.hegt@lw.com
     Email:  iris.xie@lw.com

*Attorneys for Defendant Hongyi Zhou*

2