**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALTIMEO ASSET MANAGEMENT, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>QIHOO 360 TECHNOLOGY CO. LTD., HONGYI ZHOU, XIANGDONG QI, and ERIC X. CHEN,<br><br>        Defendants. | Case No. 19 Civ. 10067 (PAE) |

## DECLARATION OF HANYU XIE IN SUPPORT OF DEFENDANT HONGYI ZHOU'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

I, Hanyu Xie, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney in the law firm of Latham & Watkins LLP, counsel for Defendant Hongyi Zhou in the above-captioned matter. I am admitted to practice in the State of New York and the Southern District of New York.

2. I submit this Declaration in Support of Mr. Zhou's Motion to Dismiss the First Amended Class Action Complaint. I am familiar with all of the facts and circumstances set forth herein.

3. Attached as Exhibit 1 is a true and correct copy of the First Amended Class Action Complaint, filed August 30, 2019 (ECF No. 53).

4. Attached as Exhibit 2 is a true and correct copy of an excerpt of the third amended version of Qihoo 360 Technology Co. Ltd.'s ("Qihoo") proxy statement on Schedule 13E-3, filed March 3, 2016 with the U.S. Securities and Exchange Commission.

5.      Attached as Exhibit 3 is a true and correct copy of Qihoo's press release titled "Qihoo 360 Announces Receipt of a Preliminary Non-Binding Proposal to Acquire the Company," dated June 17, 2015, which was attached as an exhibit to Qihoo's Form 6-K, filed with the U.S. Securities and Exchange Commission.

6.      Attached as Exhibit 4 is a compilation of Qihoo's ADS price data retrieved from Bloomberg Terminal for select dates identified in the First Amended Class Action Complaint. *See* Fed. R. Evid. 1006.

7.      Attached as Exhibit 5 is a true and correct copy of Qihoo's press release titled "Qihoo 360 Enters into a Definitive Agreement for Going Private Transaction," dated December 18, 2015, which was attached as an exhibit to Qihoo's Form 6-K, filed with the U.S. Securities and Exchange Commission.

8.      Attached as Exhibit 6 is a true and correct copy of an excerpt of the Agreement and Plan of Merger entered into by and among Qihoo and the other parties named therein, dated December 18, 2015, which was attached as an exhibit to Qihoo's Form 6-K, filed with the U.S. Securities and Exchange.

9.      Attached as Exhibit 7 is a true and correct copy of an excerpt of Qihoo's preliminary proxy statement on Schedule 13E-3, filed January 11, 2016 with the U.S. Securities and Exchange Commission.

10.     Attached as Exhibit 8 is a true and correct copy of an excerpt of an amended version of Qihoo's proxy statement on Schedule 13E-3, filed February 8, 2016 with the U.S. Securities and Exchange Commission.

11.     Attached as Exhibit 9 is a true and correct copy of an excerpt of a second amended version of Qihoo's proxy statement on Schedule 13E-3, filed February 26, 2016 with the U.S. Securities and Exchange Commission.

12.     Attached as Exhibit 10 is a true and correct copy of a *Shine* article titled "360 reports net profit growth in 2017," dated April 4, 2018 (*available at* https://www.shine.cn/biz/company/1804042679/?platform=hootsuite).

13.     Attached as Exhibit 11 is a true and correct copy of a *Pandaily* article titled "Zhou Hongyi Makes Bold Move: Qihoo 360 Returns to Chinese Index Via Shell Company," dated November 6, 2017 (*available at* https://pandaily.com/zhou-hongyi-makes-bold-move-qihoo-360-returns-chinese-index-via-shell-company/).  This document is cited in the First Amended Class Action Complaint at ¶¶ 116, 124, 128, 132, 152, 156.

14.     Attached as Exhibit 12 is a true and correct copy of a FTSE Russell report titled "Guide to Chinese Share Classes," version 1.8, dated December 2021 (*available at* https://research.ftserussell.com/products/downloads/Guide_to_Chinese_Share_Classes.pdf).

15.     Attached as Exhibit 13 is a true and correct copy of historical stock price data from Financial Times reflecting 360 Security Technology Inc.'s stock price on the Shanghai Stock Exchange on April 26, 2022.  The data show that, as of April 26, 2022, 360 Security Technology Inc. had a market capitalization of RMB 57.16 billion.  Using the 1:6.5010 exchange rate between USD and RMB as of April 22, 2022 published by the Federal Reserve (*available at* https://www.federalreserve.gov/releases/h10/hist/dat00_ch.htm), I calculated a market capitalization of USD 8.79 billion.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 29, 2022
        New York, New York

By: _____
Hanyu (Iris) Xie

4