# EXHIBIT 4

| Qihoo 360 Technology Co. Ltd. ADS Price on New York Stock Exchange on Select Dates between March 30, 2011 - July 15, 2016[1] | | |
|---|---|---|
| **Date** | **Closing Price** | **Event** |
| March 30, 2011 | $34 | Qihoo Begins Trading on NYSE (Compl. ¶ 33) |
| July 17, 2015 | $62.22 | Announcement of Merger Proposal (¶ 42) |
| December 18, 2015 | $73 | Beginning of Putative Class Period (¶ 298) Publication of Press Release announcing Merger (¶ 60) |
| December 21, 2015 | $73.02 | |
| January 11, 2016 | $69.88 | Publication of Preliminary Proxy Statement (¶ 67) |
| January 12, 2016 | $70.83 | |
| February 8, 2016 | $68.63 | Publication of First Amended Proxy Statement (¶ 68) |
| February 9, 2016 | $68.83 | |
| February 26, 2016 | $72 | Publication of Second Amended Proxy Statement (¶ 68) |
| February 29, 2016 | $71.88 | |
| March 3, 2016 | $74.81 | Publication of Third Amended Proxy Statement (¶ 69) |
| March 4, 2016 | $74.59 | |
| March 30, 2016 | $75.70 | Merger Passed Shareholder Vote (¶ 86) |
| July 15, 2016 | $76.92 | End of Putative Class Period (¶ 298) Merger Closed and Qihoo Became Private (¶ 93) |

[1] Source: Bloomberg Terminal.

1