# EXHIBIT 10

# 360 reports net profit growth in 2017

**S** shine.cn/biz/company/1804042679/



<u>Biz</u> / <u>Company</u>
 <u>Zhu Shenshen</u>
Zhu Shenshen

   16:59 UTC+8, 2018-04-04        0

Shanghai-listed 360 Security Technology Inc posted net profit growth of 80 percent in 2017 in the first annual fiscal report after its domestic listing.

 <u>Zhu Shenshen</u>
Zhu Shenshen

   16:59 UTC+8, 2018-04-04        0

Shanghai-listed 360 Security Technology Inc posted net profit growth of 80 percent in 2017, in their first annual fiscal report after listing domestically.

As China's biggest online security firm with 550 million active monthly users, 360 is expecting rapid growth due to security demands for the Internet of Things devices, as well as the booming smart device sector, covering monitors, watches and smartphones.

In 2017, 360's net profit reached 3.37 billion yuan (US$536 million), up 80.2 percent year-on-year. Revenue jumped 24 percent to hit 12.24 billion yuan.

The major business of the security firm comes from Internet advertising, online value-added services and smart device business, 360 said in a statement.

In 2017, 360 issued its domestic IPO (initial public offering) via a backdoor listing in Shanghai, through asset injection and related trades with Shanghai-listed SJEC Corp.

Formerly known as Qihoo 360, the firm has prepared for its domestic IPO since it was de-listed from the New York Stock Exchange in 2016.

In the future, 360 will explore new market segments such as artificial intelligence, search functions and games, as well as establishing overseas research centers.

Stocks surged 4.2 percent to close at 41.5 yuan, compared with a 0.18 percent decline of the Shanghai stock index today.

Source: SHINE   Editor: Wang Yanlin



Special Reports