# EXHIBIT 12



# Guide to Chinese Share Classes
v1.8

# Guide to Chinese Share Classes

Companies incorporated  in mainland China and listed in mainland China or Hong Kong can issue different classes of shares depending on where they are listed and which investors are allowed to own them. The classes are A, B and H, which are all renminbi-denominated shares that trade in different currencies, depending on where they are listed.

Chinese companies incorporated and listed outside mainland China are generally referred to as 'Red Chips', 'P Chips', 'S Chips' or 'N Shares' depending on their ownership structure, revenue source and listing location. These types of shares may have different definitions among index providers or exchanges; FTSE Russell's definitions for the types of Chinese securities in question are outlined below.

Within the FTSE indices, the eligibility of these share classes is reviewed annually in September. For the purposes of the annual Russell US index reconstitution in June, China share class designations will be evaluated based on information available up to the reconstitution rank date.

| Share Class | Incorporation Location | Listing Location | Trading Currency | Other Requirements | Available to mainland Chinese investors | Available to International investors |
|---|---|---|---|---|---|---|
| A Share | Mainland China | Mainland China | CNY | None as they are specific share classes issued by the company | Yes | Yes under QFII/RQFII/ Stock Connect programs |
| B Share | Mainland China | Mainland China | USD (Shanghai) HKD (Shenzhen) | | Yes, if Investors have appropriate currency accounts) | Yes |
| H Share | Mainland China | Hong Kong | HKD | | Yes, if QDII approved or under Stock Connect programs | Yes |
| Red Chip | Non-mainland China | Hong Kong | HKD | See notes below | Yes, if QDII approved or under Stock Connect programs | Yes |
| P Chip | Non-mainland China | Hong Kong | HKD | | Yes, if QDII approved or under Stock Connect programs | Yes |
| S Chip | Non-mainland China | Singapore | SGD | | Yes, if QDII approved | Yes |
| N Share | Non-mainland China | United States | USD | | Yes, if QDII approved | Yes |

## A Share

A Shares are securities of companies incorporated in mainland China that trade on either the Shanghai or Shenzhen stock exchanges and trade in Renminbi (Chinese Yuan). A Shares can only be traded by residents of the People's Republic of China (PRC), or via the Qualified Foreign Institutional Investor (QFII), the Renminbi Qualified Foreign Institutional Investor (RQFII) rules or Stock Connect programs.

## B Share

B Shares are securities of companies incorporated in mainland China that trade on either the Shanghai or Shenzhen stock exchanges. They are traded in US dollars on the Shanghai Stock Exchange and Hong Kong dollars on the Shenzhen Stock Exchange. They can be traded by non-residents of the People's Republic of China (PRC) and also residents of the PRC with appropriate foreign currency dealing accounts.

## H Share

H Shares are securities of companies incorporated in mainland China that trade on the Hong Kong Stock Exchange. They are traded in Hong Kong dollars. Like other securities trading on the Hong Kong Stock Exchange, there are no restrictions to who can trade H Shares.

## Red Chip

A Red Chip is a company incorporated outside of mainland china that trades on the Hong Kong Stock Exchange. Red Chips derive the majority of revenue or assets from the PRC and are substantially owned, directly or indirectly, by mainland China state entities.

a)  To be assessed as a Red Chip, a company must satisfy the following criteria:

- The company is incorporated outside of mainland China; and
- The company is listed on the Hong Kong Stock Exchange; and
- Over 55 per cent of the revenue or assets[#] of the company are derived from the PRC; and
- The actual controller of the company (if available) is a Chinese state entity; or
- The company is controlled by Chinese state entities, i.e. the government, provinces or municipalities, through strategic holdings which, in aggregate, total more than 30 per cent of its voting rights (when there is no actual controller reported).

b)  An existing Red Chip which fails one or more of the following criteria will cease to be classified as a Red Chip if:

- The company is no longer incorporated outside of mainland China; or
- The company is no longer listed on the Hong Kong Stock Exchange; or
- The percentages of revenue and assets[#] derived from the PRC have both fallen below 45 per cent; or
- The actual controller of the company (if available) is not a Chinese state entity; and
- The aggregate holding of Chinese state entities, i.e. the government, provinces or municipalities, through strategic holdings is less than 25 per cent of its voting rights (when there is no actual controller reported).

[#] Please refer to the revenue and asset guidelines section for further information.

## P Chip

A P Chip is a company* incorporated outside of mainland China that trades on the Hong Kong Stock Exchange and has its headquarters or establishment in mainland China with a majority of its revenue or assets derived from the PRC.

\* Provided that the company does not satisfy FTSE Russell's Red Chip definition.

a)  To be assessed as a P Chip, a company must satisfy the following criteria:

- The company is incorporated outside of mainland China; and
- The company is listed on the Hong Kong Stock Exchange; and
- Over 55 per cent of the revenue or assets[#] of the company are derived from the PRC; and
- The company's establishment and origin demonstrate strong connections to the PRC by satisfying at least one of the criteria below:

    - The company headquarters or its establishment is in mainland China; or

    - The company whose headquarters is in Hong Kong, Macau, or Taiwan and derives more than 90 per cent of its revenue from the PRC

b)  An existing P Chip that fails one or more of the following criteria will cease to be classified as a P Chip:

- The company is no longer incorporated outside of mainland China; or
- The company is no longer listed on the Hong Kong Stock Exchange; or
- The percentages of revenue and assets[#] derived from the PRC have both fallen below 45 per cent; or
- The company headquarters is no longer in mainland China; or
- The company whose headquarters is in Hong Kong, Macau or Taiwan and derives less than 80 per cent of its revenue deriving from the PRC; or
- The company now meets the definition of a Red Chip (see above).

c)  In cases where the data could support an either a Red Chip or a P Chip assignment, the company will be classified as a Red Chip.

[#] Please refer to the revenue and asset guidelines section for further information.


## S Chip

An S Chip is a company incorporated outside mainland China that trades on the Singapore Stock Exchange and has its headquarters or establishment in mainland China, with the majority of its revenue or assets derived from the PRC.

a)  To be assessed as an S Chip, a company must satisfy the following criteria:

- The company is incorporated outside of mainland China; and
- The company is listed on the Singapore Stock Exchange; and
- Over 55 per cent of the revenue or assets[#] of the company are derived from the PRC; and
- The company's establishment and origin demonstrate strong connections to the PRC by satisfying one of the criteria below:

    - The company headquarters or its establishment is in mainland China.

    - The company whose headquarters is in Hong Kong, Macau or Taiwan and derives more than 90 per cent of its revenue from the PRC.

b)  An existing S Chip that fails one or more of the following criteria will cease to be classified as an S Chip if:

- The company is no longer incorporated outside mainland China; or
- The company is no longer listed on the Singapore Stock Exchange; or
- The percentages of revenue and assets[#] derived from the PRC have both fallen below 45 per cent; or

- The company headquarters is no longer in mainland China; or

- The company whose headquarter is in Hong Kong, Macau, or Taiwan and derives less than 80 per cent of its revenue from the PRC.

# Please refer to the revenue and asset guidelines section for further information.

## N Share

An N Share is a company incorporated outside of mainland China that trades on the New York Stock Exchange, the NASDAQ Exchange or the NYSE American. An N Share will have its headquarters or establishment in mainland China, with the majority of its revenue or assets derived from the PRC (only one year's revenue and asset data from the most recent annual report is considered).

For the avoidance of doubt: this also applies to the Russell US Indices – there will be no two-year averaging of revenue and asset data for the purposes of evaluating whether a company should be designated an N share).

a)  To be assessed as an N Share, a company must satisfy the following criteria:

- The company is incorporated outside of mainland China; and
- The company is listed on the New York Stock Exchange, the NASDAQ Exchange or the NYSE American; and
- Over 55 per cent of the revenue or assets# of the company are derived from the PRC; and
- The company's establishment and origin demonstrate strong connections to the PRC by satisfying one of the criteria below:
    - The company headquarters or its establishment is in mainland China; or

    - The company whose headquarters is in Hong Kong, Macau or Taiwan and derives more than 90 per cent of its revenue from the PRC.

b)  An existing N Share which fails one or more of the following criteria will cease to be classified as an N share if:

- The company is no longer incorporated outside mainland China; or
- The company is no longer listed on the New York Stock Exchange, the NASDAQ Exchange or the NYSE American; or
- The percentages of revenue and assets# derived from the PRC have both fallen below 45 per cent; or
- The company headquarters is no longer in mainland China; or
- The company whose headquarters is in Hong Kong, Macau, or Taiwan and has derives less than 80 per cent of its revenue from the PRC

# Please refer to the revenue and asset guidelines section for further information.

## Revenue and Asset Guidelines

The revenue and asset screens used when determining Red Chips, P Chips, S Chips and N Shares also incorporate and apply the following guidelines:

- Revenue is defined as 'sales and other operating revenues prior to other income or cash items';

- Assets are defined as 'non-current (long lived) assets'. All other assets are discounted from the evaluation;

- Revenue and asset data are taken from the most recent company filings prior to the annual share classes review in September. The data cut-off date for the revenue/asset data used in the annual review is the last business day in June;

- o  For the purposes of the annual Russell US index reconstitution, revenue and asset data available up to the reconstitution rank date will be taken into account when evaluating whether a company should be considered an N share for the purposes of evaluating potential Russell US index inclusion.

- Geographic breakdowns of revenues and assets will supersede any written statements, but where breakdowns are not available:

  - o  Statements and language such as "all or virtually all of the company's revenues reside in PRC" or "all or virtually all of the assets are derived within PRC", will be viewed as definitive statements and pass the revenue and asset screens.

  - o  Statements and language such as "majority of the company's revenues reside in PRC" will be viewed as non-definitive statements as FTSE Russell cannot confirm that a company's revenues or assets would have passed the relevant thresholds.

- A China share class company that had previously passed the revenue and asset screens but whose filings no longer provide geographic breakdowns will continue to meet the relevant thresholds unless there is clear disclosure confirming that the required thresholds are no longer achieved.

# Further Information

For further information please visit www.ftserussell.com or e-mail info@ftserussell.com

Contact details can also be found on the website.

**For more information about our indexes, please visit ftserussell.com.**

© 2022 London Stock Exchange Group plc and its applicable group undertakings (the "LSE Group"). The LSE Group includes (1) FTSE International Limited ("FTSE"), (2) Frank Russell Company ("Russell"), (3) FTSE Global Debt Capital Markets Inc. and FTSE Global Debt Capital Markets Limited (together, "FTSE Canada"), (4) FTSE Fixed Income Europe Limited ("FTSE FI Europe"), (5) FTSE Fixed Income LLC ("FTSE FI"), (6) The Yield Book Inc ("YB") and (7) Beyond Ratings S.A.S. ("BR"). All rights reserved.

FTSE International Limited is authorised and regulated by the Financial Conduct Authority as a benchmark administrator.

FTSE Russell® is a trading name of FTSE, Russell, FTSE Canada, FTSE FI Europe, FTSE FI, YB and BR. "FTSE®", "Russell®", "FTSE Russell®", "FTSE4Good®", "ICB®", "The Yield Book®", "Beyond Ratings®" and all other trademarks and service marks used herein (whether registered or unregistered) are trade marks and/or service marks owned or licensed by the applicable member of the LSE Group or their respective licensors and are owned, or used under licence, by FTSE, Russell, FTSE FI Europe, FTSE Canada, FTSE FI, YB or BR.

All information is provided for information purposes only. Every effort is made to ensure that all information given in this publication is accurate, but no responsibility or liability can be accepted by any member of the LSE Group nor their respective directors, officers, employees, partners or licensors for any errors or for any loss from use of this publication or any of the information or data contained herein.

No member of the LSE Group nor their respective directors, officers, employees, partners or licensors provide investment advice and nothing in this document should be taken as constituting financial or investment advice. No member of the LSE Group nor their respective directors, officers, employees, partners or licensors make any representation regarding the advisability of investing in any asset. A decision to invest in any such asset should not be made in reliance on any information herein. Indices cannot be invested in directly. Inclusion of an asset in an index is not a recommendation to buy, sell or hold that asset. The general information contained in this publication should not be acted upon without obtaining specific legal, tax, and investment advice from a licensed professional.

No part of this information may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, without prior written permission of the applicable member of the LSE Group. Use and distribution of the LSE Group index data and the use of their data to create financial products require a licence with FTSE, Russell, FTSE Canada, FTSE FI Europe, FTSE FI, YB, BR and/or their respective licensors

## About FTSE Russell

FTSE Russell is a leading global provider of benchmarking, analytics and data solutions for investors, giving them a precise view of the market relevant to their investment process. A comprehensive range of reliable and accurate indexes provides investors worldwide with the tools they require to measure and benchmark markets across asset classes, styles or strategies.

FTSE Russell index expertise and products are used extensively by institutional and retail investors globally. For over 30 years, leading asset owners, asset managers, ETF providers and investment banks have chosen FTSE Russell indexes to benchmark their investment performance and create ETFs, structured products and index-based derivatives.

FTSE Russell is focused on applying the highest industry standards in index design and governance, employing transparent rules-based methodology informed by independent committees of leading market participants. FTSE Russell fully embraces the IOSCO Principles and its Statement of Compliance has received independent assurance. Index innovation is driven by client needs and customer partnerships, allowing FTSE Russell to continually enhance the breadth, depth and reach of its offering.

FTSE Russell is wholly owned by London Stock Exchange Group.

For more information, visit www.ftserussell.com.

To learn more, visit www.ftserussell.com; email info@ftserussell.com; or call your regional Client Service Team office:

**EMEA**
+44 (0) 20 7866 1810

**North America**
+1 877 503 6437

**Asia-Pacific**
Hong Kong +852 2164 3333
Tokyo +81 3 4563 634
Sydney +61 (0) 2 8823 3521