# EXHIBIT 13



# Equities

# 360 Security Technology Inc  + Add to watchlist    Actions

## 601360:SHH

Industrials ❯ Industrial Engineering

| PRICE (CNY) | TODAY'S CHANGE | SHARES TRADED | 1 YEAR CHANGE | BETA |
|---|---|---|---|---|
| 7.78 | ↓ -0.22 / -2.75% | 45.35m | ↓ -39.83% | 1.4903 |

Data delayed at least 15 minutes, as of Apr 26 2022 08:00 BST.

 **Take Action**

Add this security to watchlist, portfolio, or create an alert to track market movement

+ Add to watchlist

+ Add to portfolio    + Add an alert

| Summary | Charts | Profile | Directors & dealings | Financials | Forecasts | Historical prices |
|---|---|---|---|---|---|---|

# Events & Activity

601360:SHH trading volume exceeds daily average by +56.93%

YESTERDAY



601360:SHH price reached a new 52-week low of 7.92 at 15:06 BST

3 HOURS AGO

601360:SHH price reached a new 52-week low of 8.09 at 15:16 BST

YESTERDAY

601360:SHH price moved over -5.05% to 8.09

YESTERDAY

601360:SHH reported earnings of -0.014 for the period of the year 2021Q4.

APRIL 22, 2022

601360:SHH price reached a new 52-week low of 8.58 at 15:22 BST

APRIL 22, 2022

**601360:SHH** price reached a new 52-week low of
8.83 at 15:01 BST

APRIL 21, 2022

## Key statistics

💬 360 Security Technology Inc (601360:SHH) set a new 52-week low during today's trading session when it reached 7.77. Over this period, the share price is down -40.57%.

### 52-week range

| Today |
|---|
| 7.77 | 13.72 |
| Apr 26 2022 | Jul 12 2021 |

| | | | | | |
|---|---|---|---|---|---|
| **Open** | 8.00 | **Average volume** | 31.50m | **Annual div** (ADY) | -- |
| **High** | 8.12 | **Shares outstanding** | 7.15bn | **Annual div yield** (ADY) | -- |
| **Low** | 7.77 | **Free float** | 2.53bn | **Div ex-date** | May 29 2020 |
| **Bid** | 7.77 | **P/E** (TTM) | 67.56 | **Div pay-date** | May 29 2020 |
| **Offer** | 7.78 | **Market cap** | 57.16bn CNY | | |
| **Previous close** | 8.00 | **EPS** (TTM) | 0.1184 CNY | | |

Data delayed at least 15 minutes, as of Apr 26 2022 08:00 BST.

| 1D | 1W | 1M | 6M | 1Y | 3Y | 5Y |
|---|---|---|---|---|---|---|



**Go to Interactive chart**

## About the company

360 Security Technology Inc., formerly SJEC Corporation, is an Internet and mobile security product and service provider, mainly engaged in the research and development of Internet technology and the design, development and o...

**View full business profile**

## Explore our tools

  **Alerts**

## Watchlists

**+ Create a watchlist**

 **Portfolio**

 **Data archive**

**World markets**

**Equities screener**

**Funds overview**

POWERED BY


REFINITIV®

An LSEG Business

All markets data located on FT.com is subject to the FT Terms & Conditions

All content on FT.com is for your general information and use only and is not intended to address your particular requirements. In particular, the content does not constitute any form of advice, recommendation, representation, endorsement or arrangement by FT and is not intended to be relied upon by users in making (or refraining from making) any specific investment or other decisions.

Any information that you receive via FT.com is at best delayed intraday data and not "real time". Share price information may be rounded up/down and therefore not entirely accurate. FT is not responsible for any use of content by you outside its scope as stated in the FT Terms & Conditions.

Markit Short Selling Activity © Markit. All rights reserved.

Although Markit has made every effort to ensure this data is correct, nevertheless no guarantee is given to the accuracy or completeness. Any opinions or estimates expressed herein are those of Markit on the date of preparation and are subject to change without notice; however no such opinions or estimates constitute legal, investment or other advice. You must therefore seek independent legal, investment or other appropriate advice from a suitably qualified and/or authorised and regulated advisor prior to making any legal, investment or other decision. This is intended for information purposes only and is not intended as an offer or recommendation to buy, sell or otherwise deal in securities.