UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTIMEO ASSET MANAGEMENT, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>            v.<br><br>QIHOO 360 TECHNOLOGY CO. LTD., HONGYI ZHOU, XIANGDONG QI and ERIC X. CHEN,<br><br>                              Defendants. | Case No. 1:19-cv-10067-PAE |

### DECLARATION OF MICHAEL GRUNFELD IN SUPPORT OF LEAD PLAINTIFFS' OPPOSITION TO DEFENDANT HONGYI ZHOU'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

I, Michael Grunfeld, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a partner with the law firm of Pomerantz LLP, which is counsel for Lead Plaintiffs Altimeo Asset Management and ODS Capital LLC (collectively, "Lead Plaintiffs") in the above-referenced action.  I am a member in good standing of the bar of this Court. I submit this declaration in support of Lead Plaintiffs' opposition to Defendant Hongyi Zhou's motion to dismiss Lead Plaintiffs' first amended complaint.

2.      Attached hereto as Ex. A is a true and correct copy of a transcript of the oral argument held on October 21, 2021, in the matter *ODS Capital, LLC v. JA Solar Holdings Co.*, Ltd., Case No. 20-4268 (2d Cir.), transcribed by U.S. Legal Support based on the Court's audio recording of the argument.

3.      Attached hereto as Ex. B is a true and correct copy of a chart showing the closing price of the ADS of Qihoo 360 Technology Co. Ltd. on the New York Stock Exchange from June 16, 2015 through July 15, 2016, based on data from Bloomberg L.P.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of June 2022.

_____*/s/ Michael Grunfeld* _____
Michael Grunfeld