# EXHIBIT B

**Qihoo 360 Technology Co. Ltd.**

**Closing Price of Qihoo ADSs on the New York Stock Exchange**
**June 16, 2015 through July 15, 2016**

| Date | Closing Price |
| --- | --- |
| 6/16/2015 | $66.0500 |
| 6/17/2015 | $70.1500 |
| 6/18/2015 | $71.2600 |
| 6/19/2015 | $69.5400 |
| 6/22/2015 | $70.0600 |
| 6/23/2015 | $70.2900 |
| 6/24/2015 | $69.8600 |
| 6/25/2015 | $69.6200 |
| 6/26/2015 | $67.1700 |
| 6/29/2015 | $67.1100 |
| 6/30/2015 | $67.6900 |
| 7/1/2015 | $67.1900 |
| 7/2/2015 | $67.2800 |
| 7/3/2015 | $67.2800 |
| 7/6/2015 | $63.1000 |
| 7/7/2015 | $58.6300 |
| 7/8/2015 | $55.5900 |
| 7/9/2015 | $60.5200 |
| 7/10/2015 | $62.5400 |
| 7/13/2015 | $63.6100 |
| 7/14/2015 | $64.0100 |
| 7/15/2015 | $61.4000 |
| 7/16/2015 | $61.7300 |
| 7/17/2015 | $62.2200 |
| 7/20/2015 | $62.7700 |
| 7/21/2015 | $64.9400 |
| 7/22/2015 | $64.6700 |
| 7/23/2015 | $65.5000 |
| 7/24/2015 | $64.4200 |
| 7/27/2015 | $63.2100 |
| 7/28/2015 | $63.2500 |
| 7/29/2015 | $62.9900 |
| 7/30/2015 | $62.2800 |
| 7/31/2015 | $62.0100 |
| 8/3/2015 | $62.0700 |
| 8/4/2015 | $63.0000 |
| 8/5/2015 | $64.0000 |
| 8/6/2015 | $64.0600 |

*Prices taken from Bloomberg L.P.

| Date | Closing Price |
| --- | --- |
| 8/7/2015 | $64.3900 |
| 8/10/2015 | $65.1200 |
| 8/11/2015 | $63.0900 |
| 8/12/2015 | $60.7800 |
| 8/13/2015 | $61.4000 |
| 8/14/2015 | $62.2200 |
| 8/17/2015 | $62.8800 |
| 8/18/2015 | $62.6500 |
| 8/19/2015 | $60.3500 |
| 8/20/2015 | $57.4200 |
| 8/21/2015 | $55.9300 |
| 8/24/2015 | $50.8200 |
| 8/25/2015 | $53.3000 |
| 8/26/2015 | $48.1700 |
| 8/27/2015 | $51.2900 |
| 8/28/2015 | $52.6600 |
| 8/31/2015 | $52.8700 |
| 9/1/2015 | $49.5600 |
| 9/2/2015 | $51.0400 |
| 9/3/2015 | $50.1600 |
| 9/4/2015 | $48.2500 |
| 9/7/2015 | $48.2500 |
| 9/8/2015 | $47.0300 |
| 9/9/2015 | $45.2500 |
| 9/10/2015 | $43.5300 |
| 9/11/2015 | $43.4700 |
| 9/14/2015 | $42.3500 |
| 9/15/2015 | $42.2100 |
| 9/16/2015 | $45.3200 |
| 9/17/2015 | $45.5500 |
| 9/18/2015 | $45.5900 |
| 9/21/2015 | $47.2600 |
| 9/22/2015 | $47.3700 |
| 9/23/2015 | $48.1800 |
| 9/24/2015 | $48.8300 |
| 9/25/2015 | $48.5600 |
| 9/28/2015 | $46.0600 |
| 9/29/2015 | $45.1200 |
| 9/30/2015 | $47.8300 |
| 10/1/2015 | $47.6700 |
| 10/2/2015 | $51.9600 |
| 10/5/2015 | $53.6700 |
| 10/6/2015 | $53.8700 |
| 10/7/2015 | $54.2900 |
| 10/8/2015 | $53.4200 |
| 10/9/2015 | $52.0000 |

*Prices taken from Bloomberg L.P.

| Date | Closing Price |
| --- | --- |
| 10/12/2015 | $53.4600 |
| 10/13/2015 | $51.9600 |
| 10/14/2015 | $51.5200 |
| 10/15/2015 | $53.6200 |
| 10/16/2015 | $54.8900 |
| 10/19/2015 | $56.4900 |
| 10/20/2015 | $56.0400 |
| 10/21/2015 | $54.1500 |
| 10/22/2015 | $53.6900 |
| 10/23/2015 | $54.1400 |
| 10/26/2015 | $56.2200 |
| 10/27/2015 | $55.1900 |
| 10/28/2015 | $58.1400 |
| 10/29/2015 | $57.0900 |
| 10/30/2015 | $57.0900 |
| 11/2/2015 | $60.1100 |
| 11/3/2015 | $58.5800 |
| 11/4/2015 | $59.6800 |
| 11/5/2015 | $59.8000 |
| 11/6/2015 | $61.4800 |
| 11/9/2015 | $60.2100 |
| 11/10/2015 | $60.0000 |
| 11/11/2015 | $60.4600 |
| 11/12/2015 | $63.3700 |
| 11/13/2015 | $62.3000 |
| 11/16/2015 | $63.9800 |
| 11/17/2015 | $63.7200 |
| 11/18/2015 | $63.0200 |
| 11/19/2015 | $64.2900 |
| 11/20/2015 | $65.0000 |
| 11/23/2015 | $66.3700 |
| 11/24/2015 | $66.1100 |
| 11/25/2015 | $67.6800 |
| 11/26/2015 | $67.6800 |
| 11/27/2015 | $67.5900 |
| 11/30/2015 | $67.9000 |
| 12/1/2015 | $69.9600 |
| 12/2/2015 | $70.6800 |
| 12/3/2015 | $70.9600 |
| 12/4/2015 | $70.8800 |
| 12/7/2015 | $71.1900 |
| 12/8/2015 | $71.1200 |
| 12/9/2015 | $71.0500 |
| 12/10/2015 | $71.2900 |
| 12/11/2015 | $71.3300 |
| 12/14/2015 | $71.1000 |

*Prices taken from Bloomberg L.P.

| Date | Closing Price |
|---|---|
| 12/15/2015 | $71.4900 |
| 12/16/2015 | $71.9500 |
| 12/17/2015 | $71.8100 |
| 12/18/2015 | $73.0000 |
| 12/21/2015 | $73.0200 |
| 12/22/2015 | $72.9500 |
| 12/23/2015 | $73.0200 |
| 12/24/2015 | $73.0000 |
| 12/25/2015 | $73.0000 |
| 12/28/2015 | $72.7400 |
| 12/29/2015 | $72.8300 |
| 12/30/2015 | $72.6600 |
| 12/31/2015 | $72.8100 |
| 1/1/2016 | $72.8100 |
| 1/4/2016 | $72.5000 |
| 1/5/2016 | $72.1700 |
| 1/6/2016 | $72.1000 |
| 1/7/2016 | $70.9700 |
| 1/8/2016 | $69.9900 |
| 1/11/2016 | $69.8800 |
| 1/12/2016 | $70.8300 |
| 1/13/2016 | $70.0400 |
| 1/14/2016 | $70.2400 |
| 1/15/2016 | $69.9200 |
| 1/18/2016 | $69.9200 |
| 1/19/2016 | $71.0100 |
| 1/20/2016 | $70.1200 |
| 1/21/2016 | $71.5100 |
| 1/22/2016 | $71.6400 |
| 1/25/2016 | $71.4300 |
| 1/26/2016 | $71.2700 |
| 1/27/2016 | $71.3700 |
| 1/28/2016 | $70.7700 |
| 1/29/2016 | $71.7100 |
| 2/1/2016 | $71.6900 |
| 2/2/2016 | $70.8000 |
| 2/3/2016 | $70.7900 |
| 2/4/2016 | $70.8000 |
| 2/5/2016 | $70.2100 |
| 2/8/2016 | $68.6300 |
| 2/9/2016 | $68.8300 |
| 2/10/2016 | $69.6000 |
| 2/11/2016 | $67.8300 |
| 2/12/2016 | $68.4900 |
| 2/15/2016 | $68.4900 |
| 2/16/2016 | $70.2200 |

*Prices taken from Bloomberg L.P.

| Date | Closing Price |
|---|---|
| 2/17/2016 | $71.7100 |
| 2/18/2016 | $71.2200 |
| 2/19/2016 | $71.3600 |
| 2/22/2016 | $71.6800 |
| 2/23/2016 | $71.5100 |
| 2/24/2016 | $71.7100 |
| 2/25/2016 | $71.4500 |
| 2/26/2016 | $72.0000 |
| 2/29/2016 | $71.8800 |
| 3/1/2016 | $72.0700 |
| 3/2/2016 | $73.9500 |
| 3/3/2016 | $74.8100 |
| 3/4/2016 | $74.5900 |
| 3/7/2016 | $74.7600 |
| 3/8/2016 | $74.6900 |
| 3/9/2016 | $74.8300 |
| 3/10/2016 | $74.9300 |
| 3/11/2016 | $75.1300 |
| 3/14/2016 | $75.2000 |
| 3/15/2016 | $74.8700 |
| 3/16/2016 | $75.0500 |
| 3/17/2016 | $74.9200 |
| 3/18/2016 | $74.9300 |
| 3/21/2016 | $75.0000 |
| 3/22/2016 | $75.2500 |
| 3/23/2016 | $75.0000 |
| 3/24/2016 | $75.2400 |
| 3/25/2016 | $75.2400 |
| 3/28/2016 | $75.4600 |
| 3/29/2016 | $75.4600 |
| 3/30/2016 | $75.7000 |
| 3/31/2016 | $75.5500 |
| 4/1/2016 | $75.5600 |
| 4/4/2016 | $75.4600 |
| 4/5/2016 | $75.7700 |
| 4/6/2016 | $75.8100 |
| 4/7/2016 | $75.8100 |
| 4/8/2016 | $75.7400 |
| 4/11/2016 | $75.6300 |
| 4/12/2016 | $75.5800 |
| 4/13/2016 | $75.6000 |
| 4/14/2016 | $75.4900 |
| 4/15/2016 | $75.5400 |
| 4/18/2016 | $75.5000 |
| 4/19/2016 | $75.5000 |
| 4/20/2016 | $75.5200 |

*Prices taken from Bloomberg L.P.

| Date | Closing Price |
|---|---|
| 4/21/2016 | $75.6000 |
| 4/22/2016 | $75.5200 |
| 4/25/2016 | $75.5500 |
| 4/26/2016 | $76.0000 |
| 4/27/2016 | $75.8100 |
| 4/28/2016 | $75.9600 |
| 4/29/2016 | $75.9400 |
| 5/2/2016 | $75.9200 |
| 5/3/2016 | $75.6000 |
| 5/4/2016 | $75.5500 |
| 5/5/2016 | $74.3300 |
| 5/6/2016 | $73.4200 |
| 5/9/2016 | $65.1100 |
| 5/10/2016 | $70.9300 |
| 5/11/2016 | $70.4300 |
| 5/12/2016 | $67.9500 |
| 5/13/2016 | $70.4500 |
| 5/16/2016 | $71.0500 |
| 5/17/2016 | $71.5500 |
| 5/18/2016 | $71.0600 |
| 5/19/2016 | $70.8500 |
| 5/20/2016 | $72.3800 |
| 5/23/2016 | $73.4000 |
| 5/24/2016 | $73.8400 |
| 5/25/2016 | $73.8800 |
| 5/26/2016 | $74.3400 |
| 5/27/2016 | $73.8000 |
| 5/30/2016 | $73.8000 |
| 5/31/2016 | $74.3000 |
| 6/1/2016 | $73.9400 |
| 6/2/2016 | $73.4900 |
| 6/3/2016 | $73.2300 |
| 6/6/2016 | $73.7200 |
| 6/7/2016 | $74.0000 |
| 6/8/2016 | $74.0000 |
| 6/9/2016 | $74.1500 |
| 6/10/2016 | $73.9900 |
| 6/13/2016 | $73.8800 |
| 6/14/2016 | $73.6600 |
| 6/15/2016 | $73.6000 |
| 6/16/2016 | $73.1300 |
| 6/17/2016 | $72.5500 |
| 6/20/2016 | $72.8800 |
| 6/21/2016 | $73.5300 |
| 6/22/2016 | $73.9000 |
| 6/23/2016 | $75.2600 |

*Prices taken from Bloomberg L.P.

| Date | Closing Price |
|---|---|
| 6/24/2016 | $75.2700 |
| 6/27/2016 | $74.5500 |
| 6/28/2016 | $73.5600 |
| 6/29/2016 | $73.5900 |
| 6/30/2016 | $73.0500 |
| 7/1/2016 | $72.9800 |
| 7/4/2016 | $72.9800 |
| 7/5/2016 | $72.3000 |
| 7/6/2016 | $71.7500 |
| 7/7/2016 | $72.0000 |
| 7/8/2016 | $72.3400 |
| 7/11/2016 | $73.2100 |
| 7/12/2016 | $73.5400 |
| 7/13/2016 | $73.5500 |
| 7/14/2016 | $76.6900 |
| 7/15/2016 | $76.9200 |

*Prices taken from Bloomberg L.P.