**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALTIMEO ASSET MANAGEMENT, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>QIHOO 360 TECHNOLOGY CO. LTD., HONGYI ZHOU, XIANGDONG QI and ERIC X. CHEN,<br><br>　　　　　　　　　Defendants. | Case No. 1:19-cv-10067-PAE<br><br><br>**NOTICE OF MOTION FOR PARTIAL RECONSIDERATION, OR IN THE ALTERNATIVE, TO CERTIFY FOR APPEAL** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Lead Plaintiffs' Motion for Partial Reconsideration or, in the Alternative, to Certify for Appeal, the undersigned hereby move this Court on behalf of Lead Plaintiffs Altimeo Asset Management and ODS Capital LLC ("Plaintiffs") before the Honorable Paul A. Engelmayer, in Courtroom 1305 of the United States District Court for the Southern District of New York, 40 Foley Square, New York, NY 10007, for an Order reconsidering its dismissal with prejudice of the First Amended Class Action Complaint as to the Tenderer Shareholders or, in the alternative, certifying the issues raised in that ruling for interlocutory appeal under 28 U.S.C. § 1292(b).

PLEASE TAKE FURTHER NOTICE that, in accordance with Local Civil Rule 6.1(b), Defendant Hongyi Zhou's deadline to serve his opposition to this motion is April 18, 2023, and Plaintiffs' deadline to serve a reply is April 25, 2023.

Dated:  April 4, 2023
New York, New York

Respectfully submitted,

**POMERANTZ LLP**

/s/ Michael Grunfeld
Jeremy A. Lieberman
Michael Grunfeld
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Facsimile:  (212) 661-8665
Email:  jalieberman@pomlaw.com
           mgrunfeld@pomlaw.com

*Lead Counsel for Lead Plaintiffs*
*Altimeo Asset Management and ODS*
*Capital LLC*


**LABATON SUCHAROW LLP**

Carol C. Villegas
David J. Schwartz
Jake Bissell-Linsk
140 Broadway, 34th Floor
New York, NY 10005
Telephone: (212) 907-0700
Email: cvillegas@labaton.com
          dschwartz@labaton.com
          jbissell-linsk@labaton.com

*Additional Counsel for Lead Plaintiff*
*ODS Capital LLC*