UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――
ALTIMEO ASSET MANAGEMENT and ODS
CAPITAL LLC, *individually and on behalf of all others
similarly situated*,

                          Plaintiffs,

        -v-

QIHOO 360 TECHNOLOGY CO. LTD., HONGYI
ZHOU, XIANGDONG QI, and ERIC X. CHEN,

                          Defendants.
―――――――――――――――――――――――――――――

19 Civ. 10067 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

        The Court has received plaintiffs' motion for (1) reconsideration of the portion of the Court's recent decision that dismissed with prejudice plaintiffs' claims on behalf of the Tenderer Shareholders; and, in the alternative, (2) certification of an interlocutory appeal on certain questions. Dkt. 150. Plaintiffs offered there to file their proposed Second Amended Complaint ("SAC") upon order of the Court. *Id.* at 1 n.2. To facilitate informed briefing and assessment of the motion for reconsideration, the Court orders plaintiffs to file the proposed SAC by April 7, 2023. For avoidance of doubt, the new or amended allegations in the SAC are to be limited to the discrete subject matter, involving the Cayman Islands Appraisal Action, that plaintiffs state would form the basis for an amended complaint. Defendants' responses[1] to the motion for reconsideration or certification are due April 21, 2023. Plaintiffs' reply, if any, is due April 28, 2023.

---

[1] Recognizing that all defendants' interests are implicated by plaintiffs' motions, the Court authorizes defendants Qihoo and Chen, in addition to Zhou, to respond to plaintiffs' motion.

SO ORDERED.

Paul A. Engelmayer  
United States District Judge

Dated: April 5, 2023  
New York, New York