

**Michael Grunfeld**
Partner

**VIA CM-ECF**

April 12, 2023

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:   *Altimeo Asset Management v. Qihoo 360 Technology Co. Ltd., et al.*,
      No. 1:19-cv-10067-PAE (S.D.N.Y.);
      Filing of Proposed Second Amended Complaint

Dear Judge Engelmayer:

      We write on behalf of Lead Plaintiffs Altimeo Asset Management and ODS Capital LLC (collectively, "Plaintiffs"), regarding the filing of a Proposed Second Amended Complaint ("SAC") as ordered by the Court on April 5, 2023 and April 6, 2023 (ECF Nos. 151 and 155).

      Plaintiffs attach, as Exhibit A, a copy of the SAC. Pursuant to the Court's Orders, new and amended allegations in the attached SAC are limited to incorporating new evidence discovered through the Cayman Islands Appraisal Action into the pleadings.

      The referenced substantive changes in the SAC include the creation of Sections IV(G)(5) ("Evidence From the Trial in the Appraisal Action Shows that Qihoo Was Undervalued in the Merger") and IV(G)(6) ("Qihoo's Value in Excess of the Merger Price Was Part of its Intrinsic or Fair Value") and amendments to Section I ("Summary of the Action") and Section VII ("Loss Causation"). At the Court's request, Plaintiffs are happy to submit a redline of the SAC as compared to the Amended Complaint. However, the formatting of the document has changed since the Amended Complaint was filed in the Central District of California rendering a redline largely unhelpful. As such, Plaintiffs believe the most efficient way to direct the Court to the amendments is through the identification of them in this letter.

 Respectfully submitted,

*/s/ Michael Grunfeld*                          */s/ Carol C. Villegas*
Michael Grunfeld                                Carol C. Villegas

POMERANTZ LLP                                   LABATON SUCHAROW LLP
600 Third Avenue, 20th Floor                    140 Broadway, 34th Floor

mgrunfeld@pomlaw.com

600 Third Avenue, New York, NY 10016  Main: 212.661.1100  Direct: 646.581.9994
NEW YORK • CHICAGO • LOS ANGELES • LONDON • PARIS • TEL AVIV
www.pomlaw.com

New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: mgrunfeld@pomlaw.com

*Lead Counsel for Co-Lead Plaintiffs Altimeo Asset Management and ODS Capital LLC*

New York, NY  10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: cvillegas@labaton.com

*Additional Counsel for Co-Lead Plaintiff ODS Capital LLC*

**mgrunfeld@pomlaw.com**

600 Third Avenue, New York, NY 10016  Main: 212.661.1100  Direct: 646.581.9994

NEW YORK • CHICAGO • LOS ANGELES • LONDON • PARIS • TEL AVIV

www.pomlaw.com