**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALTIMEO ASSET MANAGEMENT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QIHOO 360 TECHNOLOGY CO. LTD., HONGYI ZHOU, XIANGDONG QI and ERIC X. CHEN,<br><br>Defendants. | Case No. 1:19-cv-10067-PAE |

### DECLARATION OF MICHAEL GRUNFELD IN SUPPORT OF
### LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Michael Grunfeld, hereby declare, pursuant to 28 U.S.C. §1746, as follows:

1. I am a partner with the law firm of Pomerantz LLP, which is Lead Counsel for Lead Plaintiffs Altimeo Asset Management and ODS Capital LLC in this Action. I am a member in good standing of the bar of this Court. I submit this declaration in support of Lead Plaintiffs' Motion for Class Certification.

2. Attached hereto as Exhibit 1 is a true and correct copy of the transcript of the initial case management conference that took place in this action on July 19, 2023.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Expert Report of Zachary Nye, Ph.D., dated October 18, 2023, including exhibits thereto.

4. Attached hereto as Exhibit 3 is a true and correct copy of Pomerantz LLP's firm resume.

5. Attached hereto as Exhibit 4 is a true and correct copy of Labaton Sucharow LLP's firm resume.

{00575587;1 }

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: New York, New York
       October 18, 2023

                                                    */s/ Michael Grunfeld*
                                                    Michael Grunfeld