UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTIMEO ASSET MANAGEMENT ET AL., <br><br> Plaintiffs, <br><br> -v- <br><br> QIHOO 360 TECHNOLOGY CO., LTD, <br><br> Defendants. | 19 Civ. 10067 (PAE) <br><br> ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed counsels' letters on the discovery dispute in this case and thanks counsel for their thoughtful briefing. Dkt. 183, 184. The dispute arises from defendants' request that plaintiffs apply 23 additional search terms to the files of plaintiffs' custodians, so as to yield documents—unconnected to Qihoo—that bear on plaintiffs' investment philosophies and views with respect to certain purported market trends.

The Court denies defendants' request. Although the request is not unduly burdensome, the Court is unpersuaded that the documents at issue are relevant to the elements of falsity, reliance, or causation.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: October 19, 2023
      New York, New York