Jason C. Hegt
+1.212.906.1686
Jason.Hegt@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM & WATKINS LLP

November 8, 2023

**VIA ECF**

Hon. Paul A. Engelmayer
United States District Court, Southern District of New York
40 Foley Square, Room 1305
New York, New York 10007

    Re:    *Altimeo Asset Management v. Qihoo 360 Technology Co. Ltd. et al.*,
            No. 1:19-cv-10067-PAE – Request to Reschedule Case Management Conference

Dear Judge Engelmayer:

    We represent Qihoo 360 Technology Co. Ltd. ("Qihoo"), Hongyi Zhou, and Eric X. Chen (together, the "Defendants") in the above-referenced matter. We write pursuant to Rules 1.A and 1.E of the Court's Individual Rules and Practices in Civil Cases to request an adjournment of the case management conference currently scheduled for November 15, 2023.

    On July 19, 2023, the Court set a case management conference for 10:00 a.m. on November 15, 2023 (ECF No. 178). I was previously scheduled to attend an all-day follow-up mediation on November 15 with a different client in an unrelated matter. Although I originally hoped that one or both appearances would not be necessary, that is not the case. Accordingly, Defendants respectfully request a brief adjournment of the November 15, 2023 conference. We have consulted with counsel for the Plaintiffs and we understand that both sides are available for this case management conference any time on Tuesday, November 14 or Thursday, November 16.

    The parties have requested extensions of various other deadlines, which the Court granted. *See, e.g.*, ECF Nos. 126-27 (granting adjournments of certain deadlines related to discovery and class certification set forth in the Court's then-operative scheduling order in light of unresolved motion to dismiss); ECF Nos. 148 and 168 (granting three-week extension for Mr. Zhou to answer complaint); ECF No. 155 (granting three business day extension for Plaintiffs to file proposed Second Amended Complaint); ECF No. 167 (granting Plaintiffs' request to adjourn earlier case management conference). However, no party has previously requested to adjourn this case management conference and rescheduling will not impact any other dates in the case schedule.

    We appreciate the Court's consideration of this request.

Respectfully submitted,

/s/ Jason C. Hegt
Jason C. Hegt
of LATHAM & WATKINS LLP

GRANTED. The telephonic case management conference is now scheduled for Thursday, November 16, 2023 at 3:00 p.m. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key.

_____
PAUL A. ENGELMAYER
United States District Judge
November 9, 2023