UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTIMEO ASSET MANAGEMENT and ODS CAPITAL LLC, *individually and on behalf of all others similarly situated*,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　-v-<br><br>QIHOO 360 Technology Co. Ltd., HONGYI ZHOU, XIANGODNG QI, and ERIC X. CHEN,<br><br>　　　　　　　　　　　　Defendants. | 19 Civ. 10067 (PAE) (BM)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

　　On November 16, 2023, the Court held a telephonic case management conference to discuss the status of discovery. The Court hereby schedules another telephonic conference for January 23, 2024 at 2:00 p.m. to discuss issues related to the production of foreign-based materials. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. Plaintiffs' counsel is to file a joint letter updating the Court about the status of foreign discovery by January 16, 2024.

　　SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: November 16, 2023
　　　New York, New York