# EXHIBIT A

October 20, 2023

## **CUSTODIANS**

1.  Hongyi Zhou (Defendant)
2.  Eric Chen (Defendant)
3.  Xiangdong Qi (Defendant)
4.  Shu Cao (Director and Chief Engineer)
5.  Jue Yao (Co-CFO)
6.  Alex Xu (Co-CFO)
7.  Catherine Xiaozheng Liu (Chief Strategy Officer)
8.  Chao Yang (Chief Commercial Officer)
9.  Fan Zhang (Legal)
10. Calvin Mingyi Jin (Legal)
11. Tong Fu (General Counsel, Legal Affairs Department)
12. Bing Qu (VP – Public Affairs Department)
13. Mingzhu Sun (Vice Finance Director, Finance Center)
14. Ming Zhao (Senior Director, Head of Marketing and Communication Center)

{00566057;5 }

October 20, 2023

**SEARCH TERMS**

Parameters

- Time Period: January 1, 2015 through September 15, 2016

- Not case sensitive

- All non-numerical terms that are not in quotations (excepted as noted otherwise below) should have * at the end

- Include where there are hyphens between words or periods between letters

- Once we have a list of search terms to run, we will add Chinese versions of the list

Search Terms

|   | Plaintiffs' Request |
|---|---|
| 1 | Relist |
| 2 | Backdoor |
| 3 | Delist |
| 4 | "Reverse merger" |
| 5 | "Reverse listing" |
| 6 | "Reverse takeover" |
| 7 | "Cyberspace Administration" |
| 8 | CAC |
| 9 | SJEC |
| 10 | 601313 |
| 11 | 601360 |
| 12 | "Extraordinary Corporate Transaction" |
| 13 | Reorganiz* /50 (business or company or Qihoo or 360) |
| 14 | Restructur* /50 (business or company or Qihoo or 360) |
| 15 | Split /50 (business or 360) |
| 16 | "Currency exchange plan" |
| 17 | "State Administration of Foreign Exchange" |
| 18 | Return /50 (China or PRC or Shanghai or Home or domestic) |
| 19 | "A share*" |
| 20 | "A-share*" |
| 21 | "shell company" |
| 22 | Arbitrage |
| 23 | "National Security" |
| 24 | "Big Security" |
| 25 | Military |
| 26 | Elevator |

October 20, 2023

| | Plaintiffs' Request |
|---|---|
| 27 | "National Development and Reform Commission" |
| 28 | Forecast |
| 29 | 2025 |
| 30 | Valuation |
| 31 | Model |
| 32 | Fair |
| 33 | "Fairness opinion" |
| 34 | "Best interest" |
| 35 | Projection |
| 36 | Financial /25 (analys* or performance) |
| 37 | DCF |
| 38 | "discounted cash flow" |
| 39 | "Management case" |
| 40 | WACC |
| 41 | "weighted average cost of capital" |
| 42 | "Trading multiple*" |
| 43 | "Transaction multiple*" |
| 44 | "Selected compan*" |
| 45 | Growth |
| 46 | Expense |
| 47 | Cost |
| 48 | Margin |
| 49 | Capex |
| 50 | Capital /100 (expenditure or investment) |
| 51 | Budget |
| 52 | Cloud |
| 53 | Price /5 earnings |
| 54 | Tianjin |
| 55 | Discount |
| 56 | "Project Circle" or "project.circle" |
| 57 | [Project Circle email address] |
| 58 | Transformer |
| 59 | (Sale or sell) /50 (company or qihoo or 360) |
| 60 | Merger |
| 61 | Appraisal |
| 62 | Dissent /50 (vote or proxy or rights) |
| 63 | "Take private" |
| 64 | "Go* private" |
| 65 | *$51.33 |
| 66 | *$77 |
| 67 | *$80 |
| 68 | Alternative /50 (transaction or deal or proposal or plan) |
| 69 | Reason /50 transaction |
| 70 | "Majority of the minority" |

{00566057;5 }

October 20, 2023

|  | **Plaintiffs' Request** |
|---|---|
| 71 | Privatization |
| 72 | "Increase competition" |
| 73 | "Government regulation" |
| 74 | "Economic slowdown" |
| 75 | "Macroeconomic challenges" |
| 76 | "Merger price" |
| 77 | "Merger consideration" |
| 78 | Public /50 (discussion or disclos* or conversation or prohibited) |
| 79 | "Market check" |
| 80 | "Go shop" |
| 81 | "Price increase" |
| 82 | privatisation |
| 83 | Quest |
| 84 | Reorganisation |
| 85 | "private company" |
| 86 | (remain or stay) /5 private |
| 87 | Buyer Group |
| 88 | "Equity investor*" |
| 89 | "Founder securityholder*" |
| 90 | "Bidding consortium" |
| 91 | "Special committee" |
| 93 | Email addresses of Directors Neil Nanpeng Shen; William Mark Evans; Ming Huang; Jianwen Liao (since Defendants have said that they do not have possession, custody, or control of these Directors' emails) |