# [FILED UNDER SEAL]
# EXHIBIT 4B