Jason C. Hegt
Direct Dial: +1.212.906.1686
Jason.Hegt@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

November 21, 2023

**VIA ECF**

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 1305
New York, New York 10007

      Re:    *Altimeo Asset Management v. Qihoo 360 Technology Co. Ltd. et al.*,
             Case No. 1:19-cv-10067-PAE (S.D.N.Y.) – Letter Motion to Seal

Dear Judge Engelmayer:

      We write on behalf of Defendants Qihoo 360 Technology Co. Ltd., Eric X. Chen, and Hongyi Zhou (together, "Defendants") in the above-captioned matter to respectfully request that Defendants' discovery dispute letter pursuant to the Rule 2.C of the Court's Individual Rules, and Practices in Civil Cases and Exhibits 3A, 3B, 4A, and 4B thereto, be filed under seal and filed publicly with redactions. Pursuant to Rule 4.B.2 of the Court's Individual Rules and Practices in Civil Cases, the material to be redacted contains information Plaintiffs have designated as "Confidential" pursuant to the Stipulated Confidentiality Agreement and Protective Order (ECF No. 191), and which Plaintiffs have requested be filed under seal. Defendants take no position with respect to Plaintiffs' request.

                                    Respectfully submitted,

                                      /s/ Jason C. Hegt
                                    Jason C. Hegt
                                    of LATHAM & WATKINS LLP

cc:    All Counsel of Record (via ECF)

GRANTED.

SO ORDERED.

*/s/ Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: November 28, 2023
New York, New York