

**Michael Grunfeld**
Partner

**VIA CM-ECF**

November 29, 2023

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:   *Altimeo Asset Management v. Qihoo 360 Technology Co. Ltd., et al.*,
      No. 1:19-cv-10067-PAE (S.D.N.Y.)

Dear Judge Engelmayer:

We write on behalf of Lead Plaintiffs Altimeo Asset Management and ODS Capital LLC ("Plaintiffs"), to respectfully request leave to file a reply in further support of Plaintiffs' letter motion to compel the production of certain documents, dated November 21, 2023. (ECF No. 196).

In Defendants' opposition to Plaintiffs' motion, filed yesterday, Defendants contend that "Cayman Islands rules and procedures" preclude them from being compelled to produce documents from the record in the Appraisal Action. (ECF No. 208 at 2). Plaintiffs did not have any reason to address this argument in their opening letter because Defendants did not raise it during the parties' meet-and-confer correspondence and Plaintiffs do not view it as any impediment to their requests. Plaintiffs therefore respectfully request leave to file a letter in reply by Friday, December 1, 2023, not to exceed two pages, solely addressing this argument from Defendants' opposition.

We are available to provide any additional information that would be of assistance to the Court.

Respectfully submitted,

*/s/ Michael Grunfeld*
Michael Grunfeld

POMERANTZ LLP
600 Third Avenue, 20th Floor

*/s/ Carol C. Villegas*
Carol C. Villegas

LABATON SUCHAROW LLP
140 Broadway, 34th Floor

mgrunfeld@pomlaw.com

600 Third Avenue, New York, NY 10016  Main: 212.661.1100  Direct: 646.581.9994
NEW YORK • CHICAGO • LOS ANGELES • LONDON • PARIS • TEL AVIV
www.pomlaw.com

Page 2

New York, NY 10016
Telephone: (212) 661-1100
Email: mgrunfeld@pomlaw.com

*Lead Counsel for Co-Lead Plaintiffs Altimeo Asset Management and ODS Capital LLC*

New York, NY 10005
Telephone: (212) 907-0700
Email: cvillegas@labaton.com

*Additional Counsel for Co-Lead Plaintiff ODS Capital LLC*

mgrunfeld@pomlaw.com

600 Third Avenue, New York, NY 10016  Main: 212.661.1100  Direct: 646.581.9994
NEW YORK • CHICAGO • LOS ANGELES • LONDON • PARIS • TEL AVIV
www.pomlaw.com