# EXHIBIT A

**CAYMAN ISLANDS**



**Grand Court Act**

**(2015 Revision)**

# GRAND COURT RULES

**(2023 Revision)**

## VOLUME I - ORDERS

Supplement No. 1 published with Legislation Gazette No. 3 dated 19th January, 2023.

*(Published in electronic format only)*

## PUBLISHING DETAILS

The Grand Court Rules, 1995 made by the Rules Committee of the Court of Appeal on 8th April 2009 and by the Rules Committee of the Grand Court on 14th September, 2009 as amended by the Cayman Islands Constitution Order, 2009 [UKSI 1379/2009], the Cayman Islands Constitution (Amendment) Order, 2020 [UKSI 1283/2020], the Civil Partnership Act, 2020 [Law 35 of 2020] and the Citation of Acts of Parliament Act, 2020 [Act 56 of 2020].

Consolidated with —

Grand Court (Amendment) Rules 1995-13th September, 1995
Grand Court (Amendment) (No. 2) Rules 1995-15th December, 1995
Grand Court (Amendment) Rules 1996-23rd December, 1996
Grand Court (Amendment) Rules 1997-9th April, 1997
Grand Court (Amendment) (No. 2) Rules 1997-8th December, 1997
Grand Court (Amendment) Rules 1999-28th January, 1999
Grand Court (Amendment) Rules 2000-3rd March, 2000
Grand Court (Amendment) Rules, 2001-15th May, 2001
Court Cost Rules, 2001-22nd October, 2001
Grand Court (Amendment) Rules, 2002-4th July, 2002
Grand Court (Amendment) Rules, 2006-13th October, 2006
Grand Court (Amendment) Rules, 2008-31st October, 2008
Grand Court (Amendment) (No. 2) Rules, 2008-15th December, 2008
Grand Court (Amendment) Rules, 2009-14th September, 2009
Grand Court (Amendment) Rules, 2011-14th April, 2011
Grand Court (Amendment) (No. 2) Rules, 2011-12th July, 2011
Grand Court (Amendment) Rules, 2012-29th August, 2012
Grand Court (Amendment) (No. 2) Rules, 2012-19th October, 2012
Grand Court (Amendment) (No. 3) Rules, 2012-17th December, 2012
Grand Court (Amendment) Rules, 2013-7th June, 2013
Grand Court (Amendment) (No. 2) Rules, 2013-26th September, 2013
Grand Court (Amendment) Rules, 2014-20th November, 2014
Grand Court (Amendment) Rules, 2015-19th February, 2015
Grand Court (Amendment) Rules, 2016-14th March, 2016
Grand Court (Amendment) (No. 1) Rules, 2022-21st June, 2022

Revised under the authority of the *Law Revision Act (2020 Revision)*.

 

Consolidated and revised this 31st day of December, 2022.

*Note (not forming part of these Rules): This revision replaces the 2022 Consolidation which should now be discarded.*



## CAYMAN ISLANDS



**Grand Court Act**

**(2015 Revision)**

# GRAND COURT RULES

### (2023 Revision)

## VOLUME I - ORDERS

## Arrangement of Rules - Orders

| Section | Page |
|---|---|
| 1. Citation | 35 |
| **Preamble** | **37** |
| **Explanatory Memorandum** | **39** |
| 1. Introduction | 39 |
| 2. Commencement of Proceedings | 39 |
| 3. Assignment and Transfer of Existing Proceedings | 40 |
| 4. The Register of Writs and Other Originating Process | 40 |
| 5. Issue and Service of Writs | 41 |
| 6. Acknowledgment of Service | 41 |
| 7. Default Judgments | 42 |
| 8. Summary Judgment | 43 |
| 9. Consent Judgments | 43 |
| 10. Discovery | 43 |
| 11. Interlocutory Summonses and Motions | 44 |
| 12. Affidavits and Exhibits | 44 |
| 13. Trials and Final Hearings | 44 |
| 14. Exchange of Witness Statements | 46 |
| 15. Drawing Up and Filing Orders and Judgments | 46 |
| 16. Paper, Printing, Binding and Copies | 47 |
| 17. Court Fees | 47 |



[PAGES OMITTED]

12A.  No Rule (O.56, r.12A) ................................................................................................... 308
13.   No Rule (O.56, r.13) .................................................................................................... 309

## ORDER 57-61                                                                              310

### NO ORDERS                                                                               310

## ORDER 62                                                                                 311

### COSTS                                                                                   311

1.    Application (O.62, r.1) ................................................................................................. 311
2.    Transitional provisions (O.62, r.2) ............................................................................. 311
3.    Definitions (O.62, r.3) ................................................................................................. 311
4.    General principles (O.62, r.4) .................................................................................... 312
5.    Cases where order for costs deemed to have been made (O.62, r.5) ..................... 314
6.    Cases where costs do not follow the event (O.62, r.6) ............................................ 315
7.    Claim for fixed costs (O.62, r.7) ................................................................................ 316
8.    Assessment of Costs (O.62, r.8) ............................................................................... 317
9.    Stage of proceedings at which costs to be taxed (O.62, r.9) ................................... 317
10.   Matters to be taken into account in exercising discretion (O.62, r.10) .................... 318
11.   Personal liability of attorney for costs (O.62, r.11) .................................................. 318
12.   Application for wasted costs orders (O.62, r.12) ...................................................... 318
13.   Basis of taxation (O.62, r.13) .................................................................................... 319
14.   Costs payable to a trustee, personal representative or official liquidator out of any fund
      (O.62, r.14) ................................................................................................................ 320
15.   Costs payable to an attorney where money claimed by or on behalf of a person under
      disability (O.62, r.15) ................................................................................................. 320
16.   Amount of costs (O.62, r.16) ..................................................................................... 321
17.   Allowance or disallowance of items and allowance of increased sums (O.62, r.17) ... 322
18.   Foreign lawyers (O.62, r.18) ..................................................................................... 322
19.   Litigants in person (O.62, r.19) ................................................................................. 323
20.   Powers of taxing officers (O.62, r.20) ....................................................................... 323
21.   Extensions of time (O.62, r.21) ................................................................................. 324
22.   Costs Certificates (O.62, r.22) .................................................................................. 324
23.   Power of taxing officer to effect set offs (O.62, r.23) ............................................... 325
24.   Taxation of bill of costs comprised in an account (O.62, r.24) ................................. 325
25.   Powers of taxing officers on taxation of costs out of a fund (O.62, r.25) ................. 325
26.   Powers of taxing officers in relation to costs of taxation proceedings (O.62, r.26) ... 326
27.   Service of a bill of costs (O.62, r.27) ........................................................................ 326
28.   Commencement of taxation proceedings (O.62, r.28) .............................................. 327
29.   Subsequent procedure (O.62, r.29) .......................................................................... 327
30.   Review by the Judge (O.62, r.30) .............................................................................. 329
31.   Appeal to the Court of Appeal on points of construction (O.62, r.31) ...................... 330

## ORDER 63                                                                                 331

### OFFICE OF THE GRAND COURT                                                               331

1.    Distribution of business in the Court (O.63, r.1) ....................................................... 331
2.    Court files (O.63, r.2) ................................................................................................. 331
3.    Filing of documents (O.63, r.3) .................................................................................. 331
3A.   Filing of documents by electronic means (O. 63, r. 3A) ........................................... 332
4.    Restriction on removal of documents (O.63, r.4) ...................................................... 332



5.   Identity of party filing documents (O.63, r.5)...................................................332
6.   Deposit of documents (O.63, r.6)...................................................................333
7.   Register of judgments (O.63, r.7)...................................................................333
8.   Register of writs and other originating processes (O.63, r.8)...........................333
9.   Office hours (O.63, r.9)................................................................................334

**ORDER 64**                                                                          336

**NO ORDER**                                                                          336

**ORDER 65**                                                                          337

**SERVICE OF DOCUMENTS**                                                              337
1.   When personal service required (O.65, r.1)......................................................337
2.   Personal service: how effected (O.65, r.2).......................................................337
3.   Service on body corporate (O.65, r.3)..............................................................337
4.   Substituted service (O.65, r.4)......................................................................337
5.   Ordinary service: how effected (O.65, r.5).......................................................337
5A.  Service by electronic means (O. 65, r. 5A).......................................................339
6.   Service on the Cabinet, etc., in proceedings which are not by or against the Crown (O.65, r.6)...................................................................................339
7.   Effect of service after certain hours (O.65, r.7)................................................339
8.   Affidavit of service (O.65, r.8).......................................................................339
9.   No service required in certain cases (O.65, r.9)................................................339
10.  Service of process on Sunday (O.65, r.10)......................................................340

**ORDER 66**                                                                          341

**PAPER, PRINTING, BINDING AND COPIES**                                              341
1.   Quality and size of paper (O.66, r.1)..............................................................341
2.   Regulations as to printing, etc. (O.66, r.2)......................................................341
3.   Copies of documents for other party (O.66, r.3)...............................................341
4.   Requirements as to copies (O.66, r.4)............................................................342
5.   Requirements as to binding (O.66, r.5)...........................................................342

**ORDER 67**                                                                          343

**ATTORNEYS-AT-LAW**                                                                  343
1.   Notice of change of attorney (O.67, r.1)..........................................................343
2.   No rule (O.67, r.2).....................................................................................343
3.   Notice of appointment of attorney (O.67, r.3)..................................................343
4.   Notice of intention to act in person (O.67, r.4).................................................343
5.   Removal of attorney from record at instance of another party (O.67, r.5)..............343
6.   Withdrawal of attorney who has ceased to act for party (O.67, r.6)......................344
7.   Address for service of party whose attorney is removed, etc. (O.67, r.7)..............345
8.   Copy of notice to be filed (O.67, r.8).............................................................345
9.   Commencement and service of Proceedings (O. 67, r. 9).................................345
10.  Acknowledgment of Service (O. 67, r. 10).....................................................346
11.  Case management (O. 67, r. 11).................................................................346
12.  Trial (O. 67, r. 12)....................................................................................346
13.  Confidentiality of proceedings (O. 67, r. 13).................................................347

**[PAGES OMITTED]**

# ORDER 63

## OFFICE OF THE GRAND COURT

### Distribution of business in the Court (O.63, r.1)

1.   The office of the Court shall be divided into such departments and the business performed in the office of the Court shall be distributed amongst the departments in such manner as the Chief Justice may direct.

### Court files (O.63, r.2)

2.   (1)   The Clerk of the Court shall create a Court file in respect of every proceeding immediately prior to sealing the originating process by which such proceeding is commenced.  For the purpose of rules 2 and 3 of this Order an "**originating process**" includes an application pursuant to Order 53, rule 3.

(2)   The Court file shall be identified by the cause number and, subject to paragraph (3), the full title of the proceeding to which it relates.

(3)   If the full title of the proceeding is too long to be typed or printed on one sheet of 11" x 8½" paper, the Court file shall be given an abbreviated title.

(4)   If the Court file comprises more than one volume, each volume shall be identified by the cause number, the full or abbreviated title of the proceeding, as appropriate, the volume number in a chronological sequence and the period of time to which the volume relates.

### Filing of documents (O.63, r.3)

3.   (1)   Every document required to be filed in any proceeding shall be provided to the Clerk of the Court whereupon the Clerk of the Court shall take the same steps, *mutatis mutandis*, as apply to originating processes provided pursuant to Order 5, rule 1(5) and (6).

(2)   Any document required to be filed which is more than 50 pages long (and not filed electronically) shall be placed in a ring binder or otherwise suitably bound and be kept with and deemed to form part of the Court file.

(3)   Subject to paragraphs (4) and (5), the Court file relating to any proceeding shall be open to inspection only by the parties to that proceeding.

(4)   The Court may order that the Court file relating to any proceeding or any specific document therein be closed and not open to inspection by any party or other person except with the prior leave of the Court.

(5)   The Court may give leave on application to any person not being a party to the proceedings to inspect the Court file or to take a copy of any document on the Court file relating to those proceedings.



(6)    This rule shall have no application to Court files in respect of proceedings relating to —

     (a)    the estate of any deceased person;

     (b)    the winding up of any company; or

     (c)    the bankruptcy of any person,

which shall be open to inspection in accordance with the *Probate and Administration Rules (as amended and revised)* made under the *Succession Act (as amended and revised)*; the *Companies Winding Up Rules (as amended and revised)*; and the *Grand Court (Bankruptcy) Rules (as amended and revised)*, respectively.

## Filing of documents by electronic means (O. 63, r. 3A)

**3A.** (1)    Every document required to be filed in any proceedings shall be filed by electronic means unless it is not practicable for the person filing the document to do so, having regard to Practice Directions 5, 5A, 5B, 5C, and 5D of 2020 and 11 of 2020 and any subsequent related Practice Directions replacing, amending or supplementing the same.

(2)    For the purposes of rule 2 and Order 5, rule 1(3) documents filed by electronic means insofar as they are required by the Rules to be filed, shall comprise or otherwise form part of the Court file in respect of the proceedings to which they relate.

(3)    This rule applies to documents filed by electronic means and to the Court file in all respects as they would apply to paper documents and files.

## Restriction on removal of documents (O.63, r.4)

**4.**    (1)    No document shall be removed from a Court file except —

     (a)    by order of the Court; or

     (b)    by the Clerk of the Court in the event that it has been mistakenly placed on the wrong Court file.

(2)    A document may be temporarily removed from the Court file by or with the permission of the Clerk of the Court for the purpose of photocopying it.

(3)    When a Court file is contained in more than one volume, the volumes shall not be separated unless they are so numerous or so large that it is inconvenient for the Judge using such file to have before the Judge the whole of it.

## Identity of party filing documents (O.63, r.5)

**5.**    Every document filed in or document sealed by the Court office shall contain a statement (at the foot of each page) of the name and address of the party or the party's attorney responsible for filing or causing it to be sealed, as the case may be.



## Deposit of documents (O.63, r.6)

6.  (1)  Where the Court orders any documents to be deposited in Court they must, unless otherwise directed, be deposited with the Clerk of the Court.

    (2)  No document deposited in accordance with paragraph (1) shall be taken out of the Court office without the leave of the Court.

## Register of judgments (O.63, r.7)

7.  (1)  The Clerk of the Court shall create a file upon which shall be placed an office copy of every final judgment given or made by the Court of the kind referred to in Order 42, rule 5(8), unless otherwise directed by the Court, which shall be referred to as the 'Register of Judgments'.

    (1A)  With effect from 1 January 2022 every document entered on the Register of Judgments will be an electronic copy and the Register of Judgments will thereafter be maintained in electronic form only.

    (2)  The Register of Judgments shall be open to public inspection upon payment of the prescribed fee, if any.

    (3)  Any person shall be entitled, upon payment of the prescribed fee, to obtain from the Clerk of the Court a certified paper copy of any judgment or order contained in the Register of Judgments.

## Register of writs and other originating processes (O.63, r.8)

8.  (1)  Subject to paragraph (1A), the Clerk of the Court shall create a file containing, in chronological order, an office copy of every writ and every other originating process and every third-party notice, including amendments thereto, sealed by the Court, which shall be referred to as the "**Register of Writs and other Originating Processes**". For the avoidance of doubt, the Register of Writs and Other Originating Processes shall include every *ex parte* originating summons and *ex parte* originating motion but it shall not include any application made pursuant to Order 53, rule 3.

    (1A)  Unless otherwise directed by the Court, any originating process issued pursuant to the following Acts or rules shall not be included in the Register of Writs and other Originating Processes but shall be maintained on separate registers, collectively referred to as Restricted Registers of Writs and other Originating Processes:

    (a)  *Proceeds of Crime Act (as amended and revised)*;

    (b)  *Misuse of Drugs Act (as amended and revised)*;

    (c)  *Criminal Justice (International Cooperation) Act (as amended and revised)*;

    (d)  *Tax Information Authority Act (as amended and revised)*;



(e)   *Mutual Legal Assistance (United States of America) Act (as amended and revised)*;

(f)   Order 70, rule 3;

(g)   family proceedings;

(h)   any application seeking to make a child a ward of court;

(i)   any application seeking a declaration of paternity pursuant to the *Status of Children Act, 2003*;

(j)   any application seeking any order pursuant to the *Mental Health Act (as amended and revised)*;

(k)   any application pursuant to section 7 of the *Legal Practitioners Act (as amended and revised)*.

(1B)  With effect from 1 January 2022 every document entered on the Register of Writs and other Originating Processes and on the Restricted Registers of Writs and other Originating Processes (together, the "**Registers**") will be an electronic copy and the Registers will thereafter be maintained in electronic form only.

(2)   The Register of Writs and other Originating Process shall be open to public inspection upon payment of the prescribed fee.

(3)   Any person shall be entitled, upon payment of the prescribed fee, to obtain from the Clerk of the Court a certified copy of any writ and every other originating process and third-party notice, including amendments thereto, contained in the Register of Writs and other Originating Processes.

(4)   The parties to proceedings referred to in paragraph (1A), or their attorneys, may, upon payment of the prescribed fee or fees, inspect and take copies of documents contained on the Restricted Registers of Writs and other Originating Processes. Save as aforesaid, no person may inspect, or take copies of, documents contained on any of the Restricted Registers of Writs and other Originating Processes without the leave of the Court. Any such application for leave to inspect or take copies of such documents shall be made on notice to all of the parties to the proceedings.

(5)   Nothing in paragraph (1A) of this rule shall limit the right of the Attorney General to inspect and take copies of any documents contained in the Restricted Registers of Writs and other Originating Processes.

### Office hours (O.63, r.9)

9.    The office of the Court shall be open on every day of the year except —

(a)   Saturdays and Sundays; and

(b)   public holidays.

The hours during which the office of the Court shall be open to the public shall be such as the Chief Justice may from time to time direct.

 

GCR 1995 (Revised) (amended 01.02.13) (replaced 10.07.22)



**[PAGES OMITTED]**

# ENDNOTES

## Table of Grand Court Rules history:

| SL # | Added or replaced Orders # | Added or replaced Forms # | Legislation | Commence-ment | Gazette |
|---|---|---|---|---|---|
| 27/2022 | 5, 63. 65 & 67 | | Grand Court (Amendment) (No. 1) Rules, 2022 | 10-Jul-2022 | LG26/2022/s1 |
| | | | Grand Court Rules – Vol I – Orders  (2022 Consolidation) | 20-Jan-2022 | LG4/2022/s1 |
| | | | Grand Court Rules – Vol II – Forms (2022 Consolidation) | 20-Jan-2022 | LG4/2022/s2 |
| | 80,r17, 94, r6 | | Civil Partnership Law, 2020 (Law 35 of 2020) | 4-Sep-2020 | LG64/2020/s1 |
| 54/2016 | 62 | | Grand Court (Amendment) Rules, 2016 | 29-Mar-2016 | GE78/2016/s2 |
| 6/2015 | 94 & 96 | 78 & 79 | Grand Court (Amendment) Rules, 2015 | 16-Mar-2015 | G6/2015/s3 |
| 67/2014 | 11 | | Grand Court (Amendment) Rules, 2014 | 12-Dec-2014 | GE94/2014/s2 |
| 35/2013 | 112 | 401 to 403 | Grand Court (Amendment) (No. 2) Rules, 2013 | 21-Oct-2013 | GE83/2013/s1 |
| 32/2013 | 11, 72 & 73 | 6A, 9A, 76 &77 | Grand Court (Amendment) Rules, 2013 | 1-Jul-2013 | G13/2013/s2 |
| 4/2013 | 63 | | Grand Court (Amendment) (No. 3) Rules, 2012 | 1-Feb-2013 | G1/2013/s2 |
| 54/2012 | 5 & 77A | | Grand Court (Amendment) (No. 2) Rules, 2012 | 6-Nov-2012 | G23/2012/s1 |
| 31/2012 | 7, 11 & 38 | | Grand Court (Amendment) Rules, 2012 | 1-Oct-2012 | G19/2012/s1 |
| 17/2011 | 32 | | Grand Court (Amendment) (No. 2) Rules, 2011 | 13-Jul-2011 | GE54/2011/2011 |
| 10/2011 | 11, 14 & 62 | 314 | Grand Court (Amendment) Rules, 2011 | 1-Jun-2011 | G11/2011/s2 |
| 30/2009 | 1, 4, 5 & 72 | 71 to 75 | Grand Court (Amendment) Rules, 2009 | 1-Nov-2009 | GE63/2009/s2 |
| 6/2008 | 1 & 102 | | Grand Court (Amendment) (No. 2) Rules, 2008 | 1-Mar-2009 | GE5/2009/s2 |
| 27/2008 | 14 | | Grand Court (Amendment) Rules, 2008 | 24-Nov-2008 | G25/2008/s3 |
| 3/2006 | 50 | | Grand Court (Amendment) Rules, 2006 | 30-Oct-2006 | G22/2006/s1 |
| 2/2003 | | | **Grand Court Rules, 1995 (Revised)** revised in 2003 | 8-Sept-2003 | G24/2003/s1 |
| 32/2002 | 102 | | Grand Court (Amendment) Rules, 2002 | 15-Jul-2002 | G14/2002/s1 |
| 15/2001 | 01 & 62 | 301 to 314 | Court Cost Rules, 2001 | 01-Jan-2002 | G12/2001/s3 |
| 29/2001 | 50A, 95 &102 | | Grand Court (Amendment) Rules, 2001 | 04-Jun-2001 | G22/2001/s1 |
| 8/2000 | 42 | | Grand Court (Amendment) Rules 2000 | 1-Apr-2000 | G6/2000/s6 |
| 15/1999 | 18, 41, 42, 48, 53 & 102 | 30A, 66, 67 & 68 | Grand Court (Amendment) Rules 1999 | 01-Mar-1999 | G4/1999/s7 |
| 20/1997 | 85 | | Grand Court (Amendment) (No.2) Rules 1997 | 01-Jan-1998 | G26/1997/s1 |
| 19/1997 | | 64 & 65 | Grand Court (Amendment) Rules 1997 | 1-Jun-1997 | G10/1997/s3 |
| 11/1996 | 14, 15, 18, 22, | | Grand Court (Amendment) Rules 1996 | 20-Jan-1997 | G2/1997/s2 |



ENDNOTES                                          Grand Court Rules - Vol I - Orders (2023 Revision)

| SL # | Added or replaced Orders # | Added or replaced Forms # | Legislation | Commence-ment | Gazette |
|---|---|---|---|---|---|
|  | 28, 32 & 82 |  |  |  |  |
| 23/1995 | 92 |  | Grand Court (Amendment) (No. 2) Rules, 1995 | 22-Jan-1996 | G2/1996/s7 |
| 22/1995 | 1, 15 & 102 | 9, 11 & 33 | Grand Court (Amendment) Rules 1995 | 16-Oct-1995 | G21/1995/s1 |
| 19/1995 |  |  | **Grand Court Rules, 1995** | 1-Jun-1995 | GE9/1995/s1 |

(Price: $102.40)

