

**Michael Grunfeld**
Partner

**VIA ECF**

December 29, 2023

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:    *Altimeo Asset Management v. Qihoo 360 Technology Co. Ltd., et al.,*
       No. 1:19-cv-10067-PAE (S.D.N.Y.)

Dear Judge Engelmayer:

We write jointly on behalf of all parties to inform the Court that the parties have reached an agreement in principle for the settlement of this action. The parties are working to document their agreement, which will be submitted to the Court for approval.

Plaintiffs therefore respectfully request that all deadlines in this matter be stayed until January 31, 2024. The parties hope that a motion for preliminary approval of the proposed class action settlement will be filed in the coming weeks and will provide the Court with a status update if it is not filed by that date.

We are available to provide the Court with any additional information that it requests on this matter.

Respectfully submitted,

*/s/ Michael Grunfeld*_____

Michael Grunfeld

POMERANTZ LLP
*Lead Counsel for Lead Plaintiffs*

Granted.  The case deadlines are stayed until January 31, 2024.
The Court commends counsel on reaching this outcome.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge
January 2, 2024

mgrunfeld@pomlaw.com

600 Third Avenue, New York, NY 10016  Main: 212.661.1100  Direct: 646.581.9994
NEW YORK • CHICAGO • LOS ANGELES • LONDON • PARIS • TEL AVIV
www.pomlaw.com