UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

ALTIMEO ASSET MANAGEMENT ET AL.,

                                 Plaintiffs,

-v-

QIHOO 360 TECHNOLOGY CO. ET AL.,

                                 Defendants.

19 Civ. 10067 (PAE)

ORDER

------------------------------------------------------------

PAUL A. ENGELMAYER, District Judge:

      On December 29, 2023, the parties notified the Court that they have reached a settlement agreement in principle and requested that all deadlines be stayed until January 31, 2024. Dkt. 216. The Court granted the requests. Dkt. 217. For avoidance of doubt, the case management conference scheduled for January 23, 2024 at 2 p.m. is hereby adjourned. *See* Dkt. 202 at 14.

      SO ORDERED.

                                                          PAUL A. ENGELMAYER
                                                           United States District Judge

Dated: January 9, 2024
          New York, New York