# POMERANTZ LLP

**Michael Grunfeld**
Partner

**VIA ECF**

January 31, 2024

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:    *Altimeo Asset Management v. Qihoo 360 Technology Co. Ltd., et al.,*
        No. 1:19-cv-10067-PAE (S.D.N.Y.)

Dear Judge Engelmayer:

We write jointly on behalf of all parties to follow-up on our letter dated December 29, 2023, to update the Court on the status of the parties' efforts to document their agreement in principle for the settlement of this action. (ECF No. 217).

The parties have been working diligently on the settlement papers and Plaintiffs expect to file a motion for preliminary approval of the proposed class action settlement by February 14, 2024. The parties therefore respectfully request that the Court briefly extend the stay of all deadlines in this matter until that date.

We are available to provide the Court with any additional information that it requests on this matter.

Respectfully submitted,

/s/ Michael Grunfeld

Michael Grunfeld

POMERANTZ LLP
*Lead Counsel for Lead Plaintiffs*

The Court appreciates this notification. The Court hereby extends the stay until February 14, 2024 to facilitate settlement. The Court directs the parties to provide another status update by February 14, 2024.

SO ORDERED.

*[signature]*

PAUL A. ENGELMAYER
United States District Judge
February 1, 2024

mgrunfeld@pomlaw.com

600 Third Avenue, New York, NY 10016  Main: 212.661.1100  Direct: 646.581.9994
NEW YORK • CHICAGO • LOS ANGELES • LONDON • PARIS • TEL AVIV
www.pomlaw.com