UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTIMEO ASSET MANAGEMENT, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>  v.<br><br>QIHOO 360 TECHNOLOGY CO. LTD., HONGYI ZHOU, XIANGDONG QI and ERIC X. CHEN,<br><br>       Defendants. | Case No. 1:19-cv-10067-PAE |

## CO-LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to Fed. R. Civ. P. 23(e), Co-Lead Plaintiffs Altimeo Asset Management and ODS Capital LLC ("Plaintiffs"), individually and on behalf of all Settlement Class Members, hereby move this Court for an order: (i) granting preliminary approval of the proposed Settlement; (ii) certifying the proposed Settlement Class; (iii) granting approval of the form and manner of giving notice of the proposed Settlement to the Settlement Class Members; and (iv) setting a date for a Settlement Hearing and deadlines for the mailing and publication of the Notice, Settlement Class Member objections and opt-out notices, the filing of Plaintiffs' motion for Final Approval of the Settlement, and the filing of Lead Counsel's application for an award of attorneys' fees and reimbursement of expenses and compensatory awards to Plaintiffs.

This motion is based upon the accompanying Memorandum of Law and Stipulation of Settlement, with its Exhibits, and the Declaration of Michael Grunfeld and the exhibits thereto that are filed contemporaneously herewith, and other such matters and argument as the Court may consider.

The Settling Defendants do not oppose the relief sought by this motion.

Dated:  February 12, 2024               Respectfully submitted,

                **POMERANTZ LLP**

                /s/ *Michael Grunfeld*
                Jeremy A. Lieberman
                Michael Grunfeld
                600 Third Avenue, 20th Floor
                New York, New York 10016
                Telephone:  (212) 661-1100
                Facsimile:  (212) 661-8665
                jalieberman@pomlaw.com
                mgrunfeld@pomlaw.com

                *Lead Counsel for Co-Lead Plaintiffs Altimeo Asset Management, ODS Capital LLC, and the Settlement Class*

                **LABATON SUCHAROW LLP**

                Carol C. Villegas
                Jake Bissell-Linsk
                140 Broadway
                New York, New York 10005
                Telephone: (212) 907-0700
                Facsimile: (212) 818-0477
                Email: cvillegas@labaton.com
                        jbissell-linsk@labaton.com

                *Additional Counsel for Co-Lead Plaintiff ODS Capital LLC*