UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTIMEO ASSET MANAGEMENT, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>QIHOO 360 TECHNOLOGY CO. LTD., HONGYI ZHOU, XIANGDONG QI and ERIC X. CHEN,<br><br>                    Defendants. | Case No. 1:19-cv-10067-PAE |

## DECLARATION OF MICHAEL GRUNFELD IN SUPPORT OF CO-LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

I, Michael Grunfeld, declare as follows:

1.      I am a partner at Pomerantz LLP, court-appointed Lead Counsel in this action.  I respectfully submit this declaration in further support of Co-Lead Plaintiffs' February 12, 2024 Unopposed Motion for Preliminary Approval of Class Action Settlement.

2.      Annexed hereto as Exhibit 1 is a true and correct copy of the Stipulation and Agreement of Settlement, and exhibits thereto, dated February 12, 2024.

3.      Annexed hereto as Exhibit 2 is a true and correct copy of Laarni T. Bulan & Laura E. Simmons, *Securities Class Action Settlements – 2022 Review and Analysis*, (Cornerstone Research 2023).

4.      Annexed hereto as Exhibit 3 is a true and correct copy of the firm resume of Pomerantz LLP.

5.      Annexed hereto as Exhibit 4 is a true and correct copy of the firm resume of Labaton Keller Sucharow LLP.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.  Executed this 12th day of February 2024 at New York, New York.

*/s/ Michael Grunfeld*
Michael Grunfeld