UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALTIMEO ASSET MANAGEMENT & ODS CAPITAL LCC,

                           Plaintiffs,

            -v-

QIHOO 360 TECHNOLOGY CO. LTD. ET AL.,

                           Defendants.

19 Civ. 10067 (PAE)

<u>ORDER</u>

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed co-lead plaintiffs' response to the questions raised by the Court in its March 1, 2024 order, concerning the proposed class settlement of this matter. *See* Dkt. 225 (3/1/24 order); Dkt. 226 (3/8/24 response). The Court thanks counsel for these thoughtful answers, which ably addressed the questions raised.

An order preliminarily approving the proposed settlement, and setting out pertinent deadlines, will issue today.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: March 12, 2024
       New York, New York