**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALTIMEO ASSET MANAGEMENT, Individually and On Behalf of All Others Similarly Situated, Plaintiff, v. QIHOO 360 TECHNOLOGY CO. LTD., HONGYI ZHOU, XIANGDONG QI and ERIC X. CHEN, Defendants. | Case No. 1:19-cv-10067-PAE |

**NOTICE OF LEAD COUNSEL'S MOTION FOR**
**AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES,**
**AND COMPENSATORY AWARDS TO LEAD PLAINTIFFS**

PLEASE TAKE NOTICE that Court-appointed Lead Counsel Pomerantz LLP, on behalf of all Plaintiffs' Counsel, will move this Court on August 1 at 2:30 p.m. EDT at a hearing before the Honorable Paul A. Engelmayer at the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, in Courtroom 1305, for entry of an Order, pursuant to Rules 23(h) and 54(d) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act, 15 U.S.C. §78u-4(a)(4) ("PSLRA"): (i) awarding attorneys' fees in the amount of 33.33% of the Settlement Fund, plus interest at the same rate as the Settlement Fund; (ii) paying Litigation Expenses in the amount of $662,654.21 incurred in prosecuting the Action, plus accrued interest; and (iii) awarding Co-Lead Plaintiffs Altimeo Asset Management and ODS Capital LLC collectively $120,000 for their work directly related to their representation of the Settlement Class, as authorized by the PSLRA.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Lead Counsel submits and is filing herewith: (i) the Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Compensatory Awards to Lead Plaintiffs; and (ii) the Declaration of Michael Grunfeld in Support of: (I) Lead Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Compensatory Awards to Lead Plaintiffs, with annexed exhibits.

A proposed Order will be submitted with Lead Counsel's reply submission on or before July 25, 2024, after the deadline for objecting has passed.

Dated:  June 20, 2024                          Respectfully submitted,


                                               **POMERANTZ LLP**

                                               /s/ *Michael Grunfeld*_____


1

Jeremy A. Lieberman
Michael Grunfeld
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
   mgrunfeld@pomlaw.com

***Lead Counsel for Lead Plaintiffs
Altimeo Asset Management, ODS
Capital LLC, and the Settlement Class***


**LABATON KELLER SUCHAROW
LLP**

Carol C. Villegas
Jake Bissell-Linsk
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: cvillegas@labaton.com
   jbissell-linsk@labaton.com

***Additional Counsel for Lead Plaintiff
ODS Capital LLC***