# EXHIBIT 6

Law Firm Billing Rates

| Plaintiffs' Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Bernstein Litowitz Berger & Grossman LLP | Lord Abbett Affiliated Fund, Inc., et al. v. Navient Corp., et al., No. 1:16-cv-00112--MN | (D. Del.) (Feb. 2022) (Dkt. No. 347-5) | Senior Counsel: $775<br><br>Associate: $425 - $700<br><br>Staff Attorney: $350 - $400 | $900 - $1,300 |
| | SEB Investment Management AB, et al. v. Symantec Corporation and Gregory S. Clark, No. 3:18-cv-02902-WHA | (N.D.Cal.) (Dec. 2021) (Dkt. No. 415-3) | Senior Counsel: $775 - $800<br><br>Associate: $425 - $575<br><br>Staff Attorney: $375 - $425 | $875 - $1,300 |
| Boies, Schiller & Flexner LLP | Erica P John Fund Inc et al v. Halliburton Company et al, No. 3:02-cv-01152-M | (N.D. Tex.) (July 2017) (Dkt. No. 819) | $170 - $870 | $350 - $1,650 |
| Cohen Milstein Sellers & Toll, PLLC | In re GreenSky Securities Litigation, No. 1:18-cv-11071-AKH | (S.D.N.Y.) (Sep. 2021) (Dkt. No. 195) | Of Counsel: $675<br><br>Associate: $495 - $585<br><br>Staff Attorney: $455 - $575 | $740 - $1,125 |
| | In re Flint Water Cases, No. 5:16-cv-10444-JEL-MKM | (E.D. Mich.) (Mar. 2021) (Dkt. No. 1458-2) | $530 - $740 (Associate / Of Counsel) | $645 - $1,125 |
| Hausfeld LLP | In re Foreign Exchange Benchmark Rates Antitrust Litigation, No. 1:13-cv-07789-LGS | (S.D.N.Y.) (Jan. 2018) (Dkt. No. 939-3) | $350 - $500 | $630 - $1,375 |
| Keker, Van Nest & Peters LLP | OpenGov, Inc. v. GTY Technology Holdings Inc. et al, No. 3:18-cv-07198-JSC | (N.D. Cal.) (Mar. 2019) (Dkt. No. 40-1) | Of Counsel: $775 - $1,075 | $700 - $1,500 |

*Listed in order of filing date.

Law Firm Billing Rates

| Plaintiffs' Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Labaton Sucharow LLP | In re Nielsen Holdings PLC Securities Litig., No. 1:18-cv-07143-JMF | (S.D.N.Y. Jul. 2022) (ECF No. 146-5) | Of Counsel: $550 - $850<br><br>Associate: $425 - $675 | $875 - $1,300 |
| | In re Resideo Technologies, Inc. Securities Litigation, No. 0:19-cv-02863-WMW-BRT | (D. Minn.) (Dec. 2021) (Dkt. No. 144-5) | Of Counsel: $565 - $800<br><br>Associate: $400 - $525<br><br>Staff Attorney: $390 - $435 | $800 - $1,150 |
| | In re ADT Inc. Shareholder Litigation, No. 502018CA003494 | (Palm Beach County, Fla.) (Dec. 2020) (Dkt. No. 170) | $425 - $750 | $775 - $1,100 |
| | In re Facebook Biometric Information Privacy Litigation, No. 3:15-cv-03747-JD | (N.D. Cal.) (Oct. 2020) (Dkt. No. 499-5) | $360 - $850 | $800 - $1,200 |
| Levi & Korsinsky LLP | In re Restoration Robotics, Inc. Securities Litigation, No. 5:18-cv-03712-EJD | (N.D.Cal.) (Jul. 2021) (Dkt No. 117) | $425 - $850 | $1,000 - $1,050 |
| | In re ADT Inc. Shareholder Litigation, No. 502018CA003494 | (Palm Beach County, Fla.) (Dec. 2020) (Dkt. No. 170) | $495 - $800 | $1,000 - $1,050 |
| Lieff Cabraser Heimann & Bernstein, LLP | In re Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation, No. 15-md-02672 | (N.D. Cal.) (Nov. 2016) (Dkt. No. 2175-1) | $150 - $790 | $275 - $1,600 |
| Motley Rice LLC | In re SCANA Corp. Sec. Litig., No. 3:17-cv-02616-MBS | (D.S.C.) (Apr. 2020) (Dkt. No. 229-7) | Senior Counsel: $925<br><br>Associate: $500 - $600 | $775 - $1,100 |
| | In re Investment Technology Group, Inc. Securities Litigation, No. 15-cv-06369 | (S.D.N.Y.) (Jan. 2019) (Dkt. No. 119) | $300 - $750 | $775 - $1,050 |
| Quinn Emanuel Urquhart & Sullivan, LLP | Alaska Electrical Pension Fund, et al., v. Bank of America, N.A., et al., No. 14-cv-07126-JMF-OTW | (S.D.N.Y.) (Mar. 2018) (Dkt. No. 617-1) | Of Counsel: $885 - $920<br><br>Associate: $630 - $875<br><br>Staff Attorney: $350 - $535 | $940 - $1,375 |

*Listed in order of filing date.

| Plaintiffs' Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Robbins Geller Rudman & Dowd LLP | Fleming v. Impax Laboratories, Inc. et al., No. 4:16-cv-06557-HSG | (N.D.Cal.) (Jan. 2022) (Dkt. No. 127-5) | Of Counsel: $895 - $1,150<br><br>Associate: $425 - $520 | $780 - $1,325 |
| | In re ADT Inc. Shareholder Litigation, No. 502018CA003494 | (Palm Beach County, Fla.) (Dec. 2020) (Dkt. No. 170) | $400 - $895 | $820 - $1,325 |
| | In re Facebook Biometric Information Privacy Litigation, No. 3:15-cv-03747-JD | (N.D. Cal.) (Oct. 2020) (Dkt. No. 499-5) | Of Counsel: $775 - $1,325<br><br>Associate: $475 - $580<br><br>Staff Attorney: $400 | $765 - $1,325 |
| Scott+Scott, Attorneys at Law, LLP | Mo-Kan Iron Workers Pension Fund v. Teligent, Inc. et al., No. 1:19-cv-03354-VM | (S.D.N.Y.) (Oct. 2021) (Dkt. No. 91) | $475 - $695 | $995 - $1,295 |
| | In re ADT Inc. Shareholder Litigation, No. 502018CA003494 | (Palm Beach County, Fla.) (Dec. 2020) (Dkt. No. 170) | $675 - $750 | $875 - $1,295 |

*Listed in order of filing date.

Law Firm Billing Rates

| Defense Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | In re GTT Communications, Inc., *et al.* , Debtors, No. 21-11880-MEW | (Bankr. S.D.N.Y.) (Nov. 2021) (Dkt. No. 133) | Senior Counsel: $845 - $1,655<br>Counsel: $1,025 - $1,225<br>Associate: $605 - $1,130<br><br>("2022 Range") | $1,125 - $1,995 ("2022 Range") |
| | In re True Religion Apparel Inc., *et al.* , Debtors, No. 20-10941 (CSS) | (Bankr. D. Del.) (May 2020) (Dkt. No. 216) | Senior Counsel & Counsel: $735 - $1,510<br><br>Associate: $535 - $960 | $995 - $1,995 |
| | In re Purdue Pharma L.P., *et al.,* Debtors, No. 19-23649 (RDD) | (Bankr. S.D.N.Y.) (Mar. 2020) (Dkt. No. 947) | Counsel: $850 - $1,110<br><br>Associates: $535 - $810<br><br>Staff Attorneys & Paraprofessional:<br>$205 - $625<br>("2020 Rate") | $1,075 - $1,655 ("2020 Rate") |
| Boies, Schiller & Flexner LLP | In re Molycorp, Inc., *et al,* Debtors, No. 15-11357 (CSS) | (Bankr. D. Del.) (Sept. 2016) (Dkt. No. 1994) | $490 - $1,180 | $780 - $1,500 |
| Cleary Gottlieb Steen & Hamilton LLP | In re LATAM Airlines Group S.A., *et al* ., Debtors, No. 20-11254 (JLG) | (Bankr. S.D.N.Y.) (Aug. 2020) (Dkt. No. 967) | Counsel / Senior Attorney: $1,130 - $1,215<br><br>Associate: $770 - $955<br><br>First-year Associate: $565 - $670<br><br>Staff / Project Attorney: $420 - $495 | $1,065 - $1,525 |

Law Firm Billing Rates

| Defense Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Cleary Gottlieb Steen & Hamilton LLP | In re Nortel Networks Inc., *et al* ., Wind-Down Debtors and Debtor-In-Possession, No. 09-10138 (KG) | (Bankr. D. Del.) (Nov. 2019) (Dkt. No. 18778) | Senior Attorney: $1,075 (Only one rate listed)<br><br>Associates: $535 - $900 | $1,395 (Only one rate listed) |
| Freshfields Bruckhaus Deringer LLP | In re Expro Holdings US Inc., *et al* ., Debtors, No. 17-60179 (DRJ) | (Bankr. S.D. Tex.) (Dec. 2017) (Dkt. No. 154) | Counsel: $1,065<br><br>Associate: $545 - $965 | $1,165 - $1,250 |
| Gibson, Dunn & Crutcher LLP | In re Sequential Brands Group, Inc., *et al.* , Debtors, No. 21-11194 (JTD) | (Bankr. D.Del.) (Sep. 2021) (Dkt. No. 95) | Counsel: $1,025 - $1,210 Associate: $610 - $1,060 | $1,095 - $1,645 |
| | In re LightSquared Inc., *et al.,* Debtors, No. 12-12080 (SCC) | (Bankr. S.D.N.Y.) (Jan. 2016) (Dkt. No. 2444) | $395 - $765 (fees voluntarily reduced by roughly 8%) | $765 - $1,800 (fees voluntarily reduced by roughly 8%) |
| Greenberg Traurig LLP | In re American Eagle Delaware Holding Company LLC, et al, Debtors, No. 22-10028-JKS | (Bankr. D. Del.) (Mar. 2022) (Dkt. No. 250) | $750 | Shareholder: $1,255 - $1,430 |
| | In re Avadel Specialty Pharmaceuticals, LLC, Debtor, No. 19-10248 (CSS) | (Bankr. D. Del.) (Nov. 2020) (Dkt. No. 443) | $395 - $900 | Shareholder: $650 - $1,480 |
| | In re IFS Securities, Inc., Debtor, No. 20-65841-LRC | (Bankr. N.D. Ga.) (May 2020) (Dkt. No. 49-2) | Of Counsel: $400 - $995 Associate: $395 - $825 | Shareholder: $565 - $1,500 |
| Jones Day | In re LTL Management LLC, Debtor, No. 21-30589 (JCW) | (Bankr. W.D.N.C.) (Nov. 2021) (Dkt. No. 404) | Associate: $525 - $975 | $1,125 - $1,450 |
| | In re Bestwall LLC, Debtor, No. 17-31795 (LTB) | (Bankr. W.D.N.C.) (July 2019) (Dkt. No. 903) | $450 - $950 | $1,025 - $1,200 |
| Katten Muchin Rosenman LLP | In re: Sheridan Holding Company I, LLC, et al. Reorganized Debtors, No. 20-31884 (DRJ) | (Bankr. S.D.Tex.) (Apr. 2020) (Dkt. No. 124) | Of Counsel: $895 - $1,475 Associates: $460 - $970 Paraprofessionals: $195 - $580 | $770 - $1,555 |
| | In re: High Ridge Brands Co., et al., Debtors, No. 19-12689 (BLS) | (Bankr. D.Del.) (Jan. 2020) (Dkt. No. 161) | Of Counsel: $895 - $1,475 Associates: $460 - $970 Paraprofessionals: $195 - $580 | $770 - $1,555 |

*Listed in order of filing date.

Law Firm Billing Rates

| Defense Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| King & Spalding LLP | In re Briggs & Stratton Corporation, *et al.*, Debtors, No. 20-43597 | (Bankr. E.D.Mo.) (Jul. 2020) (Dkt. No. 194) | Counsel: $750 - $1,005<br><br>Associate: $440 - $750 | $820 - $1,290 |
| Kirkland & Ellis, LLP | In re: Celsius Network LLC, No. 22- 10964 | (Bankr. S.D.N.Y. Aug. 2022) (ECF No. 360) | Of Counsel: $805 - $1,845<br><br>Associate: $650 - $1,245 | $1,135 - $1,995 |
|  | In re Seadrill New Finance Limited, *et al.*, Reorganized Debtors, No. 22-90001 (DRJ) | (Bankr. S.D. Tex.) (Feb. 2022) (Dkt. No. 96) | $660 - $1,245 | $1,195 - $1,995 |
|  | In re rue21, inc., *et al.*, Debtors, No. 17-22045-GLT | (Bankr. W.D. Pa.) (Nov. 2017) (Dkt. No. 1308-6) | $555 - $965 | $965 - $1,625 |
|  | In re Caesars Entertainment Operating Company, Inc., *et al.*, Debtors, No. 15-01145 (ABG) | (Bankr. N.D. Ill.) (Nov. 2017) (Dkt. No. 7620-6) | $480 - $1,395 | $645 - $1,625 |
| Mayer Brown LLP | In re Scottish Holdings, Inc., *et al.*, Debtors, No. 18-10160 (LSS) | (Bankr. D. Del.) (Mar. 2018) (Dkt. No. 193) | $605 - $895 | $960 - $1,130 |
| McDermott Will & Emery LLP | In re: Voyager Digital Holdings, Inc., No. 22-0943 | (Bankr. S.D.N.Y. Aug. 2022) (ECF No. 317) | Of Counsel: $755 - $1,300<br><br>Associate: $545 - $1,190 | $875 - $1,510 |
| Milbank LLP | In re: Kfir Gavrieli, Debtor, No. 21-bk-10826-BB | (Bankr. C.D. Cal.) (Oct. 2021) (Dkt. No. 517) | $1,050 - $1,090 | $1,695 |
|  | In re PG&E Corporation and Pacific Gas and Electric Company, Debtors, No. 19-30088 (DM) | (Bankr. N.D. Cal.) (July 2019) (Dkt. No. 3117) | $843 - $1,076<br>(Blended Associate - Counsel rates, billed Feb - May 2019) | $1,479<br>(Blended Partner rate, billed Feb - May 2019) |
|  | In re Gymboree Group, Inc., *et al.*, Debtors, No. 19-30258 (KLP) | (Bankr. E.D. Va.) (Jan. 2019) (Dkt. No. 163) | $450 - $1,315<br>(Milbank U.S. "standard" range) | $1,155 - $1,540<br>(Milbank U.S. "standard" range) |
| Norton Rose Fulbright US LLP | In re TRIVASCULAR SALES LLC, *et al.*, No. 20-31840-SGJ | (Bankr. E.D.Tex.) (Aug. 2020) (Dkt. No. 291) | Counsel: $670 - $1,225<br>Associate: $355 - $855 | $700 - $1,350 |
| O'Melveny & Myers LLP | In re: FHC Holdings Corporation, *et al.*, Debtors, No. 20-13076-BLS | (Bankr. D. Del.) (Jun. 2021) (Dkt. No. 792) | Senior Counsel: $1,105<br>Associate: $708 - $940 | $1,100 - $1,400 |
|  | In re Remington Outdoor Company, Inc., *et al.*, Debtors, No. 20-81688-11 | (Bankr. N.D. Ala.) (Jul. 2020) (Dkt. No. 24) | $545 - $995 | $955 - $1,555 |

*Listed in order of filing date.

| Defense Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | In re Mallinckrodt PLC, *et al.*, Debtors, No. 20-12522 (JTD) | (Bankr. D.Del.) (Apr. 2022) (Dkt. No. 7037) | Counsel: $1,525 Associate: $1,040 - $1,135 | $1,605 - $2,025 |
| | In re Diamond Offshore Drilling, Inc., *et al.*, Debtors, No. 20-32307 (DRJ) | (Bankr. S.D.N.Y.) (Dec. 2020) (Dkt. No. 766) | Counsel: $1,200.00 Associate: $861.88 (Blended Hourly Rates) | $1,503.72 (Blended Hourly Rate) |
| | In re Hexion Topco, LLC, Reorganized Debtors, No. 19-10684 (KG) | (Bankr. D. Del.) (Jul. 2019) (Dkt. No. 1093) | $640 - $1,125 | $1,165 - $1,560 |
| | In re Sears Holdings Corporation, *et al.*, Debtors, No. 18-23538 (RDD) | (Bankr. S.D.N.Y.) (Apr. 2019) (Dkt. No. 3207) | $640 - $1,160 (Associates and Counsel) | $1,165 - $1,560 |
| Proskauer Rose LLP | In re Alpha Media Holdings LLC, *et al.*, Debtors, No. 21-30209 (KRH) | (Bankr. E.D. Va.) (Mar. 2021) (Dkt. No. 197) | Senior Counsel: $1,150 - $1,375  Associate: $730 - $1,195 | $1,225 - $1,795 |
| Quinn Emanuel Urquhart & Sullivan, LLP | In re J.C. Penney Company, Inc., *et al.*, Debtors, No. 20-20182 (DRJ) | (Bankr. S.D. Tex.) (Jan. 2021) (Dkt. No. 2313) | $750 - $1,100 | $1,200 - $1,325 |
| | In re: Garrett Motion Inc., No. 20-12212 | (Bankr. S.D.N.Y. Sep. 2020) (ECF No. 137) | $625 - $1,270 | $745 - $1,595 |
| Ropes & Gray LLP | In re Vewd Software USA, LLC, *et al.*, Debtors, No. 21-12065 (MEW) | (Bankr. S.D.N.Y.) (Jan. 2022) (Dkt. No. 62) | Counsel: $770 - $1,140  Associate: $700 - $1,270 | $1,400 - $2,100 |
| | In re Weatherford International plc, *et al.*, Debtors, No. 19-33694 (DRJ) | (Bankr. S.D. Tex.) (Aug. 2019) (Dkt. No. 276) | $580 - $1,050 | $1,150 - $1,520 |
| Shearman & Sterling LLP | In re Carlson Travel, Inc., *et al.*, Reorganized Debtors, No. 21-90017 (MI) | (Bankr. S.D. Tex.) (Jan. 2022) (Dkt. No. 249) | $435 - $1,210 | $1,195 - $1,825 |

*Listed in order of filing date.

Law Firm Billing Rates

| Defense Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Sidley Austin LLP | In re: GVS Texas Holdings I, LLC, *et al.*, Debtors, No. 21-31121-MVL | (Bankr. N.D. Tex.) (Nov. 2021) (Dkt. No. 279) | Counsel: $1,075<br>Associate: $815 - $930 | $1,100 - $1,450 |
| | In re Boy Scouts of America and Delaware BSA, LLC, Debtors, No. 20-10343 (LSS) | (Bankr. D. Del.) (Jun. 2020) (Dkt. No. 760) | Counsel:<br>$925 - $1,000<br><br>Associates:<br>$570 - $955<br>($550 for Associate pending Admission) | $1,100 - $1,375 |
| | In re Borden Dairy Company, *et al.*, Debtors, No. 20-10010 (CSS) | (Bankr. D. Del.) (Feb. 2020) (Dkt. No. 264) | Senior Counsel and Counsel:<br>$775 - $1,750<br><br>Associates:<br>$570 - $960<br><br>Paraprofessionals:<br>$250 - $470 | $1,000 - $1,800 |
| Simpson Thacher & Bartlett LLP | In re MetlinPatterson Global Opportunities Partners II L.P., *et al.*, Debtors, No. 21-11255-DSJ | (Bankr. S.D.N.Y.) (Nov. 2021) (Dkt. No. 243) | Of Counsel:<br>$1,320 - $1,350<br><br>Associate: $490 - $1,240 | $1,550 - $1,895 |
| | In re Arsenal Energy Holdings LLC, Reorganized Debtor, No. 19-10226 (BLS) | (Bankr. D. Del.) (Feb. 2019) (Dkt. No. 77) | $590* - $1,220<br>($590/ hr for pending bar admission; starting at $840 for a 1st year associate) | $1,425 - $1,535 |
| | In re FR Dixie Acquisition Sub Corp., Reorganized Debtor, No. 18-12476 (KG) | (Bankr. D. Del.) (Feb. 2019) (Dkt. No. 26) | $540 - $1,170 | $1,350 - $1,550 |

*Listed in order of filing date.

Law Firm Billing Rates

| Defense Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP | In re: Armstrong Flooring, Inc., No. 22-bk-10426 | (Bankr. D. Del. May 2022) (ECF No. 187) | Of Counsel: $1,300 - $1,495<br><br>Associate: $550 - $1,275 | $1,465 - $1,980 |
| | In re VIVUS, Inc. *et al.*, Reorganized Debtors, No. 20-bk-11779 (LSS) | (Bankr. D. Del.) (Jan. 2021) (Dkt. No. 443) | Of Counsel: $1,260 Associate: $495 - $1,120 ($495/hr for pending bar admission; starting at $695 for a 1st year associate) | $1,425 - $1,565 |
| | In re JCK Legacy Company, *et al.,* Debtors, No. 20-10418 (MEW) | (S.D.N.Y.) (Oct. 2020) (Dkt. No. 938) | Of Counsel: $1,125 - $1,325 Associate: $495- $1,120 ($495/hr for pending bar admission; starting at $575 for a 1st year associate) | $1,275 - $1,775 |
| Vinson & Elkins LLP | In re California Resources Corporation, *et al.*, Debtors, No. 20-33568 (DRJ) | (Bankr. S.D.Tex.) (Nov. 2020) (Dkt. No. 674) | Counsel: $835 - $1,085 Associate: $565 - $955 | $1,025 - $1,630 |
| | In re Cloud Peak Energy Inc., *et al.,* Debtors, No. 19-11047 (KG) | (Bankr. D. Del.) (Sept. 2019) (Dkt. No. 663) | Counsel: $1,010 - $1,070<br><br>Associates: $525 - $1,065 | $1,070 - $1,550 |

*Listed in order of filing date.

Law Firm Billing Rates

| Defense Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Weil, Gotshal & Manges LLP | In re ORG GC MIDCO, LLC, Debtor, No. 21-90015 (MI) | (Bankr. S.D. Tex.) (Dec. 2021) (Dkt. No. 124-2) | $630 - $1,100 | $1,225 - $1,795 |
| | In re Sears Holdings Corporation, *et al.*, Debtors, No. 18-23538 (RDD) | (Bankr. S.D.N.Y.) (Oct. 2018) (Dkt. No. 344) | $560 - $995 | $1,075 - $1,600 |
| Willkie Farr & Gallagher LLP | In re Frontier Communications Corporation, *et al.*, Debtors, No. 20-22476 (RDD) | (Bankr. S.D.N.Y.) (Nov. 2020) (Dkt. No. 1365) | Counsel: $1,270.48 Associate: $896.98 (Non-Bankruptcy Blended Hourly Rate, New York) | $1,447.80 (Non-Bankruptcy Blended Hourly Rate, New York) |
| | In re Imerys Talc America, Inc., *et al.*, Debtors, No. 19-10289 (LSS) | (Bankr. D. Del.) (Nov. 2020) (Dkt. No. 2554) | Associates: $515 - $1,100 | $1,200 - $1,600 |
| Wilson Sonsini Goodrich & Rosati | In re Tonopah Solar Energy, LLC, Debtor, No. 20-11884 (KBO) | (Bankr. D. Del.) (Jul. 2020) (Dkt. No. 43) | Counsel: $440 - $1,350 Associates: $510 - $920 | $925 - $1,750* *Listed as "Member" rates |
| | In re Insys Therapeutics, Inc., *et al.*, Debtors, No. 19-11292 (JTD) | (Bankr. D. Del.) (Apr. 2020) (Dkt. No. 1289) | Associates: $590- $815 | $840 -$1,390* *Listed as "Member" rates |

*Listed in order of filing date.