# EXHIBIT 8

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALTIMEO ASSET MANAGEMENT, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>QIHOO 360 TECHNOLOGY CO. LTD., HONGYI ZHOU, XIANGDONG QI and ERIC X. CHEN,<br><br>　　　　　　　　　Defendants. | Case No. 1:19-cv-10067-PAE |

## <u>DECLARATION OF HILARY SHANE ON BEHALF OF ODS CAPITAL LLC</u>

I, HILARY SHANE, declare as follows, pursuant to 28 U.S.C. § 1746:

1. I serve as the Managing Member of Lead Plaintiff ODS Capital LLC ("ODS" or "Lead Plaintiff"), a multi strategy family office with over $40 million in assets under management, and am authorized to submit this Declaration on its behalf.

2. I respectfully submit this declaration in support of final approval of the proposed settlement of this Action (the "Settlement") and the application of Court-appointed Lead Counsel, Pomerantz LLP, for attorneys' fees and payment of expenses on behalf of Plaintiffs' Counsel. I have personal knowledge of the matters testified to herein.[1]

3. ODS understands that the Private Securities Litigation Reform Act of 1995 ("PSLRA") was intended to encourage institutional investors with large losses to seek to manage and direct securities fraud class actions. ODS is a sophisticated institutional investor that committed itself to vigorously prosecuting this litigation, through trial if necessary. In filing an

---

[1] All capitalized terms that are not defined herein have the same meanings as in the Stipulation and Agreement of Settlement, dated February 12, 2024 (the "Stipulation").

initial complaint in the Action in January 2019 and seeking appointment as a lead plaintiff in the case, ODS understood its fiduciary obligations to serve the interests of the class by participating in the management and prosecution of the case.

4.      At all times during the course of the litigation, Lead Plaintiff ODS endeavored to fully discharge its obligations to the class.  To that end, ODS, through my efforts: (a) provided valuable contributions to the development of the core case theory given my advanced degree in finance and experience with issues concerning mergers and appraisal rights; (b) had regular in-person, telephonic, and written communications with counsel concerning the Action; (c) remained fully informed regarding case developments; (d) carefully read and analyzed all court filings over the span of this five year litigation; (e) closely monitored and participated in all stages of the settlement discussions and documentation, ultimately agreeing to accept the Settlement, subject to the Court's approval; and (f) prepared for, traveled to, and sat for a deposition taken by Defendants.

5.      Based on its involvement in the litigation and settlement negotiations, ODS believes that the proposed Settlement is fair, reasonable, and adequate to the Settlement Class. ODS also believes that the proposed Settlement represents a favorable recovery, in light of the substantial risks of success in continued litigation of the claims.  Therefore, Lead Plaintiff ODS endorses approval of the Settlement by the Court.

6.      ODS also believes that Lead Counsel's request for an award of attorneys' fees in the amount of 33 1/3%  of the Settlement Fund is fair and reasonable under the circumstances of this case.  ODS has evaluated the fee request by considering the efficient prosecution of the Action, the quality of the work performed, and the recovery obtained for the Settlement Class.  ODS understands that Plaintiffs' Counsel will also devote additional time in the future to administering the Settlement, without requesting additional compensation.

7.    Lead Plaintiff ODS further believes that the litigation expenses being requested are reasonable and represent costs and expenses necessary for the prosecution and resolution of the claims.  Based on the foregoing, and consistent with its obligation to the Settlement Class to obtain the best result at a reasonable cost, ODS supports Lead Counsel's application for an award of attorneys' fees and payment of litigation expenses.

8.    In addition, Lead Plaintiff ODS understands that reimbursement of a lead plaintiff's reasonable costs and expenses, including lost wages, is authorized under the PSLRA, 15 U.S.C. § 78u-4(a)(4). Consequently, in connection with Lead Counsel's request for payment of litigation expenses, Lead Plaintiff ODS is seeking reimbursement for the time I spent working on the case.

9.    I have an undergraduate degree in economics from Princeton University, and a Ph.D. in finance from The Wharton School and I applied my knowledge and experience to this case throughout its different stages – from the initial inception of the case and development of the theory of liability through the development of the Settlement.  I was the primary point of contact between  ODS and Plaintiffs' Counsel, particularly Labaton Keller Sucharow LLP.  I assisted with the development of the core theory of the claims, reviewed court filings, and participated in discussions about a potential negotiated resolution of the Action and the terms of the proposed Settlement.

10.    Altogether, I conservatively estimate that I spent more than 75 hours working on this case.  The time that I dedicated to the litigation and settlement efforts was time that I did not spend conducting the usual business of ODS, which represents a cost to it.  My effective hourly rate exceeds $1,000 per hour.  I am therefore requesting that Lead Plaintiff ODS be compensated in the amount of $60,000, which represents the cost of the time that I devoted to supervising and participating in this litigation.

11.     In conclusion, Lead Plaintiff ODS endorses the Settlement as fair, reasonable, and adequate, and believes it represents a favorable recovery for the Settlement Class in light of the significant risks of continued litigation.  Lead Plaintiff ODS further supports Lead Counsel's attorneys' fee and litigation expense request and believes that it represents fair and reasonable compensation for Plaintiffs' Counsel in light of the work performed, the recovery obtained for the Settlement Class, and the attendant litigation risks. Finally, Lead Plaintiff ODS requests reimbursement for its costs in the amount of $60,000.  Accordingly, ODS respectfully requests that the Court approve the motion for final approval of the proposed Settlement, and the motion for an award of attorneys' fees and payment of expenses, including Lead Plaintiff ODS's request for reimbursement of costs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.  Executed this 17 day of June, 2024.

*Hilary Shane*

DocuSigned By: Hilary Shane

HILARY SHANE