**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALTIMEO ASSET MANAGEMENT, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>          v.<br><br>QIHOO 360 TECHNOLOGY CO. LTD., HONGYI ZHOU, XIANGDONG QI and ERIC X. CHEN,<br><br>                              Defendants. | Case No. 1:19-cv-10067-PAE |

**SUPPLEMENTAL DECLARATION OF MICHAEL GRUNFELD IN FURTHER SUPPORT OF: (I) CO-LEAD PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION; AND (II) LEAD COUNSEL'S UNOPPOSED MOTION FOR AN AWARD OF ATTORNEYS' FEES AND PAYMENT OF LITIGATION EXPENSES**

I, Michael Grunfeld, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a partner at Pomerantz LLP ("Pomerantz"), Court-appointed Lead Counsel for Co-Lead Plaintiffs Altimeo Asset Management and ODS Capital LLC ("Lead Plaintiffs") in this action. I have personal knowledge of the matters set forth herein based on my participation in the prosecution and settlement of the claims asserted on behalf of the Settlement Class in this Action.

2.      I respectfully submit this Declaration in further support of Lead Plaintiffs' motion, pursuant to Federal Rule of Civil Procedure 23, for final approval of the proposed $29,750,000 settlement of this action and the proposed plan of allocation.

3.      I also respectfully submit this Declaration in further support of Lead Counsel's motion, on behalf of all Plaintiffs' Counsel, for an award of attorneys' fees of 33.33% of the Settlement Fund (or $9,915,675, plus interest at the same rate as the Settlement Fund) and

reimbursement of $662,654.21 in out-of-pocket expenses (plus interest at the same rate as the Settlement Fund), as well as $60,000 to each Lead Plaintiff, in accordance with the Private Securities Litigation Reform Act of 1995.

4.      Attached hereto as Exhibit 1 is a true and correct copy of the Supplemental Declaration of Dawn M. Cody of Angeion Group, Regarding: (A) Mailing of the Notice; and (B) Report on Requests for Exclusion Received to Date.

5.      Attached hereto as Exhibit 2 is the [Proposed] Final Order and Judgment.

I declare under penalty of perjury that the foregoing facts are true and correct.

Executed this 25th day of July, 2024, at New York, New York.

*/s/ Michael Grunfeld*
Michael Grunfeld