# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ALTIMEO ASSET MANAGEMENT, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>QIHOO 360 TECHNOLOGY CO. LTD., HONGYI ZHOU, XIANGDONG QI, and ERIC X. CHEN,<br><br>    Defendants. | Case No. 19 Civ. 10067 (PAE) |

**SUPPLEMENTAL DECLARATION OF DAWN M. CODY OF ANGEION GROUP, REGARDING: (A) MAILING OF THE NOTICE; AND (B) REPORT ON REQUESTS FOR EXCLUSION RECEIVED TO DATE**

I, Dawn M. Cody, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a Project Manager at Angeion Group ("Angeion"). Angeion's business address is 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. I submit this supplemental declaration to provide the Court and the parties to the above-captioned litigation (the "Action") with information regarding the provision of notice to the Settlement Class.[1] I am over 21 years of age and am not a party to this Action. I have personal knowledge of the facts stated herein.

2. Pursuant to ¶8 of the Court's Order Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlement, entered on March 12, 2024 (the "Preliminary Approval Order") (Dkt. No. 228), Angeion was retained as the Claims Administrator to, among other tasks, provide notice to potential Settlement Class Members; respond to Settlement Class Member inquiries; receive and

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings defined in the Stipulation and Agreement of Settlement, dated February 12, 2024 (Dkt. No. 224-1) (the "Stipulation").

process Claim Forms; receive and process requests for exclusion; and perform other duties as required.

3.      I submit this declaration as a supplement to my earlier declaration, the Declaration of Dawn M. Cody of Angeion Group, Regarding: (A) Mailing of the Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusions Received to Date, dated June 20, 2024 (Dkt. No. 233-1) (the "Initial Mailing Declaration").

4.      Angeion is not related to or affiliated with the Plaintiffs, Plaintiffs' Counsel, Defendants, or Defendants' Counsel.

**CONTINUED MAILING OF NOTICE TO THE SETTLEMENT CLASS**

5.      Since the execution of the Initial Mailing Declaration, Angeion has continued to disseminate copies of the Notice and the Claim Form (together, the "Notice Packet") in response to requests received from potential Settlement Class Members and nominees.

6.      As more fully stated in my Initial Mailing Declaration, as of June 19, 2024, Angeion had mailed a total of 26,929 Notice Packets to potential Settlement Class Members and nominees.

7.      Since my Initial Mailing Declaration was executed, and as of the date of this declaration, Angeion has caused an additional 613 Notice Packets to be mailed in response to correspondence received from potential Settlement Class members and/or nominees.

8.      Therefore, as of the date of this declaration, Angeion has mailed a total of 27,542 Notice Packets to potential Settlement Class Members.

**UPDATE ON TOLL-FREE TELEPHONE NUMBER, EMAIL ADDRESS, AND SETTLEMENT WEBSITE**

9.      Angeion has maintained a toll-free telephone number for the settlement (1-844-699-3961). This toll-free number was set forth in the Notice and on the Settlement Website. Angeion will continue operating, maintaining, and, as appropriate, updating the Interactive Voice Response ("IVR) System until the conclusion of this Settlement administration. Angeion will continue providing live operator support until the conclusion of the Settlement administration.

10.      Angeion also continues to maintain the dedicated email address for inquiries at info@QihooSecuritiesSettlement.com. Angeion has promptly responded to each email inquiry and

will continue to address inquiries from the Settlement Class Members until the conclusion of the Settlement administration.

11.    Angeion is maintaining a website dedicated to this Settlement (www.QihooSecuritiesSettlement.com) to provide additional information to Settlement Class Members and to answer frequently asked questions. The Settlement Website has been fully operational since March 26, 2024, and is accessible 24 hours a day, 7 days a week.

**REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

12.    The Notice informed potential Settlement Class Members that requests for exclusion from the Class were to be mailed and postmarked no later than July 5, 2024, and be addressed to Qihoo Securities Settlement, c/o Claims Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103.  Angeion has been monitoring all mail delivered to this address. As of the date of this declaration, Angeion has not received any requests for exclusion.

13.    According to the Notice, Settlement Class Members seeking to object to the proposed Settlement are required to submit any objections in writing, by mail or delivery, to the Clerk of the Court, Lead Counsel, and Counsel for Defendants, such that the request is received no later than July 5, 2024. As of the date of this declaration, Angeion has not received any misdirected objections. Angeion has also reviewed the court docket for this matter and notes that no objections have been filed on the docket.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of July 2024 in Milwaukee, Wisconsin.

Dawn M. Cody
ANGEION GROUP