# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTIMEO ASSET MANAGEMENT, Individually and on Behalf of All Others Similarly Situated, | Case No. 19 Civ. 10067 (PAE) |
| Plaintiff, | |
| v. | |
| QIHOO 360 TECHNOLOGY CO. LTD., HONGYI ZHOU, XIANGDONG QI, and ERIC X. CHEN, | |
| Defendants. | |

## LEAD PLAINTIFFS' MOTION
## TO DISTRIBUTE THE NET SETTLEMENT FUND

Pursuant to the Final Order and Judgment dated August 1, 2024 (Dkt. No. 235, the "Final Order") and the Stipulation and Agreement of Settlement dated February 12, 2024  (Dkt. No. 224-1, the "Stipulation"),[1] Lead Plaintiffs hereby move for the accompanying [Proposed] Order of Final Distribution of Settlement Fund providing for (i) the approval of the administrative determinations of the claims administrator, Angeion Group ("Angeion" or "Claims Administrator"), accepting and rejecting claims submitted herein; (ii) authorizing the distribution of the Net Settlement Fund; (iii) authorizing that if any sums remain unclaimed and are not sufficiently large enough to warrant further distribution, the balance be paid to the CII Research and Education Fund; (iv) releasing and discharging all persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted herein, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Settlement Fund, from any and all claims arising out of such involvement; and (v) the  other provisions of the accompanying proposed Order in support of these items.

In support of this motion, Lead Plaintiffs submit herewith an accompanying Memorandum of Law and the Declaration of Dawn M. Cody of Angeion, in Support of Lead Plaintiffs' Motion to Distribute the Net Settlement Fund.

Dated: March 10, 2025                    Respectfully submitted,

                                         **POMERANTZ LLP**

                                         */s/ Michael Grunfeld*
                                         Jeremy A. Lieberman
                                         Michael Grunfeld
                                         Brandon M. Cordovi
                                         600 Third Avenue, Floor 20
                                         New York, NY 10016
                                         Telephone: 212-661-1100
                                         Facsimile: (212) 661-8665

---

[1] Unless otherwise indicated, all capitalized terms herein have the same meanings as set forth in the Stipulation.

Email: jalieberman@pomlaw.com
     mgrunfeld@pomlaw.com
     bcordovi@pomlaw.com

*Lead Counsel for Lead Plaintiffs*
*Altimeo Asset Management, ODS Capital LLC,*
*and the Settlement Class*

**LABATON KELLER SUCHAROW LLP**

Carol C. Villegas
Jake Bissell-Linsk
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: cvillegas@labaton.com
     jbissell-linsk@labaton.com

*Additional Counsel for Lead Plaintiff*
*ODS Capital LLC*